UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC.,            :     3:03 CV 00644(CFD)
                                     :
            Plaintiffs,              :
                                     :
    vs.                              :
                                     :
NATIONAL UNION FIRE INSURANCE        :
COMPANY OF PITTSBURGH, PA., and      :
AIG TECHNICAL SERVICES, INC.,        :     November 25, 2003
                                     :
            Defendants.              :
---------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to and including December 15, 2003 for plaintiffs to file its amended complaint and an extension of time to and including December 30, 2003 for the defendants to answer, move against, or otherwise respond to the amended complaint which will be filed by plaintiffs in this action. In support of this motion, undersigned counsel states as follows:

1.   This is the first request for an extension of time made by defendants National Union and AIGTS with respect to this time limitation.

2.   By order of the Court dated October 14, 2003, this case has been consolidated with Gwynn, et al v. National Union, et al, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

3.   A simultaneous motion for extension of time is being filed in Gwynn.

{00052001; 1; 0040-3}

4.      Counsel for the parties in both this case and <u>Gwynn</u> are discussing the steps for management and/or resolution of these matters, including possible mediation and settlement. This extension of time will permit this case and <u>Gwynn</u> to proceed on a coordinated time schedule.

5.      Counsel for plaintiffs in this case and in <u>Gwynn</u> consent to the requested extension.

For the above-stated reasons, defendants National Union and AIGTS respectfully requests that this court grant an extension of time to and including December 15, 2003 for plaintiffs to file its amended complaint and an extension of time to and including December 30, 2003 for NU & AIGTS to answer, move against, or otherwise respond to the amended complaint which will be filed by plaintiffs in this action.

                          DEFENDANTS
                          NATIONAL UNION FIRE INSURANCE
                          COMPANY OF PITTSBURGH, PA. and
                          AIG TECHNICAL SERVICES, INC.

By: _____
     James R. Hawkins II (ct 00128)
     FINN DIXON & HERLING LLP
     One Landmark Square
     Stamford, CT 06901-2689
     Tel: (203) 325-5000
     Fax: (203) 348-5777
     Email: jhawkins@fdh.com

CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 25th day of November, 2003:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

_____
James R. Hawkins II