UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC., :
 :  3:03 CV 00644 (CFD)
Plaintiffs, :
 :
vs. :
 :
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :  November 25, 2003
 :
 :
Defendants. :
-----------------------------------------------------------X

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT*

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to and including December 15, 2003 for plaintiffs to file its amended complaint and an extension of time to and including December 30, 2003 for the defendants to answer, move against, or otherwise respond to the amended complaint which will be filed by plaintiffs in this action. In support of this motion, undersigned counsel states as follows:

1.   This is the first request for an extension of time made by defendants National Union and AIGTS with respect to this time limitation.

2.   By order of the Court dated October 14, 2003, this case has been consolidated with <u>Gwynn, et al v. National Union, et al</u>, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

3.   A simultaneous motion for extension of time is being filed in <u>Gwynn.</u>

{00052001; 1; 0040-3}