UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 30  A 11: C
U.S. DISTRICT COURT
HARTFORD, CT.

-----------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC.,            :    3:03 CV 00644(CFD)
                                     :
            Plaintiffs,              :
                                     :
    vs.                              :
                                     :
NATIONAL UNION FIRE INSURANCE        :
COMPANY OF PITTSBURGH, PA., and      :
AIG TECHNICAL SERVICES, INC.,        :    December 29, 2003
                                     :
            Defendants.              :
-----------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time from December 30, 2003 to and including January 16, 2004 to answer, move against, or otherwise respond to the amended complaint filed by plaintiffs in this action. In support of this motion, undersigned counsel states as follows:

1.  This is the first request for an extension of time made by defendants National Union and AIGTS with respect to this time limitation.

2.  By order of the Court dated October 14, 2003, this case has been consolidated with Gwynn, et al v. National Union, et al, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

3.  A simultaneous motion for extension of time is being filed in Gwynn.

{00055967; 1; 0040-3}

4.      Plaintiffs served an Amended Complaint on December 15, 2003. The undersigned had hoped to complete defendants' responses by December 30, 2003. Unfortunately due to the holidays and vacation schedules, the responses can not be completed before January 16, 2004.

5.      Counsel for plaintiffs in this case and in <u>Gwynn</u> consent to the requested extension.

For the above-stated reasons, defendants National Union and AIGTS respectfully requests that this court grant an extension of time to and including to and including January 16, 2004 for NU & AIGTS to answer, move against, or otherwise respond to the amended complaint filed by plaintiffs in this action.

DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. and
AIG TECHNICAL SERVICES, INC

By: _____
James R. Hawkins II (ct 00128)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00055967; 1; 0040-3}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 29th day of December, 2003:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

_____
James R. Hawkins II

{00055967; 1; 0040-3}