UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 30 A 11:
U.S. DISTRICT COURT
HARTFORD, CT.

-----------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC., :

      Plaintiffs, :

vs. :

NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :

      Defendants. :
-----------------------------------------------------------X

3:03 CV 00644(CFD)

December 29, 2003

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time from December 30, 2003 to and including January 16, 2004 to answer, move against, or otherwise respond to the amended complaint filed by plaintiffs in this action. In support of this motion, undersigned counsel states as follows:

    1.    This is the first request for an extension of time made by defendants National Union and AIGTS with respect to this time limitation.

    2.    By order of the Court dated October 14, 2003, this case has been consolidated with Gwynn, et al v. National Union, et al, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

    3.    A simultaneous motion for extension of time is being filed in Gwynn.

{00055967; 1; 0040-3}