

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC.,                :

          Plaintiffs,                        :

vs.                                      :

NATIONAL UNION FIRE INSURANCE            :
COMPANY OF PITTSBURGH, PA., and          :
AIG TECHNICAL SERVICES, INC.,            :

          Defendants.                       :
------------------------------------------------------------X

3:03 CV 00644(CFD)



January 14, 2004

**MOTION FOR EXTENSION OF TIME**

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National

Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed.

R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of seven (7) days from

January 16, 2004 to and including January 23, 2004 to answer, move against, or otherwise

respond to the amended complaint filed by plaintiffs in this action.  In support of this motion,

undersigned counsel states as follows:

1.      This is the second request for an extension of time made by defendants National

Union and AIGTS with respect to this time limitation.

2.      By order of the Court dated October 14, 2003, this case has been consolidated

with Gwynn, et al v. National Union, et al, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

3.      A simultaneous motion for extension of time is being filed in Gwynn.

{00057307; 1; 0040-3}

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.

Hartford CT, Jan 21 A 8:42