UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :   CASE NUMBER:
CAPITAL ASSOCIATES, INC.,                :   3:03 CV 00644(CFD)
                                         :
    Plaintiffs,                          :
                                         :
vs.                                      :
                                         :
NATIONAL UNION FIRE INSURANCE            :
COMPANY OF PITTSBURGH, PA., and          :
AIG TECHNICAL SERVICES, INC.,            :   January 23, 2004
                                         :
    Defendants.                          :
------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA.("National Union") and AIG Technical Services, Inc.("AIGTS") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of four (4) days from January 23, 2004 to and including January 27, 2004 to answer, move against, or otherwise respond to the amended complaint filed by plaintiffs in this action. In support of this motion, undersigned counsel states as follows:

1.   This is the third request for an extension of time made by defendants National Union and AIGTS with respect to this time limitation.

2.   By order of the Court dated October 14, 2003, this case has been consolidated with Gwynn, et al v. National Union, et al, Docket Number 3:03 CV 01154 (CFD)("Gwynn").

3.   A simultaneous motion for extension of time is being filed in Gwynn.

{00058431; 1; 0040-3}

4. Plaintiffs served an Amended Complaint on December 15, 2003. The undersigned had hoped to complete defendants' responses by January 23, 2004. Defendants have reviewed the draft pleading and recommended changes, however the undersigned must attend a funeral and therefore the responses can not be completed today.

5. Counsel for plaintiffs in this case and in <u>Gwynn</u> consent to the requested extension.

For the above-stated reasons, defendants National Union and AIGTS respectfully requests that this court grant an extension of time to and including to and including January 27, 2004 for National Union & AIGTS to answer, move against, or otherwise respond to the amended complaint filed by plaintiffs in this action.

DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. and
AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct 00128)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00058431; 1; 0040-3}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 23rd day of January, 2004:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

_____
James R. Hawkins II

{00058431; 1; 0040-3}