UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :  CASE NUMBER:
CAPITAL ASSOCIATES, INC., : 3:03 CV 00644(CFD)
:
   Plaintiffs, :
:
vs. :
:
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :
:
   Defendants. :
------------------------------------------------------------X   January 26, 2004

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Defendants National Union Fire Insurance Company of Pittsburgh, P.A. and AIG Technical Services, Inc., hereby respectfully move to dismiss the Amended Complaint of Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc., dated December 12, 2003, for failure to state a claim upon which relief can be granted.

　　　　　　　　　　　　　　　　DEFENDANTS NATIONAL UNION FIRE
　　　　　　　　　　　　　　　　INSURANCE COMPANY OF PITTSBURGH,
　　　　　　　　　　　　　　　　P.A. and AIG TECHNICAL SERVICES, INC.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　James R. Hawkins, II (ct00128)
　　　　　　　　　　　　　　　　Finn Dixon & Herling LLP
　　　　　　　　　　　　　　　　One Landmark Square, Suite 1400
　　　　　　　　　　　　　　　　Stamford, CT 06901-2689
　　　　　　　　　　　　　　　　Tel: (203) 325-5000
　　　　　　　　　　　　　　　　Fax: (203) 348-5777
**ORAL ARGUMENT REQUESTED**　　Email: jhawkins@fdh.com

{00058399; 1; 0040-3}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 26th day of January, 2004:

        Mario DiNatale, Esq.
        Silver, Golub and Teitell
        184 Atlantic Street
        P.O. Box 389
        Stamford, CT 06904

        Peter M. Nolin, Esq.
        Sandak Hennessey & Greco
        970 Summer Street
        Stamford, CT 06905

_____
James R. Hawkins II