UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 6: 40

| | |
|---|---|
| BRUCE C. RYAN, RUSSELL W. NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br>    Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and AIG TECHNICAL SERVICES, INC., <br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. <br> : 3:03 CV 644 (CFD) <br> : <br> : <br> : <br> : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A ruling on the following motion which is currently pending: (orefm.)

__X__  A settlement conference (orefmisc./cnf)

__X__  A conference to discuss the following: (orefmisc./cnf)  Scheduling

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 17th day of February 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE