UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :   CASE NUMBER:
CAPITAL ASSOCIATES, INC.,            :   3:03 CV 00644 (CFD)
                                     :
            Plaintiffs,              :
                                     :
    vs.                              :
                                     :
NATIONAL UNION FIRE INSURANCE        :
COMPANY OF PITTSBURGH, PA., and      :
AIG TECHNICAL SERVICES, INC.,        :   March 1, 2004
                                     :
            Defendants.              :
---------------------------------------------------------------X

**MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, currently due on March 2, 2004. Defendants move that the Court extend the time for such reply until such time that a similar reply shall be due in the companion case of *Gwynn, et al., v. National Union, et al.,* Docket Number 3:03 CV 01154 (CFD) ("*Gwynn*") pursuant to Defendants' Motion for Status Conference and Coordinated Scheduling Order, filed concurrently herewith, for the reasons stated therein. In the alternative, National Union moves for an extension of time to reply to the Plaintiffs' Opposition to Defendants' Motion to Dismiss until March 31, 2004.

In support of this motion, undersigned counsel states as follows:

{00062092; 1; 0040-3}

1.  This is the first request for an extension of time made by National Union with respect to this time limitation.

2.  Plaintiffs filed a Memorandum in Opposition to National Union's Motion to Dismiss on February 17, 2004 ("Plaintiffs' Opposition). According to D. Conn. L. Civ. R. 7(d) and Fed. R. Civ. P. 6, National Union's reply memorandum to Plaintiffs' Opposition is currently due on or before March 2, 2004.

3.  National Union also moved to dismiss the Amended Complaint in the companion *Gwynn* case. Plaintiffs in *Gwynn* have moved with consent for an extension of the time for their response until on or before March 17, 2004. The Court granted that request by Order dated February 18, 2004. If the *Gwynn* Plaintiffs file an opposition to National Union's motion to dismiss on this current schedule, National Union's reply memorandum in *Gwynn* will be due on or before March 31, 2004, according to D. Conn. L. Civ. R. 7(d) and Fed. R. Civ. P. 6.

4.  National Union has filed a Motion for Status Conference and Coordinated Scheduling Order, filed concurrently herewith, to coordinate this action with *Gwynn*. Both actions involve substantially common questions of law and fact.

5.  For the reasons stated in the Motion for Status Conference and Coordinated Scheduling Order, an extension of time would facilitate the coordination of this action with *Gwynn*, and conserve judicial resources, promote the just and efficient conduct of both actions, and serve the convenience of the parties and witnesses.

6.  Counsel for National Union have sought the consent of Plaintiffs' counsel to this extension, but despite diligent effort, have not been able to ascertain their position.

{00062092; 1; 0040-3}

For the reasons stated above, National Union respectfully requests that this court grant an extension of time within which National Union must reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss until the date that such a reply may be due in *Gwynn*, or, in the alternative, until March 31, 2004.

DEFENDANTS NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. And
AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct 00128)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00062092; 1; 0040-3}

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 1st day of March, 2004:

>Mario DiNatale, Esq.
>Silver, Golub and Teitell
>184 Atlantic Street
>P.O. Box 389
>Stamford, CT 06904
>
>Peter M. Nolin, Esq.
>Sandak Hennessey & Greco
>970 Summer Street
>Stamford, CT 06905

_____
James R. Hawkins II

{00062092; 1; 0040-3}