UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC., :
                                            Plaintiffs, :

CASE NUMBER:
3:03 CV 00644 (CFD)

vs. :

NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :    March 1, 2004

                                      Defendants. :
------------------------------------------------------------X

**MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, currently due on March 2, 2004. Defendants move that the Court extend the time for such reply until such time that a similar reply shall be due in the companion case of *Gwynn, et al., v. National Union, et al.*, Docket Number 3:03 CV 01154 (CFD) ("*Gwynn*") pursuant to Defendants' Motion for Status Conference and Coordinated Scheduling Order, filed concurrently herewith, for the reasons stated therein. In the alternative, National Union moves for an extension of time to reply to the Plaintiffs' Opposition to Defendants' Motion to Dismiss until March 31, 2004.

In support of this motion, undersigned counsel states as follows:

{00062092; 1; 0040-3}

[Handwritten margin note: Extension GRANTED, to and including 3/31/04. This so ordered. /s/ [Judge] CFD, USDJ 3/12/04]