UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | April 23, 2004 |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, currently due on April 23, 2004. Defendants move that the Court extend the time for such reply until April 26, 2004, at which time, on the current schedule, a similar reply will be due in the companion case of *Gwynn, et al., v. National Union, et al.*, Docket Number 3:03 CV 01154 (CFD) ("*Gwynn*").

In support of this motion, undersigned counsel states as follows:

1. This is the third request for an extension of time made by National Union with respect to this time limitation.

2. National Union moved to dismiss both actions on January 27, 2004, for failure to state a claim under Fed. R. Civ. P. 12(b)(6). In response, Plaintiffs submitted their

{00068970; 1; 0040-3}

Memorandum in Opposition to National Union's Motion to Dismiss, dated February 17, 2004 ("Plaintiffs' Opposition").

3. This case, together with the *Gwynn* action, is one of two (2) actions before this Court based on substantially similar facts. Although both cases are based on different Amended Complaints, and the *Gwynn* matter asserts additional causes of action, the substance of both actions concern substantially common questions of law and fact. To promote judicial economy, among other substantive and procedural benefits, both actions should proceed on a coordinated schedule. National Union filed a Motion for Status Conference and Coordinated Scheduling Order ("Motion for Status Conference") on March 1, 2004 to coordinate this action with the companion *Gwynn* case. A joint telephonic status conference in both cases is scheduled to proceed on April 26, 2004.

4. Plaintiffs in the *Gwynn* action submitted their Memorandum of Law in Opposition to National Union's Motion to Dismiss on April 12, 2004. As a result, National Union's reply in the Gwynn action is not due until April 26, 2004.

5. As stated in National Union's prior requests for extensions and in the Motion for Status Conference, an extension of time is necessary here to facilitate the coordination of this action with *Gwynn* and conserve judicial resources, promote the just and efficient conduct of both actions, and serve the convenience of the parties.

6. Counsel for Plaintiffs and the Plaintiffs in the Gwynn action have consented to this Motion for Extension.

For the reasons stated above, National Union respectfully requests that this court grant an extension of time within which National Union must reply to Plaintiffs' Opposition to

Defendants' Motion to Dismiss until April 26, 2004, at which time a similar reply will be due in the *Gwynn* case.

                    DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. And AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com
Email: wtong@fdh.com

- 3 -

{00068970; 1; 0040-3}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 23rd day of April, 2004:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

James R. Hawkins II