#31

03cv644 mxt rply

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) /maw |
| Plaintiffs, ) | |
| vs. ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., ) ) ) | April 23, 2004 |
| Defendants. ) | |

Granted. So ordered.
4/26/04

## MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, currently due on April 23, 2004. Defendants move that the Court extend the time for such reply until April 26, 2004, at which time, on the current schedule, a similar reply will be due in the companion case of *Gwynn, et al., v. National Union, et al.*, Docket Number 3:03 CV 04154 (CFD) ("*Gwynn*").

In support of this motion, undersigned counsel states as follows:

1. This is the third request for an extension of time made by National Union with respect to this time limitation.

2. National Union moved to dismiss both actions on January 27, 2004, for failure to state a claim under Fed. R. Civ. P. 12(b)(6). In response, Plaintiffs submitted their

{00068970; 1; 0040-3}