

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :    CASE NUMBER:
CAPITAL ASSOCIATES, INC., :    3:03 CV 00644 (CFD)

            Plaintiffs, :

    vs. :

NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :    March 30, 2004

           Defendants. :
----------------------------------------------------------X

**MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, currently due on March 31, 2004. Defendants move that the Court extend the time for such reply until April 23, 2004, at which time, on the current schedule, a similar reply will be due in the companion case of *Gwynn, et al., v. National Union, et al.*, Docket Number 3:03 CV 00154 (CFD) ("*Gwynn*").

In support of this motion, undersigned counsel states as follows:

1.     This is the second request for an extension of time made by National Union with respect to this time limitation.

{00064938; 2; 0040-3}