
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC., : CASE NUMBER:
: 3:03 CV 00644 (CFD)
Plaintiffs, :
:
vs. :
:
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., : March 1, 2004
:
Defendants. :
------------------------------------------------------------X

**MOTION FOR STATUS CONFERENCE AND
COORDINATED SCHEDULING ORDER**

Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and AIG Technical Services, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union") hereby respectfully move pursuant to Fed. R. Civ. P. 16(a)-(b) and 42(a) and D. Conn. L. Civ. R. 16(a)-(b) that this Court schedule a status conference for the purpose of coordinating by order the schedules of the above-captioned action and *Gwynn, et al., v. National Union, et al.*, Docket Number 3:03 CV 01154 (CFD) ("*Gwynn*"), transferred to this Court by Order dated October 14, 2003, and now referred together with this action to Magistrate Judge Thomas P. Smith by Order dated February 17, 2004 for the purpose of conferring on scheduling and settlement matters.

In support of this motion, undersigned counsel states as follows:

1. Plaintiffs in the companion *Gwynn* action moved to consolidate that case with this action on September 29, 2004. As the basis for their Motion, Plaintiffs indicated that

{00061616; 1; 0040-3}