UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE C. RYAN, RUSSELL W. NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:03 CV 644 (CFD) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and AIG TECHNICAL SERVICES, INC., Defendants | : : : : | |

## ORDER

Pursuant to Fed. R. Civ. 42(a), this case shall be consolidated with the matter of <u>David W. Gwynn, et al. v. National Union Fire Insurance Co., et al.</u>, Docket No. 3:03 CV 1154 (CFD), for all pretrial purposes.

SO ORDERED this  26th  day of April 2004, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**