UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM  :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC.,             :    3:03 CV 00644(CFD)
                                      :
              Plaintiffs,             :
                                      :
vs.                                   :
                                      :
NATIONAL UNION FIRE INSURANCE         :
COMPANY OF PITTSBURGH, PA., and       :
AIG TECHNICAL SERVICES, INC.,         :    April 27, 2004
                                      :
                                      :
              Defendants.             :
-----------------------------------------------------X
```

## APPEARANCE

Please enter the appearance of the following attorney on behalf of defendants National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. in the above-captioned action.

        William M. Tong (ct25304)
        FINN DIXON & HERLING LLP
        One Landmark Square
        Suite 1400
        Stamford, CT 06901-2689
        Tel: (203) 325-5000
        Fax: (203) 348-5777
        E-mail: wtong@fdh.com

{00069278; 1; 0040-3}

DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. and
AIG TECHNICAL SERVICES, INC.

By: _____
William M. Tong (ct 25304)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: wtong@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 27th day of April, 2004:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

William M. Tong

{00069278; 1; 0040-3}