UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and MERIT :
CAPITAL ASSOCIATES, INC.,           :        3:03 CV 00644(CFD)
                                    :
           Plaintiffs,              :
                                    :
    vs.                             :
                                    :
NATIONAL UNION FIRE INSURANCE       :
COMPANY OF PITTSBURGH, PA., and     :
AIG TECHNICAL SERVICES, INC.,       :        April 27, 2004
                                    :
           Defendants.              :
-----------------------------------------------------------X

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document or thing:

1. Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint.

This document has not been filed electronically because

( )   the document or thing cannot be converted to an electronic format
(X)   the electronic file size of the document exceeds 1.5. megabytes
( )   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )   Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: /s/ James R. Hawkins II
James R. Hawkins II (ct00128)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: jhawkins@fdh.com

{00069300; 1; 0040-3}