**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

———————————————————————
BRUCE CHARLES RYAN, RUSSELL WILLIAM   )
NEWTON, ROBERT FITZPATRICK, and             )
MERIT CAPITAL ASSOCIATES, INC.,                   )
                                                                                   )
    **Plaintiffs,**                                                           )
                                                                                   ) CIVIL ACTION NO.
v.                                                                                ) 3:03 CV 00644 (CFD)
                                                                                   )
NATIONAL UNION FIRE INSURANCE               )
COMPANY OF PITTSBURGH, PA., and              )
AIG TECHNICAL SERVICES, INC.,                      )
                                                                                   )
    **Defendants**                                                        )
———————————————————————) MAY 3, 2004

**MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

    Plaintiffs respectfully requests that the Settlement Conference currently scheduled for June 7, 2004 be rescheduled to another date that month.  Plaintiffs are regulated by the NASD and are required to attend another NASD arbitration currently scheduled for June 7th and June 14th.  Proceeding without the Plaintiffs in attendance would be contrary to the Court's usual procedures and would seriously diminish the value of the Settlement Conference.

    Judge Droney as well as the other involved parties were advised of this conflict and no objection was voiced to attempting to reschedule the conference.

    The undersigned counsel also has previously existing commitments on June 1st through June 3rd and June 10th and 11th.

1

If the Magistrate Judge prefers, the undersigned will endeavor to find mutually convenient dates with all parties consistent with the Court's schedule.

Wherefore, the undersigned counsel respectfully requests that the Settlement Conference currently scheduled for June 7th be rescheduled to another date in June, 2004.

                        PLAINTIFFS, BRUCE CHARLES RYAN,
                        RUSSELL WILLIAM NEWTON,
                        ROBERT FITZPATRICK, and MERIT
                        CAPITAL ASSOCIATES INC.,

By_____/s/_____
    Peter M. Nolin (ct06223)
    Sandak Hennessey & Greco LLP
    970 Summer Street
    Stamford, CT 06905
    (203) 425-4200
    (203) 325-8608 (fax)
    pnolin@shglaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on May 3, 2004, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

                        _____/s/_____
                        Peter M. Nolin