UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------X
DAVID W. GWYNN, RAQUEL GWYNN and      :
GWYNN FINANCIAL SERVICES, INC.,        :   CASE NUMBER:
                                        :   3:03 CV 1154(CFD)
                                        :
              Plaintiffs,               :
                                        :
    vs.                                 :
                                        :
NATIONAL UNION FIRE INSURANCE           :
COMPANY OF PITTSBURGH, PA., and         :
AIG TECHNICAL SERVICES, INC.,           :   :
                                        :
              Defendants.               :
-------------------------------------------------X   January 26, 2004
```

### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Defendants National Union Fire Insurance Company of Pittsburgh, P.A. and AIG Technical Services, Inc., hereby respectfully move to dismiss the Amended Complaint of Plaintiffs David W. Gwynn, Raquel Gwynn and Gwynn Financial Services, Inc., dated September 29, 2003, for failure to state a claim upon which relief can be granted.

                                      DEFENDANTS NATIONAL UNION FIRE
                                      INSURANCE COMPANY OF PITTSBURGH,
                                      P.A. and AIG TECHNICAL SERVICES, INC.

By: _____
        James R. Hawkins, II (ct00128)
        Finn Dixon & Herling LLP
        One Landmark Square, Suite 1400
        Stamford, CT 06901-2689
        Tel: (203) 325-5000
        Fax: (203) 348-5777
**ORAL ARGUMENT REQUESTED**        Email: jhawkins@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 26th day of January, 2004:

Mario DiNatale, Esq.
Silver, Golub and Teitell
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

Peter M. Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

_____
James R. Hawkins II

{00054049; 1; 0040-4}