Exhibit 2

# James Hawkins

**From:** James Hawkins
**Sent:** Thursday, June 17, 2004 12:36 PM
**To:** Peter M. Nolin, Esq. (E-mail); Mario DiNatale (E-mail)
**Subject:** Ryan and Gwynn-- Discovery

Peter and Mario,

I propose the following:

Discovery can commence 30 days after the earliest of the following:

1. The Court denies on the merits the pending motions to dismiss;
2. Magistrate Judge Smith reports that his attempts to assist the parties to settle have terminated and no settlement has been agreed to; or
3. There has been an unsuccessful mediation of this consolidated matter before a mutually acceptable professional mediator.

Please let me have your thoughts.

Jim

James R. Hawkins II
Finn Dixon & Herling LLP
One Landmark Square
Stamford, Connecticut 06901
203 325 5042  (direct)
203 348 5777  (fax)
jhawkins@fdh.com

1