UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -9 P 12: 10

U.S. DISTRICT COURT

BRUCE CHARLES RYAN, RUSSELL WILLIAM :
NEWTON, ROBERT FITZPATRICK, and :
MERIC CAPITAL ASSOCIATES, INC., :
                     Plaintiffs, :

v.                          : Civil Action No. 3:03CV644CFD)
                               :
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA., and :
AIG TECHNICAL SERVICES, INC., :
                     Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

**X** To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_ A ruling on the following motion which is currently pending: (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

**X** A conference to discuss and approve the following: (orefmisc./cnf) *Scheduling Order*

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 9th day of September 2004 at Hartford, Connecticut.

Christopher F. Droney
United States District Judge