UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) CASE NUMBER: ) 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC., | ) ) ) ) September 13, 2004 ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

Defendants National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (hereinafter referred to collectively as "National Union" or "Defendants") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of thirty (30) days from September 13, 2004 to and including October 13, 2004 to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of time to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions after the Court's decision denying National Union's Motions to Dismiss.

2. National Union has contacted counsel for Plaintiffs in both the consolidated *Ryan* and *Gwynn* actions regarding this extension. Counsel for Plaintiffs in the

{00086321; 1; 0040-3}

*Ryan* action have objected to this extension. Counsel for Plaintiffs in the *Gwynn* action have consented to the extension.

3. National Union respectfully requests this extension so that it can have an opportunity to review the Court's decision on its Motions to Dismiss before filing its responsive pleading. The Court denied National Union's Motions to Dismiss in the consolidated actions on August 30, 2004. It is National Union's understanding that the Court's decision is not yet available but is forthcoming.

For the reasons stated above, National Union respectfully requests that this Court grant an extension of time to and including October 13, 2004 for National Union to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 13th day of September, 2004:

Peter M. Nolin
Jay H. Sandak
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale
Jonathan M. Levine
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

_____
James R. Hawkins II

{00086321; 1; 0040-3}