

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | 2004 SEP 13 P 3: 33 <br><br> CASE NUMBER: <br> 3:03 CV 00644 (CFD) <br><br><br><br> September 13, 2004 |

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/14/04

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (hereinafter referred to collectively as "National Union" or "Defendants") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of thirty (30) days from September 13, 2004 to and including October 13, 2004 to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of time to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions after the Court's decision denying National Union's Motions to Dismiss.

2. National Union has contacted counsel for Plaintiffs in both the consolidated *Ryan* and *Gwynn* actions regarding this extension. Counsel for Plaintiffs in the

{00086321; 1; 0040-3}