UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____
BRUCE CHARLES RYAN, RUSSELL WILLIAM      )
NEWTON, ROBERT FITZPATRICK, and           )
MERIT CAPITAL ASSOCIATES, INC.,           )
                                          )
   Plaintiffs,                            )
                                          )       CIVIL ACTION NO.
v.                                        )       3:03 CV 00644 (CFD)
                                          )
NATIONAL UNION FIRE INSURANCE             )
COMPANY OF PITTSBURGH, PA., and           )
AIG TECHNICAL SERVICES, INC.,             )
                                          )
   Defendants                             )
_____)     September 14, 2004

**PLAINTIFFS' OBJECTION TO DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO PLEAD**

Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby oppose the requested extension of time sought by the Defendants National Union Fire Insurance Company of Pittsburgh and AIG Technical Services, Inc. seeking an extension of time to plead from September 13, 2004 to October 13, 2004.  This action has been pending for 18 months and these Defendants have already received numerous extensions of time to respond to the Complaint.  On August 30, 2004, the Court denied Defendants' Motion to Dismiss the Complaint.  Accordingly, Defendants' pleading was due on or before September 13, 2004.

1

Defendants' continued failure to join issue in this case is prejudicing the Plaintiffs and unduly delaying the prosecution of this matter.

Wherefore, Defendants' motion for extension of time should be denied.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/s/_____
Peter M. Nolin (ct06223)
**Sandak Hennessey & Greco LLP**
970 Summer Street
Stamford, CT  06905
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

### **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, on September 14, 2004, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

_____/s/_____
Peter M. Nolin

2