# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br>    **Defendants** | CIVIL ACTION NO. <br> 3:03 CV 00644 (CFD) <br><br><br><br><br><br><br><br><br> September 14, 2004 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby move that a default be entered against the Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. for their failure to answer the Complaint. This action has been pending for more than a year and a half and Defendants have sought numerous extensions of time to plead. On August 30, 2004, Defendants' Motion to Dismiss was denied. Accordingly, Defendants' were required to file their Answer to the Complaint on September 13, 2004 but no pleading has been filed.

Wherefore, Plaintiffs move for the entry of a default against the Defendants.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/s/_____
Peter M. Nolin (ct06223)
**Sandak Hennessey & Greco LLP**
970 Summer Street
Stamford, CT  06905
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, on September 14, 2004, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

_____/s/_____
Peter M. Nolin