# FINN DIXON & HERLING LLP
### ATTORNEYS AT LAW

ONE LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901-2689
TELEPHONE (203) 325-5000
FACSIMILE (203) 348-5777

CATHERINE A. SOMMER
PARALEGAL

DIRECT DIAL: (203) 325-5030
INTERNET: CSOMMER@FDH.COM

May 10, 2004

Via Federal Express

Office of the Clerk
United States District Court
450 Main Street
Hartford, CT 06103

Re:  Ryan, et al v. National Union Fire Insurance Co, et al
Docket Number 3:03 CV 00644(CFD)

Gwynn, et al v. National Union Fire Insurance Co, et al
Docket Number 3:03 CV 1154(CFD)

Dear Sir/Madam:

Enclosed for filing please find the original signature pages of Mario DiNatale and Peter Nolin which should be substituted for the copies of their signature pages that were included in the Joint Rule 26(f) Report filed on May 6, 2004 in the above-captioned action.

If you should have any questions on the enclosed, please feel free to contact me.

Very truly yours,

Cathy Sommer
Paralegal

Enclosure

The Clerk shall docket this letter and this submission and include it in the court's file.
SO ORDERED.

Christopher F. Droney
United States District Judge
10/1/04

{00078 ; 1; 0040-3}