PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.


By:_____

    Peter M. Nolin (ct06223)
    Jay H. Sandak (ct06703)
    Sandak Hennessey & Greco LLP
    970 Summer Street
    Stamford, CT 06905
    (203) 425-4200
    (203) 325-8608 (fax)
    pnolin@shglaw.com


PLAINTIFFS DAVID W. GWYNN, RAQUEL GWYNN, and GWYNN FINANCIAL SERVICES, INC.


By:_____

    Mario DiNatale (ct12449)
    Jonathan M. Levine (ct07584)
    Silver Golub & Teitell LLP
    184 Atlantic Street
    Stamford, CT  06904
    (203) 325-4491
    (203) 325-3769 (fax)
    mdinatale@sgtlaw.com

-15-

{00070386; 1; 0040-3}

PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.

By: _____
    Peter M. Nolin (ct06223)
    Jay H. Sandak (ct06703)
    Sandak Hennessey & Greco LLP
    970 Summer Street
    Stamford, CT 06905
    (203) 425-4200
    (203) 325-8608 (fax)
    pnolin@shglaw.com

PLAINTIFFS DAVID W. GWYNN, RAQUEL GWYNN, and GWYNN FINANCIAL SERVICES, INC.

By: _____
    Mario DiNatale (ct12449)
    Jonathan M. Levine (ct07584)
    Silver Golub & Teitell LLP
    184 Atlantic Street
    Stamford, CT  06904
    (203) 325-4491
    (203) 325-3769 (fax)
    mdinatale@sgtlaw.com

{00070386; 1; 0040-3}