UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) <br><br><br><br><br><br><br><br> October 5, 2004 |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc. (hereinafter referred to collectively as "National Union" or "Defendants") hereby oppose the Motion for Default for Failure to Plead of Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (the "*Ryan* Plaintiffs"). In support of this Opposition, undersigned counsel states as follows:

1. On September 13, 2004, National Union moved for its first request for an extension of time to answer, move against, or otherwise respond to Plaintiffs' amended complaints in the consolidated actions after the Court's decision denying National Union's Motions to Dismiss.

2. The *Ryan* Plaintiffs filed an objection to the Motion for Extension as well as a Motion for Default for Failure to Plead, both dated September 14, 2004.

3. The Court granted National Union's Motion for Extension by Order dated September 14, 2004.

4. The *Ryan* Plaintiffs' objection and Motion for Default are moot; the Court has already granted the Motion for Extension to which the *Ryan* Plaintiffs object, and thereby granted leave to National Union to file its answer by October 13, 2004.

5. The parties also engaged in a scheduling conference with the Court on September 20, 2004. At that time, the *Ryan* Plaintiffs did not object to the filing of National Union's answers on or before October 13, 2004. It was so ordered by the Court.

6. National Union has requested that counsel for the *Ryan* Plaintiffs withdraw their Motion for Default. Although counsel for the *Ryan* Plaintiffs has refused to withdraw that motion, counsel indicated that he does not object to National's Union action to advise the Court that the *Ryan* Plaintiffs' Motion for Default is now moot.

Accordingly, for the reasons stated above, National Union respectfully requests that this Court deny the *Ryan* Plaintiffs' Motion for Default for Failure to Plead, along with such other relief that the Court deems just and proper.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00087023; 2; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 5th day of October, 2004:

>Peter M. Nolin
>Jay H. Sandak
>Sandak Hennessey & Greco LLP
>970 Summer Street
>Stamford, CT 06905
>(203) 425-4200
>(203) 325-8608 (fax)

>Mario DiNatale
>Jonathan M. Levine
>Silver Golub & Teitell LLP
>184 Atlantic Street
>Stamford, CT 06904
>(203) 325-4491
>(203) 325-3769 (fax)

William M. Tong