UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) | CASE NUMBER: 3:03 CV 1154 (CFD)) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) | November 8, 2004 |
| Defendants. | ) ) | |

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG

Technical Services, Inc. (hereinafter referred to collectively as "National Union" or

"Defendants") hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ.

R. 7(b)(3) for an extension of time of seven (7) days from November 8, 2004 to and including

November 15, 2004 to respond and object to Plaintiffs' Requests for Production and First Sets of

Interrogatories dated October 5, 2004, in the action *Gwynn, et al. v. National Union, et al.*, Case

{00095075; 1; 0040-4}

No. 3:03 CV 1154 (CFD) (the "*Gwynn* action"). In support of this motion, undersigned counsel states as follows:

1.      This is the first request for an extension of time to respond and object to Plaintiffs' Requests for Production and First Sets of Interrogatories.

2.      Plaintiffs in the *Gwynn* action have served 2 sets of discovery on each Defendant dated October 5, 2004; Requests for Production and a First Set of Interrogatories have been served separately on National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc.

3.      National Union respectfully requests this extension because Counsel for National Union has been out of the office and unavailable to review Plaintiffs' discovery requests and to complete National Union's responses and objections thereto.

4.      National Union has contacted counsel for Plaintiffs in the *Gwynn* action and he has consented to this extension.

For the reasons stated above, National Union respectfully requests that this Court grant an extension of time to and including November 15, 2004 for National Union to respond to Plaintiffs' Requests for Production and First Sets of Interrogatories.

DEFENDANTS NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689
Tel:  (203) 325-5000
Fax:  (203) 348-5777
Email:   jhawkins@fdh.com

{00095075; 1; 0040-4}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 8th day of November, 2004:

        Mario DiNatale
        Jonathan M. Levine
        Silver Golub & Teitell LLP
        184 Atlantic Street
        Stamford, CT  06904
        (203) 325-4491
        (203) 325-3769 (fax)

        Peter M. Nolin
        Jay H. Sandak
        Sandak Hennessey & Greco LLP
        970 Summer Street
        Stamford, CT 06905
        (203) 425-4200
        (203) 325-8608 (fax)

                        James R. Hawkins II