UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD)) <br><br><br><br><br> November 15, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc. (hereinafter referred to collectively as "National Union" or "Defendants") hereby respectfully move pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of an additional sixteen (16) days from November 15, 2004 to and including December 1, 2004 to respond and object to Plaintiffs' Requests for Production and First Sets of Interrogatories dated October 5, 2004, in the action *Gwynn, et al. v. National Union,*

*et al.*, Case No. 3:03 CV 1154 (CFD) (the "*Gwynn* action"). In support of this motion, undersigned counsel states as follows:

1. This is the second request for an extension of time to respond and object to Plaintiffs' Requests for Production and First Sets of Interrogatories.

2. Plaintiffs in the *Gwynn* action have served 2 sets of discovery on each Defendant dated October 5, 2004; Requests for Production and a First Set of Interrogatories have been served separately on National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc.

3. National Union respectfully requests this extension because Counsel for National Union had been out of the office and unavailable to review Plaintiffs' discovery requests and to complete National Union's responses. Although draft responses have been prepared, the persons responsible for reviewing and signing the responses under oath as required by the Federal Rules of Civil Procedure is not available to review the responses.

4. National Union has contacted counsel for Plaintiffs in the *Gwynn* action and he has consented to this extension.

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 15th day of November, 2004:

      Mario DiNatale
      Jonathan M. Levine
      Silver Golub & Teitell LLP
      184 Atlantic Street
      Stamford, CT  06904
      (203) 325-4491
      (203) 325-3769 (fax)

      Peter M. Nolin
      Jay H. Sandak
      Sandak Hennessey & Greco LLP
      970 Summer Street
      Stamford, CT 06905
      (203) 425-4200
      (203) 325-8608 (fax)

_____
James R. Hawkins II

For the reasons stated above, National Union respectfully requests that this Court grant an extension of time to and including December 1, 2004 for National Union to respond to Plaintiffs' Requests for Production and First Sets of Interrogatories.

                        DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00097561; 1; 0040-4}