UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | CIVIL ACTION NO.<br>3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | CIVIL ACTION NO.<br>3:03 CV 01154 (CFD)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 10, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of ten (10) days up to and including November 22, 2004 to respond and/or object to Defendants' First Request for Production of Documents dated October 13, 2004. In support of this Motion, undersigned counsel states as follows:

1. This is the first request for an extension of time to respond and/or object to Defendants' First Request for Production of Documents.

2. Defendants have served plaintiffs with 65 separate document production requests. Including sub-parts, there are a total of 140 separate requests for documents that require response and/or objection.

3. Plaintiffs reside in the State of Arizona. Because of the distance involved, it becomes a more difficult and complicated procedure for counsel to review the requests with plaintiffs and determine the appropriate response.

4. The undersigned counsel has contacted counsel to defendants, and he has consented to this motion.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time to and including November 22, 2004, for plaintiffs to respond and/or object to Defendants' First Request for Production of Documents.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**


By_____
        Mario DiNatale (ct 12449)
        Jonathan M. Levine (ct 07584)
        Silver Golub & Teitell, LLP
        184 Atlantic Street
        Stamford, CT 06904
        (203) 325-4491
        (203) 325-3769 (Fax)
        Email: MDinatale@sgtlaw.com
                JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was U.S. mail on this 10th day of November, 2004, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE