**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| _____<br>**BRUCE CHARLES RYAN, RUSSELL WILLIAM**<br>**NEWTON, ROBERT FITZPATRICK, and**<br>**MERIT CAPITAL ASSOCIATES, INC.,**<br><br>   **Plaintiffs,**<br><br>v.<br><br>**NATIONAL UNION FIRE INSURANCE**<br>**COMPANY OF PITTSBURGH, PA., and**<br>**AIG TECHNICAL SERVICES, INC.,**<br><br>   **Defendants**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.**<br>)  **3:03 CV 00644 (CFD)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **NOVEMBER 15, 2004** |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' REQUESTS FOR PRODUCTION**

   Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby move for a 30 day extension of time to respond to *Defendants' First Requests For Production of Documents*, dated October 13, 2004. Plaintiffs need additional time to collect and organize the documents for response.

   This is Plaintiffs first request for an extension of time to respond to this discovery request. Defendants' counsel William Tong advises that he consents to this request.

1

Wherefore Plaintiffs move for a 30 day extension of time to an including December 16, 2004.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/S/_____
Peter M. Nolin (ct06223)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

2

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, and E-mail on November 15, 2004, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

               ___/S/_____
               Peter M. Nolin