UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 22 P 1:50
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br><br>) NOVEMBER 18, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time up to and including December 15, 2004 to respond and/or object to Defendants' First Request for Production of Documents dated October 13, 2004. In support of this Motion, undersigned counsel states as follows:

1. This is the second request for an extension of time to respond and/or object to Defendants' First Request for Production of Documents.

2. Defendants have served plaintiffs with 65 separate document production requests. Including sub-parts, there are a total of 140 separate requests for documents that require response and/or objection.

3. Plaintiffs reside in the State of Arizona. Because of the distance involved, it becomes a more difficult and complicated procedure for counsel to review the requests with plaintiffs and determine the appropriate response.

4. The undersigned counsel has contacted James R. Hawkins, II, Esq., counsel to defendants, and he has consented to this motion.

5. The time to which an extension is sought- December 15, 2004- is the same date that counsel to co-plaintiffs has sought to file responses and/or objections to defendants' requests.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time to and including December 15, 2004, for plaintiffs to respond and/or object to Defendants' First Request for Production of Documents.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By /s/ _____
Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
       JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was U.S. mail on this 18th day of November, 2004, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE