UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| | ) DECEMBER 10, 2004 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time up to and including December 30, 2004 to respond and/or object to Defendants' First Request for Production of Documents dated October 13, 2004. In support of this Motion, undersigned counsel states as follows:

1. This is the third request for an extension of time to respond and/or object to Defendants' First Request for Production of Documents.

2. Defendants have served plaintiffs with 65 separate document production requests. Including sub-parts, there are a total of 140 separate requests for documents that require response and/or objection.

3. Plaintiffs have recently moved to the state of Oregon. The documents for which defendants seek production are mostly in the State of Arizona, where they previously resided. Plaintiffs continue to seek and retrieve documents responsive to this request. Because of the distance involved, it becomes a more difficult and complicated procedure for counsel to review the requests with plaintiffs and determine the appropriate response.

4. Moreover, defendants' requests may require plaintiffs to produce documents that are in the possession, custody and control of others, such as plaintiffs' former counsel in Arizona.

5. The undersigned counsel has contacted James R. Hawkins, II, Esq., counsel to defendants, and he has consented to this motion.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time to and including December 30, 2004, for plaintiffs to respond and/or object to Defendants' First Request for Production of Documents.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**


By_____
       Mario DiNatale (ct 12449)
       Jonathan M. Levine (ct 07584)
       Silver Golub & Teitell, LLP
       184 Atlantic Street
       Stamford, CT 06904
       (203) 325-4491
       (203) 325-3769 (Fax)
       Email: MDinatale@sgtlaw.com
             JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was U.S. mail on this 10th day of December, 2004, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE