## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| | ) DECEMBER 29, 2004 |

### MOTION FOR EXTENSION OF TIME

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time up to and including January 30, 2005 to respond and/or object to Defendants' First Request for Production of Documents dated October 13, 2004. In support of this Motion, undersigned counsel states as follows:

1. This is the fourth request for an extension of time to respond and/or object to Defendants' First Request for Production of Documents.

2. Defendants have served plaintiffs with 65 separate document production requests. Including sub-parts, there are a total of 140 separate requests for documents that require response and/or objection.

3. Plaintiffs have recently moved to the state of Oregon. The documents for which defendants seek production are mostly in the state of Arizona, where they previously resided. Plaintiffs continue to seek and retrieve documents responsive to this request. Because of the distance involved, it becomes a more difficult and complicated procedure for counsel to review the requests with plaintiffs and determine the appropriate response. Moreover, additional time is required for counsel to review the material once it has been received.

4. Moreover, defendants' requests may require plaintiffs to produce documents that are in the possession, custody and control of others, such as plaintiffs' former counsel Mariscal, Week, in Phoenix, Arizona.

5. Counsel has heard from Mariscal, Weeks, and that firm has indicated that it is in the process of retrieving numerous boxes of documents, which it will forward to undersigned counsel. Once this material has been received by counsel, time will be required to review the documents for privilege, relevance, and the like.

6. Counsel is in possession of a limited number of documents that re responsive to defendants' requests, and will agree to produce said documents by Friday, January 7, 2005.

7. The other parties to this action have responded and/or objected to document production requests. However, actual document production has not yet occurred, and will not occur until some time after the beginning of the new year. Accordingly, the undersigned believes

that there is no prejudice to any party if this request is granted.

8.  The undersigned counsel communicated with counsel to defendants, and said counsel objects to this request.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time to and including January 30, 2005, for plaintiffs to respond and/or object to Defendants' First Request for Production of Documents.

                **PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
    Mario DiNatale (ct 12449)
    Jonathan M. Levine (ct 07584)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    Email: MDinatale@sgtlaw.com
           JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and U.S. mail on this 29th day of December, 2004, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE