UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) JANUARY 28, 2005 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of 7 days, up to and including February 7,

2005 to produce additional documents responsive to Defendants' First Request for Production of Documents dated October 13, 2004.  In support of this Motion, undersigned counsel states as follows:

    1.  This is the fifth request for an extension of time concerning document production.

    2.  Defendants have served plaintiffs with 65 separate document production requests. Including sub-parts, there are a total of 140 separate requests for documents that require response and/or objection.

    3.  Plaintiffs have recently moved to the state of Oregon.  The documents for which defendants seek production are mostly in the state of Arizona, where they previously resided. Plaintiffs continue to seek and retrieve documents responsive to this request.  Because of the distance involved, it becomes a more difficult and complicated procedure for counsel to review the requests with plaintiffs and review the documents.

    4.  Moreover, defendants' requests may require plaintiffs to produce documents that are in the possession, custody and control of others, such as plaintiffs' former counsel Mariscal, Week, in Phoenix, Arizona.

    5.  On January 5, 2005, plaintiffs filed their Responses and Objections to defendants' document production requests.  Thereafter, on January 21, 2005, plaintiffs produced to defendant a limited number of documents that are responsive to this request.  The additional time is needed to produce additional documents.

6. The other parties to this action have responded and/or objected to document production requests. However, actual document production has not yet occurred. Accordingly, the undersigned believes that there is no prejudice to any party if this request is granted.

7. The undersigned counsel communicated with William Tong, Esq., counsel to defendants, who does not object to this request.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time of 7 days, to and including February 7, 2005, for plaintiffs to produce additional documents that are responsive to Defendants' First Request for Production of Documents.

        **PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
    Mario DiNatale (ct 12449)
    Jonathan M. Levine (ct 07584)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    Email: MDinatale@sgtlaw.com
           JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and U.S. mail on this 28th day of January, 2005, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE