UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | CIVIL ACTION NO.<br>3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | CIVIL ACTION NO.<br>3:03 CV 01154 (CFD)<br><br><br><br><br><br><br><br><br>FEBRUARY 8, 2005 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs David Gwynn, Raquel Gwynn, and Gwynn Financial Services (hereinafter referred to collectively as "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of thirty (30) days up to and including March 11, 2005 to respond and/or object to Defendant National Unions' First Request Set of Interrogatories dated January 10, 2005  In support of this Motion, undersigned counsel states as follows:

1. This is the first request for an extension of time to respond and/or object to Defendants' First Set of Interrogatories.

2. Plaintiffs reside in the State of Oregon. The additional time is needed for counsel to consult with plaintiffs to review the requests and determine the appropriate response.

3. Plaintiffs do not believe that any party would be prejudiced by the delay. The parties have only recently begun to exchange documents with each other, and depositions have not yet been taken.

4. The undersigned counsel has contacted counsel to defendants. Counsel to defendants may object to this motion.

Accordingly, for the reasons stated above, plaintiffs respectfully request that the Court grant an extension of time to and including March 11, 2005, for plaintiffs to respond and/or object to Defendants' First Set of Interrogatories.

        **PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
    Mario DiNatale (ct 12449)
    Jonathan M. Levine (ct 07584)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    Email: MDinatale@sgtlaw.com
           JLevine@sgtlaw.com

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was U.S. mail on this 8th day of February, 2005, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE