## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____<br>BRUCE CHARLES RYAN, RUSSELL WILLIAM )<br>NEWTON, ROBERT FITZPATRICK, and )<br>MERIT CAPITAL ASSOCIATES, INC., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., and )<br>AIG TECHNICAL SERVICES, INC., )<br>)<br>    Defendants )<br><br>DAVID W. GWYNN, RAQUEL GWYNN and )<br>GWYNN FINANCIAL SERVICES, INC., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., and )<br>AIG TECHNICAL SERVICES, INC., )<br>)<br>    Defendants )<br>_____) | CIVIL ACTION NO.<br>3:03 CV 00644 (CFD)<br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO.<br>3:03 CV 1154 (CFD)<br><br><br><br><br><br><br><br>FEBRUARY 11, 2005 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES

      Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit

Capital Associates, Inc. (collectively "Plaintiffs") hereby move for a 30 day extension of time to

1

object or respond to *Defendants' First Set of Interrogatories*, dated January 10, 2005.  Plaintiffs need additional time to respond.

    This is Plaintiffs' first request for an extension of time to respond to this discovery request.  Based upon prior inquiry, Defendants' counsel is not likely to consent to this request.

    Wherefore Plaintiffs move for a 30 day extension of time to an including March 11, 2005.

        **PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By____/s/ Peter M. Nolin_____
        Peter M. Nolin (ct06223)
        **Sandak Hennessey & Greco LLP**
        707 Summer Street
        Stamford, CT  06901-1026
        (203) 425-4200
        (203) 325-8608 (fax)
        pnolin@shglaw.com

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, and e-mail on February 11, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

        __/s/ Peter M. Nolin_____
        Peter M. Nolin