UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| | ) JUNE 3, 2005 |

**PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs David Gwynn, Raquel Gwynn and Gwynn Financial Services, hereafter "plaintiffs," through their counsel, respectfully move this Court to extend the deadlines in the Scheduling Order entered herein, by way of telephonic status conference on September 20, 2004

as follows:

| | |
|---|---|
| October 1, 2005 | Fact Discovery to be completed |
| October 15, 2005 | Plaintiffs to disclose their expert witnesses |
| November 30, 2005 | Depositions of plaintiffs' experts to be completed |
| November 30, 2005 | Defendants to disclose their expert witnesses |
| January 15, 2006 | Depositions of defendants' experts to be completed |
| February 1, 2006 | Dispositive motions to be filed |
| April 1, 2006 | Joint Trial Memorandum to be filed (if no dispositive motions; otherwise, 60 days after all dispositive motions have been ruled on) |

The requested revision is necessary for the parties to complete discovery in this case. To date, plaintiffs and co-plaintiffs Merit Capital Associates, et al. (hereafter, "the Merit plaintiffs") have produced literally tens of thousands of pages of documents to defendants. Depositions of six witnesses have been taken. The parties have discussed their intention of deposing additional witnesses, which will likely require travel to Oklahoma City, Oklahoma; Phoenix, Arizona; and Eugene, Oregon. Moreover, there are outstanding discovery disputes that the parties are attempting to resolve without judicial intervention.

The schedule proposed above was circulated to counsel for all parties one week ago for comment or other input, in anticipation of filing this Motion. A communication was also sent by email this morning, advising counsel that the Motion would be filed today. Counsel to the Merit plaintiffs joins in this Motion. Counsel to the defendants has not objected to the modified dates proposed above.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
       JLevine@sgtlaw.com

**CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that a copy of the foregoing was sent U.S. mail, postage prepaid on this 3rd day of June, 2005, postage prepaid, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

 

_____
MARIO DiNATALE