UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br> June 14, 2005 |

## MOTION FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc. (hereinafter referred to collectively as "National Union" or "Defendants") hereby respectfully move pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of thirty (30) days from June 15, 2005 to and including July 15, 2005 to respond and object to the First Request for Production of Documents of Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates,

{00140287; 1; 0040-3}

Inc. (the "*Ryan* Plaintiffs"), in the action *Ryan, et al. v. National Union, et al.*, Case No. 3:03 CV 00644 (the "*Ryan* action"), dated May 16, 2005. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of time to respond and object to Plaintiffs' First Request for Production of Documents in the *Ryan* action.

2. The *Ryan* Plaintiffs' First Request for Production of Documents contains forty-seven (47) separate and far-reaching requests for production. Because of the breadth and scope of these requests, National Union needs additional time to consider and respond to these requests.

3. Counsel for National Union has contacted the *Ryan* Plaintiffs' counsel and he has consented to this extension.

For the reasons stated above, National Union respectfully requests that this Court grant an extension of time for thirty (30) days, from June 15, 2005 until July 15, 2005, for National Union to respond to the *Ryan* Plaintiffs' First Requests for Production, and such other and further relief as the Court may deem just and proper.

> DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.
>
> By: _____
> James R. Hawkins II (ct00128)
> William M. Tong (ct25304)
> Finn Dixon & Herling LLP
> One Landmark Square, Suite 1400
> Stamford, CT 06901-2689
> Tel: (203) 325-5000
> Fax: (203) 348-5777
> Email: jhawkins@fdh.com

{00140287; 1; 0040-3}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 14th day of June, 2005:

Peter M. Nolin
Jay H. Sandak
Sandak Hennessey & Greco LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale
Jonathan M. Levine
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

_____
William M. Tong

{00140287; 1; 0040-3}