UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| | | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | July 21, 2005 |
| Defendants. | ) ) | |

## MOTION TO DISMISS GWYNN PLAINTIFFS' AMENDED COMPLAINT

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and AIG Technical Services, Inc. ("AIGTS"), by its attorneys Finn Dixon & Herling LLP, hereby move to dismiss the Amended Complaint of the Plaintiffs David W. Gwynn, Raquel Gwynn and Gwynn Financial Services, Inc. ("GFS") for lack of subject matter jurisdiction pursuant to FED. R. CIV. P. 12(b)(1) and 12(h)(3). In support of this motion, the undersigned represents to the Court as follows:

{00147640; 1; 0040-3}

The complaint and amended complaint, a copy of which is attached hereto as "Exhibit A", allege that subject matter jurisdiction is based on diversity of citizenship. 28 U.S.C. §1332(a)(1). Both the complaint and Amended Complaint allege that GFS is a Delaware Corporation. <u>See also</u> Delaware Secretary of State Corporate Filing Information attached hereto as "Exhibit B". The complaint and Amended Complaint also allege that AIGTS is a Delaware Corporation. <u>See also</u> Delaware Secretary of State Corporate Filing Information attached hereto as "Exhibit C". No other basis for jurisdiction is alleged.

WHEREFORE, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc. respectfully request that the Court grant Defendants' Motion to Dismiss for lack of subject matter jurisdiction and such other and further relief as the Court may deem just and proper.

>                      DEFENDANT NATIONAL UNION FIRE
>                      INSURANCE COMPANY OF PITTSBURGH, Pa.
>                      and AIG TECHNICAL SERVICES, INC.
>
>                      By: _____
>                      James R. Hawkins, II (ct00128)
>                      William M. Tong (ct25304)
>                      Finn Dixon & Herling LLP
>                      One Landmark Square, Suite 1400
>                      Stamford, CT 06901-2689
>                      Tel: (203) 325-5000
>                      Fax: (203) 348-5777
>                      Email: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 21st day of July, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
970 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

James R. Hawkins II

{00147640; 1; 0040-3}