UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | |
| Defendants. | JUNE 21, 2005 |

NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the Ryan Plaintiffs in the above-entitled matter will take the deposition of the **Defendants National Union Fire Insurance Company of Pittsburgh, PA., and AIG Technical Serivces, Inc. through their agent Raymond DeCarlo** on **Thursday, July 14, 2005 at 9:30 a.m.** at **Sandak Hennessey & Greco LLP**, **707 Summer Street (Third Floor), Stamford, CT 06901.** Said deposition shall take place before an authorized officer. counsel are invited to attend and cross examine as they deem appropriate.

                                                                     PLAINTIFFS, BRUCE CHARLES RYAN,
                                                                     RUSSELL WILLIAM NEWTON,
                                                                     ROBERT FITZPATRICK, and MERIT
                                                                     CAPITAL ASSOCIATES INC.

By:_____
      Peter M. Nolin (ct06223)
      Sandak Hennessey & Greco LLP
      707 Summer Street
      Stamford, CT 06901
      pnolin@shglaw.com

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first class mail and fax on June 21, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

                     _____
                     Peter M. Nolin