UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE CHARLES RYAN, RUSSELL WILLIAM  )
NEWTON, ROBERT FITZPATRICK, and MERIT )    CASE NUMBER:
CAPITAL ASSOCIATES, INC.,             )    3:03 CV 00644 (CFD)
                                      )
          Plaintiffs,                 )
                                      )
    vs.                               )
                                      )
NATIONAL UNION FIRE INSURANCE         )
COMPANY OF PITTSBURGH, PA., and       )
AIG TECHNICAL SERVICES, INC.,         )
                                      )
          Defendants.                 )    JUNE 21, 2005


NOTICE OF DEPOSITION


    PLEASE TAKE NOTICE that the Ryan Plaintiffs in the above-entitled matter will take

the deposition of the **Defendants National Union Fire Insurance Company of Pittsburgh,**

**PA., and AIG Technical Serivces, Inc. through their agent Raymond Tiburzi** on

**Wednesday, July 13, 2005 at 9:30 a.m.** at **Sandak Hennessey & Greco LLP**, **707 Summer**

**Street (Third Floor), Stamford, CT  06901.**  Said deposition shall take place before an

authorized officer. counsel are invited to attend and cross examine as they deem appropriate.

PLAINTIFFS, BRUCE CHARLES RYAN,
RUSSELL WILLIAM NEWTON,
ROBERT FITZPATRICK, and MERIT
CAPITAL ASSOCIATES INC.


By:_____
     Peter M. Nolin (ct06223)
     Sandak Hennessey & Greco LLP
     707 Summer Street
     Stamford, CT 06901
     pnolin@shglaw.com

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was sent by first class mail and fax on June 21, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

                                          _____

                                          Peter M. Nolin