UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | JULY 15, 2005 |

RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the Ryan Plaintiffs in the above-entitled matter will take the deposition of the **Defendants National Union Fire Insurance Company of Pittsburgh, PA., and AIG Technical Serivces, Inc. through their agent Raymond Tiburzi** on **Monday, August 29, 2005 at 9:30 a.m.** at **Sandak Hennessey & Greco LLP**, **707 Summer Street (Third Floor), Stamford, CT 06901.**  Said deposition shall take place before an authorized officer.  Counsel are invited to attend and cross examine as they deem appropriate.

                    PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL
                    WILLIAM NEWTON, ROBERT FITZPATRICK, and
                    MERIT CAPITAL ASSOCIATES INC.

                    By:_____
                    Peter M. Nolin (ct06223)
                    **Sandak Hennessey & Greco LLP**
                    707 Summer Street
                    Stamford, CT 06901
                    203-425-4200
                    pnolin@shglaw.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class mail and fax on July 15, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

                                                                         _____
                                                                        Peter M. Nolin