UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., and )<br>AIG TECHNICAL SERVICES, INC., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3:03 CV 00644 (CFD)<br><br><br><br><br><br><br><br><br><br>AUGUST 4, 2005 |

## **APPEARANCE**

Please enter my appearance as counsel for plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick and Merit Capital Associates, Inc. in the above-captioned matter.

By:_____/s/ Stephanie A. McLaughlin____
Stephanie A. McLaughlin (ct22774)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
(203) 425-4200 (telephone)
(203) 325-8608 (facsimile)
smclaughlin@shglaw.com

## CERTIFICATION

  I hereby certify that a copy of the foregoing was sent by first class mail on August 4, 2005, to the following counsel:

James R. Hawkins, II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

                   _____
                   Stephanie A. McLaughlin