UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br> August 4, 2005 |

**MOTION TO STAY DISCOVERY
AND SET LOCATION OF DEPOSITIONS**

Pursuant to FED. R. CIV. P. 26(c), Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., (collectively "National Union"), by its attorneys Finn Dixon & Herling LLP, respectfully move this Court to (a) stay discovery in the action styled *Gwynn, et al. v. National Union Fire Insurance Company of Pittsburgh, Pa., et al.*, Docket No. 3:03-CV-1154 (JBA), until further order of the Court on the ground that there is a pending motion to dismiss for lack of subject matter jurisdiction; and (b) direct the Plaintiffs, in both the above captioned and consolidated actions, to take the depositions of National Union's

current or former officers and employees at a location convenient to its principal place of business in New York City.

National Union is making this motion for reasons more fully set forth in the accompanying Memorandum of Law.

Defendants affidavit pursuant to D. CONN. L. CIV. R. 37(a)(2) is attached.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Postpone Discovery and direct Plaintiffs to take depositions of National Union's current or former officers and employees in New York City at a place convenient to their place of work, and such other and further relief as the Court may deem just and proper.

          DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 4th day of August, 2005:

> Peter M. Nolin, Esq.
> Jay H. Sandak, Esq.
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06905
> (203) 425-4200
>
> Mario DiNatale, Esq.
> Jonathan M. Levine, Esq.
> Silver Golub & Teitell LLP
> 184 Atlantic Street
> Stamford, CT 06904
> (203) 325-4491

_____
James R. Hawkins II