# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| | ) AUGUST 11, 2005 |

### MOTION TO DISMISS PLAINTIFF GWYNN FINANCIAL SERVICES, INC.

Plaintiffs, David Gwynn, Raquel Gwynn, and Gwynn Financial Services, Inc. ("GFS")(collectively, "the Gwynn plaintiffs"), respectfully move this court for an order, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss the plaintiff GFS from this case.

The defendants have moved to dismiss the Gwynn plaintiffs' Complaint in this matter on the basis that the court is deprived of subject matter jurisdiction by the inclusion of GFS as a plaintiff. However, defendants concede that if GFS is dismissed as a party, there is complete diversity between the remaining plaintiffs and defendants.

This matter has been consolidated with a companion matter, <u>Ryan, et al. v National Union, et al.</u>  These matters have been pending for over two years, there have been depositions of seven different persons taken to date, and over twenty thousand documents have been produced by the parties in discovery.  Thus, if the court were to grant the Motion, this matter may proceed in accordance with the present scheduling order, there will be no interruption in discovery, and the time and resources of the court and all the parties would be preserved.  Moreover, the defendants have not filed any counterclaims against GFS.

Counsel to the Gwynn plaintiffs has notified counsel to defendants of their intention to file this Motion, and believe that defendants object to the motion. Counsel to co-plaintiffs Bruce Charles Ryan, et. al., consents to this motion.

**PLAINTIFFS, DAVID GWYNN,
RAQUEL GWYNN AND GWYNN FINANCIAL
SERVICES, INC.**

By_____
Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
JLevine@sgtlaw.com

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent U.S. mail, postage prepaid on this 11th day of August, 2005, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE