UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) AUGUST 11, 2005 |

### GWYNN PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, David Gwynn and Raquel Gwynn, through counsel, request leave of the court, pursuant to Fed. R. Civ. P. 15(a) to file a Second Amended Complaint in this matter. A copy of the proposed amended complaint is attached.

This Motion is being filed contemporaneously with a Motion for permission to withdraw Gwynn Financial Services, Inc. ("GFS") as a defendant in this matter, so as to cure any defects in the court's subject matter jurisdiction.

The proposed second amended Complaint anticipates the withdrawal of GFS as a plaintiff in this matter, and retains only the claims filed on behalf of David Gwynn and Raquel Gwynn. Otherwise, no other changes have been made.

Counsel to defendants has been provided with a copy of the proposed amended pleading. The undersigned counsel believes that defendants object to granting this motion. Counsel to co-plaintiffs Bruce Charles Ryan, et. al., consents to this motion.

          **PLAINTIFFS, DAVID GWYNN AND RAQUEL GWYNN**

By_____
    Mario DiNatale (ct 12449)
    Jonathan M. Levine (ct 07584)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    Email: MDinatale@sgtlaw.com
           JLevine@sgtlaw.com

## **CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that a copy of the foregoing was sent U.S. mail, postage prepaid on this 11th day of August, 2005, to:

James R. Hawkins, II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

                                                                   _____
                                                                   MARIO DiNATALE