UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br> August 23, 2005 |

**MOTION FOR LEAVE TO FILE AN AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Pursuant to FED. R. CIV. P. 15, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc., by its attorneys Finn Dixon & Herling LLP, respectfully move this Court for leave to file an Amended Answer asserting additional Affirmative Defenses and new Counterclaims (the "Amended Answer") in the above-captioned action *Ryan, et al.* v. *National Union Fire*

{00147805; 2; 0040-3}

*Insurance Company of Pittsburgh, Pa., et al.,* Case No. 3:03 CV 00644 (CFD) (the "*Ryan* action"), substantially in the form annexed hereto as Defendants' Exhibit A.

Pursuant to Fed. R. Civ. P. 15(a), counsel for the Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (the "*Ryan* Plaintiffs") consent to the filing of the Amended Answer.

WHEREFORE, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. respectfully request that the Court grant Defendants' Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims in the *Ryan* action and such other and further relief as the Court may deem just and proper.

        DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00147805; 2; 0040-3}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, first class, postage prepaid to the following this 23rd day of August, 2005:

>Peter M. Nolin, Esq.
>Jay H. Sandak, Esq.
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06905
>(203) 425-4200
>
>Mario DiNatale, Esq.
>Jonathan M. Levine, Esq.
>Silver Golub & Teitell LLP
>184 Atlantic Street
>Stamford, CT 06904
>(203) 325-4491

_____
James R. Hawkins II

{00147805; 2; 0040-3}