UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CASE NUMBER:<br>3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CASE NUMBER:<br>3:03 CV 1154 (CFD)<br><br><br><br><br><br><br><br>August 24, 2005 |

**MOTION TO WITHDRAW**

Pursuant to FED. R. CIV. P. 7(b) and D. CONN. L. CIV. R. 83.6(a), Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (collectively, "National Union"), respectfully move that this Court withdraw its prior Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims, dated August 23, 2005 (the "Motion for Leave"), in the above-captioned action *Ryan, et al.* v. *National Union Fire Insurance Company of Pittsburgh, Pa., et al.,* Case No. 3:03 CV 00644 (CFD) (the "*Ryan* action"). The prior Motion for Leave was filed in error at Docket

No. 98 and will be replaced by another Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims, filed by National Union concurrently herewith.

WHEREFORE, Defendants National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc., respectfully request that the Court withdraw National Union's prior Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims, dated August 23, 2005 (the "Motion for Leave"), and such other and further relief as the Court may deem just and proper.

DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689
Tel:  (203) 325-5000
Fax:  (203) 348-5777
Email: jhawkins@fdh.com