UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| | | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | August 24, 2005 |

**MOTION FOR LEAVE TO FILE AN AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Pursuant to FED. R. CIV. P. 15, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (collectively, "National Union"), by its attorneys Finn Dixon & Herling LLP, respectfully move this Court for leave to file an Amended Answer asserting additional Affirmative Defenses and new Counterclaims (the "Amended Answer") in the above-captioned action *Ryan, et al.* v.

{00147805; 3; 0040-3}

*National Union Fire Insurance Company of Pittsburgh, Pa., et al.*, Case No. 3:03 CV 00644 (CFD) (the "*Ryan* action"), substantially in the form annexed hereto as Defendants' Exhibit A.

National Union has requested, pursuant to FED. R. CIV. P. 15(a), that Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick and Merit Capital Associates, Inc. (collectively, the "*Ryan* Plaintiffs") provide written consent to the Motion. National Union has been advised by counsel for the *Ryan* Plaintiffs that they "do not object to the amendment being approved by the Court."

WHEREFORE, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. respectfully request that the Court grant Defendants' Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims in the *Ryan* action and such other and further relief as the Court may deem just and proper.

DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00147805; 3; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, first class, postage prepaid to the following this 24th day of August, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

James R. Hawkins II

{00147805; 3; 0040-3}