UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM ) <br> NEWTON, ROBERT FITZPATRICK, and MERIT ) <br> CAPITAL ASSOCIATES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br> ) <br> Defendants. ) | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND ) <br> GWYNN FINANCIAL SERVICES, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br> ) <br> Defendants. ) | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br> August 24, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc., have manually filed the following documents:

1. Exhibit A to the Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims to the Ryan Amended Complaint.

This document has not been filed electronically because

( )  the document or thing cannot be converted to an electronic format
(X)  the electronic file size of the document exceeds 1.5. megabytes

{00152538; 1; 0040-3}

( )   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )   Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689
Tel:  (203) 325-5000
Fax:  (203) 348-5777
Email: jhawkins@fdh.com

{00152538; 1; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 24th day of August, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

James R. Hawkins II