# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1988)
JOHN D. JOSEL*
MARIO DiNATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
PAUL A. SLAGER*
ANGELO A. ZIOTAS
MARY G. CURRY
KATHLEEN L. BRANDT*
PETER MASON DREYER*
CRAIG N. YANKWITT

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET

MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904

TELEPHONE
(203) 325-4491

FACSIMILE
(203) 325-3769

July 25, 2005

**BY HAND DELIVERY**

James R. Hawkins II, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

RE: **GWYNN, ET AL V. AIG**
    **OUR FILE NO. 16,432**

Dear Jim:

We enclose a proposed Second Amended Complaint. This version is identical in all respects to the first amended complaint, except that it removes Gwynn Financial Services ("GFS") as a plaintiff, as well as deletes any references to defendants' duties towards GFS, any breach of those duties, and any claims for damages on behalf of GFS. Nothing has been added.

Please advise if you consent to the filing of this proposed amended complaint. If you do, I will withdraw GFS as a defendant.

Very truly yours,

Mario DiNatale

MD/sfn
cc: Peter Nolin, Esq. (by hand, w/att)