## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| | ) AUGUST 30, 2005 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the plaintiff in the above-entitled matter will take the

deposition of **ELIZABETH WACIK**, on **WEDNESDAY, SEPTEMBER 7, 2005** at 9:30 a.m.

at **THE LAW OFFICES OF SILVER GOLUB & TEITELL LLP, 184 ATLANTIC**

STREET, STAMFORD, CONNECTICUT.

PLEASE TAKE FURTHER NOTICE, that pursuant to Connecticut Practice Book § 13-27(g), the deponent is requested to produce the following documents at the deposition:

1. Documents sufficient to identify the date on which the file in the matter of <u>Michael Sowell v. Merit Capital Associates, et al.</u> Policy No. 473-36-20, Claim No.297-012850, was transferred from the claims department of AIGTS to the coverage department, and the identity of the person(s) designated as claims analyst or adjustor once the file was transferred.

2. The "toolkit entry" of the person(s) identified in response to the first request above.

Said deposition will be taken before or an authorized officer and will be recorded by stenographically.

Said deposition shall continue from day to day until completed.

PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.

By _____

Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
        JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile on this 30th day

of August, 2005, to:


James R. Hawkins, II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

MARIO DiNATALE