UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br> September 20, 2005 |

**MOTION FOR EXTENSION OF TIME**

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move this Court pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) to extend the discovery deadlines as set forth in the Modified Scheduling Order as listed below:

{00156832; 1; 0040-3}

| | |
|---|---|
| January 3, 2006 | Fact Discovery to be completed |
| January 16, 2006 | Plaintiffs to disclose their expert witnesses |
| February 28, 2006 | Depositions of Plaintiffs' experts to be completed |
| February 28, 2006 | Defendants to disclose their expert witnesses |
| April 14, 2006 | Depositions of Defendants' experts to be completed |
| May 12, 2006 | Dispositive motions to be filed |
| July 5, 2006 | Joint Trial Memorandum to be filed (if no dispositive motions; otherwise, 60 days after all dispositive motions have been ruled on) |

In support of this motion, undersigned counsel states as follows:

1. This is National Union's first request for an extension of time with regard to this time limitation.

2. Counsel for National Union has contacted counsel for Plaintiffs in both the consolidated *Ryan* and *Gwynn* actions regarding this extension. Counsel for Plaintiffs in both actions have consented to this extension.

3. The requested extension is necessary to complete discovery in this matter. National Union has been working diligently to conduct discovery that, due to the complex nature of this matter, requires additional time.

4. Additional witnesses still need to be deposed, several of whom are located throughout the country. In addition, some of the witnesses include several third parties with whom we need to coordinate scheduling.

5. There are a number of jurisdictional motions pending before the Court that may affect the scope of discovery.

6. National Union has just recently filed an Amended Answer, Affirmative Defenses and Counterclaims to the Ryan Amended Complaint which may necessitate additional discovery.

For the reasons stated above, National Union respectfully requests that this Court extend the deadlines to complete discovery and other pretrial proceedings from the dates set forth in the Modified Scheduling Order granted June 22, 2005 to the dates set forth above and for such other and further relief that the Court may deem just and proper.

        DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 20th day of September, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

_____
James R. Hawkins II

{00156832; 1; 0040-3}