**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**BRUCE CHARLES RYAN**, et al.,
    -Plaintiff

    -v-                                  CIVIL 3:03CV00644(CFD)(TPS)

**NATIONAL UNION FIRE
INSURANCE**, et al.,
    -Defendant

**RULING ON DEFENDANT'S MOTION TO STAY DISCOVERY AND SET LOCATION**

**[Dkt. 93-1]**  To the extent this motion seeks to stay discovery, it is **DENIED**. The filing of a motion to dismiss, even one under Rule 12(b)(1), does not automatically warrant a stay of discovery.  And a stay is not warranted in the circumstances of this case substantially for the reasons set forth in plaintiffs' opposing memorandum (Dkt. 94).  To the extent this motion also seeks a change in the location of the re-noticed depositions from Stamford to New York City, the motion also is **DENIED**.  The court finds that conducting the depositions in the nearby City of Stamford is not unduly inconvenient, unfair, or burdensome in the circumstances, many of which are set forth in plaintiffs' opposing memorandum (Dkt. 94, at 13 - 19), and that, further, for reasons of cost, efficiency, and overall convenience the depositions should be conducted in Stamford. **IT IS SO ORDERED**

**DATED** at Hartford, Connecticut this 22nd day of September, 2005.

<u>**/s/ Thomas P. Smith**</u>
**Thomas P. Smith**
**United States Magistrate Judge**