## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,** | ) ) ) | **CASE NUMBER:** **3:03 CV 00644 (CFD)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.** | ) ) | **CASE NUMBER:** **3:03 CV 01154 (CFD)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,** | ) ) ) | **September 23, 2005** |
| | ) | |
| **Defendants.** | ) | |

### MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37(d) and Local Rule 37, the Plaintiffs hereby move that the

Court enter an order (1) compelling the Defendants to produce Elizabeth Wacik for deposition;

and (2) sanctioning the Defendants for their failure to comply with the rules of discovery by (i)

precluding Defendants from offering evidence in support of their newly filed counterclaims and

(ii) awarding Plaintiffs attorneys' fees and costs associated with the filing of this Motion.

In support of this Motion, the Plaintiffs submit herewith the required Memorandum and

Affidavit of Counsel.

PLAINTIFFS, BRUCE CHARLES RYAN,
RUSSELL WILLIAM NEWTON, ROBERT
FITZPATRICK, and MERIT CAPITAL
ASSOCIATES INC.,


By_____/s/ Stephanie A. McLaughlin_____
      Peter M. Nolin (ct06223)
      Stephanie A. McLaughlin (ct22774)
      Sandak Hennessey & Greco LLP
      707 Summer Street
      Stamford, CT  06901
      (203) 425-4200
      (203) 325-8608 (fax)

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by regular mail, on September 23, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

___/s/ Stephanie A. McLaughlin___
Stephanie A. McLaughlin