# FINN DIXON & HERLING LLP
### ATTORNEYS AT LAW

ONE LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901-2689
TELEPHONE (203) 325-5000
FACSIMILE (203) 348-5777

JAMES R. HAWKINS, II.

DIRECT DIAL: (203) 325-5042
INTERNET: JHAWKINS@FDH.COM

September 6, 2005

**Via Facsimilie**

Mario DiNatale, Esq.
Silver, Golub & Teitell LLP
184 Atlantic Street
P.O. Box 386
Stamford, CT 06904

Re: Gwynn v. National Union
 Ryan v. National Union

Dear Mario:

This is to follow-up to part of our telephone conversation of last Wednesday.

The deposition of Liz Wacik has been scheduled for some time to occur on the mutually agreed upon date of September 7. On Tuesday August 30, I received a renotice of Ms. Wacik's deposition that included for the first time a document request. At the outset of the telephone call, after we agreed that all comments were off the record, I requested a postponement of Ms. Wacik's deposition in light of the fact that the document request was received just before a long holiday weekend and my principal client contacts were away from the office. After considerable discussion that request was declined. I then advised that under the Rules, specifically Fed. R. Civ. P. 30(b)(5) and 34, my clients were entitled 30 days to respond to a request for documents attached to a notice of deposition and accordingly, I was advising you that they would exercise that right and would decline to respond to the document request on or prior to September 7 and would decline to make Ms. Wacik available for her deposition until it had responded to your document request in accordance with the Rules.

There was discussion about your withdrawing your clients' document request. I advised you that I would not produce Ms. Wacik for her deposition on Wednesday September 7 if your clients reserved their right to take Ms. Wacik deposition again following a subsequent request for documents. Both you and Peter Nolin declined to agree not to renotice Ms. Wacik's deposition.

{00154612: 1: 0040-3}

Mario DiNatale, Esq.
September 6, 2005
Page 2

    Accordingly, this is to advise you the my clients have decided to exercise their rights under Rules 30(b) (5) and 34, of the Federal Rules of Civil Procedure. My clients will respond to your document request dated August 30, 2005 within 30 days and will thereafter make Ms. Wacik available for her deposition at a mutually agreeable time and place.

Very truly yours,

James R. Hawkins

cc: Peter M. Nolin, Esq.

{00154612; 1; 0040-3}