UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) <br><br><br><br><br><br><br> September 28, 2005 |

## MOTION FOR ORDER TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37 of the District of Connecticut, the Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (the "Ryan Plaintiffs") hereby move that the Court enter an order (1) overruling the Objections dated July 15, 2005 of the Defendants to the May 16, 2005, Requests for Production of the Ryan Plaintiffs; and (2) compelling the Defendants to produce documents in response to Requests for Production.

In support of this Motion, the Ryan Plaintiffs submit herewith the required Memorandum of Law and Affidavit of Peter Nolin which attached copies of the Request for Production and Defendants Objections, Defendants' privilege log and pertinent parts of deposition testimony in this action.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By   **/S/**   _____
Peter M. Nolin (ct06223)
Stephanie A. McLaughlin (ct22774)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by facsimile and regular mail, on September 28, 2005, to the following counsel:

James R. Hawkins, II, Esq.
Finn Dixon & Herling, LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Mario DiNatale
Silver Golub & Teitell LLP
184 Atlantic Street
P.O.Box 389
Stamford CT 06904-0389

              _____/S/_____
              Peter. M. Nolin