# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br>　　Plaintiffs <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 3:03CV644 (CFD) <br> : <br> : <br> : <br> : <br> : <br> : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

_X_  A ruling on the following motion which is currently pending: **Motion for Order to Compel Discovery [114]** (orefm.)

\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this  _5_<sup>th</sup>  day of October 2005, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　　　　/s/ CFD_____
　　　　　　　　　　　　　　　　　　　　　　Christopher F. Droney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge