UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br> October 19, 2005 |

**MOTION FOR EXTENSION OF TIME**

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move this Court pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of 21 days, to and including November 10, 2005 to respond to

{00164724; 1; 0040-3}

Plaintiffs' Motion to Compel Depositions and for Sanctions. In support of this motion, undersigned counsel states as follows:

1. This is Defendants' first request for an extension of time with regard to this time limitation.

2. Counsel for Defendants has attempted to contact counsel for both the Ryan and Gwynn Plaintiffs, but was unable to reach either counsel.

3. The requested extension is necessary to research adequately and respond appropriately to the broad-based motion filed by plaintiffs.

4. Additionally, defendants were served with a Re-Notice of Deposition under Fed. R. Civ. P. 30(b)(6) dated October 5, 2005, containing 66 document requests, which defendants are working diligently to complete.

5. Due to the complex nature of this matter, defendants require additional time to respond.

For the reasons stated above, National Union respectfully requests that this Court grant a 21 day extension of time, to and including November 10, 2005 to respond to Plaintiffs' Motion to Compel Discovery and For Sanctions.

{00164724; 1; 0040-3}

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: /s/ James R. Hawkins II
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00164724; 1; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 19th day of October, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

_/s/ James R. Hawkins II_
James R. Hawkins II

{00164724; 1; 0040-3}