UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |
| | | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | October 24, 2005 |
| Defendants. | ) ) | |

## MOTION FOR EXTENSION OF TIME AND FOR PROTECTIVE ORDER

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully moves:

    (a)    for an Extension of Time to produce a witness in response to Plaintiffs' two (2) notices of deposition pursuant to FED. R. CIV. P. 30(b)(6), and for such extension of time to last at least fourteen (14) days, from October 25, 2005 to a mutually agreeable date after November 8, 2005;

{00165073; 2; 0040-3}

    (b)    for a Protective Order precluding Plaintiffs from noticing a deposition pursuant to FED. R. CIV. P. 30(b)(6) prior to November 8, 2005; and

    (c)    for a Protective Order precluding examination on certain topics for examination contained in Plaintiffs' notices of deposition because they are objectionable;

for the reasons set forth more fully in National Union's Memorandum of Law, filed concurrently herewith.

    1.    This is the first request for an extension of time and a protective order with respect to this time limitation.

    2.    Plaintiffs in the above-captioned *Gwynn* action (the "*Gwynn* Plaintiffs") noticed the deposition of Defendant AIG Technical Services, Inc. ("AIGTS") on August 23, 2005, concerning document production, which was re-noticed on September 29, 2005.

    3.    Plaintiffs in the above-captioned *Ryan* action (the "*Ryan* Plaintiffs") also noticed the deposition of AIGTS on September 13, 2005, and re-noticed the deposition on September 23, 2005 and October 5, 2005. (These notices are hereinafter referred to as the "30(b)(6) Notices").

    4.    These Rule 30(b)(6) depositions are currently scheduled to proceed on Tuesday, October 25, 2005, and Thursday, October 27, 2005 (although counsel for the *Ryan* Plaintiffs and the *Gwynn* Plaintiffs agreed to commence these depositions on Thursday, October 27, 2005, to accommodate counsel's personal medical appointment).

    5.    For the reasons stated more fully in National Union's Memorandum of Law, filed concurrently herewith, National Union needs additional time to prepare for these Rule 30(b)(6) depositions, and a protective order to ensure that it has a sufficient opportunity to do so.

    6.    Counsel for National Union has conferred with counsel for the *Ryan* Plaintiffs and the *Gwynn* Plaintiffs and has asked for their consent the extension of time

{00165073; 2; 0040-3}

requested hereto. Counsel for the *Ryan* Plaintiffs and the *Gwynn* Plaintiffs refused to consent thereto, but agreed to postpone the commencement of the Rule 30(b)(6) deposition from Tuesday, October 25, 2005, until Thursday, October 27, 2005, to accommodate counsel's personal medical appointment.

7. Further, National Union needs a protective order against certain topics of examination set forth in the 30(b)(6) Notices which are objectionable for the reasons set forth in the Memorandum of Law.

8. Counsel for National Union has also conferred with counsel for the *Ryan* Plaintiffs concerning National Union's objections to the *Ryan* Plaintiffs' 30(b)(6) Notice. Counsel for the *Ryan* Plaintiffs was able to clarify certain of National Union's objections based on vagueness, ambiguity, and the cumulative nature of the *Ryan* Plaintiffs' topics for examination. Counsel were not able, however, to reach an agreement concerning other objectionable topics for examination, which are set forth in National Union's Memorandum of Law, filed concurrently herewith.

WHEREFORE, pursuant to FED. R. CIV. P. 30(b)(6), FED. R. CIV. P. 26(c), FED. R. CIV. P. 27(d), and D. CONN. L. CIV. R. 7(b), National Union respectfully requests that this Court:

    a. grant an extension of time to produce a witness in response to Plaintiffs' two (2) notices of deposition pursuant to FED. R. CIV. P. 30(b)(6), and for such extension of time to last at least fourteen (14) days, from October 25, 2005 to a mutually agreeable date after November 8, 2005;

    b. enter a protective order precluding the *Gwynn* Plaintiffs or the *Ryan* Plaintiffs from noticing any deposition under FED. R. CIV. P. 30(b)(6) for a date prior to November 8, 2005;

    c. enter a protective order precluding the *Ryan* Plaintiffs from seeking testimony on the following Topics for Examination:

      i.      Topic Nos. 4 and 5 to the extent the *Ryan* Plaintiffs' seek information protected from disclosure by the attorney-client privilege or the work product doctrine;

     ii.     Topic Nos. 8, 32, 33, 64, and 65, because testimony on these topics is not likely to lead to the discovery of admissible evidence; and

    iii.    Topic Nos. 21, 23, 26, 28, 29, 43, 44, to the extent that the *Ryan* Plaintiffs seek discovery concerning facts to which the *Ryan* Plaintiffs have equal or more convenient access, such as facts from documents produced by third parties, in a manner inconsistent with FED. R. CIV. P. 26(b)(2); along with

d.    such other and further relief as the Court may deem just and proper.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00165073; 2; 0040-3}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 24th day of October, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

_____
William M. Tong

{00165073; 2; 0040-3}