UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br> November 1, 2005 |

## MOTION FOR RECONSIDERATION

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move for reconsideration of the Court's electronic order dated October 18, 2005 (the "Order"), for the reasons set forth below and in National Union's Memorandum of Law, filed concurrently herewith.

**ORAL ARGUMENT REQUESTED**

{00164962; 4; 0040-3}

The Order appears to have overlooked the parties' pending motions to dismiss for lack of subject matter jurisdiction, and contains no findings of fact or recommended decision on the Motion for Leave to File [a] Second Amended Complaint (the "Motion to Amend") of the Plaintiffs in the *Gwynn* Action (the "*Gwynn* Plaintiffs"), which is dispositive. The Order also appears to grant the *Gwynn* Plaintiffs the right to effectively dismiss a party, Gwynn Financial Services, Inc. ("GFS"), because it is not diverse, but it does so without a recommended decision or Court order as required.

WHEREFORE, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc. (now known as AIG Domestic Claims, Inc.) respectfully request that the Magistrate Judge:

    a.    reconsider the Order pursuant to D. CONN. L. CIV. R. 7(c), and

    b.    vacate the Order.

Further, assuming that the Court has referred the following matters to the Magistrate Judge pursuant to 28 U.S.C. § 636, FED. R. CIV. P. 72(b), and D. CONN. L. CIV. R. 72.1(C)(1) and 72.2(a), National Union respectfully requests that the Magistrate Judge:

    c.    issue a recommended decision on National Union's Motion to Dismiss pursuant to FED. R. CIV. P. 12 for lack of subject matter jurisdiction (the "Rule 12 Motion"), which if granted would dispose of the *Gwynn* Action and divest the Court of the power to issue the Order; or

    d.    in the alternative, if the Magistrate Judge issues a recommended decision denying National Union's Rule 12 Motion, or declines to issue a recommended decision thereupon, the Magistrate Judge should issue a recommended decision on the *Gwynn* Plaintiffs' Motion to Dismiss

pursuant to FED. R. CIV. P. 41(a)(2) and recommend the dismissal GFS through an "order of the Court" as required by the rule (the "Rule 41 Motion"); or

e. in the further alternative, if the Magistrate Judge declines to issue a recommended decision on National Union's Rule 12 Motion and the *Gwynn* Plaintiffs' Rule 41 Motion, the Magistrate Judge must issue a recommended decision in support of his Order granting the *Gwynn* Plaintiffs' Motion to Amend because it is a dispositive motion that effectively decides that this Court has subject matter jurisdiction over the *Gwynn* Action, effectively dismissing GFS and disposing of its claims in this forum; along with

f. such other and further relief as the Court may deem just and proper.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 1st day of November, 2005:

      Peter M. Nolin, Esq.
      Jay H. Sandak, Esq.
      Sandak Hennessey & Greco LLP
      707 Summer Street
      Stamford, CT 06905
      (203) 425-4200
      (203) 325-8608 (fax)

      Mario DiNatale, Esq.
      Jonathan M. Levine, Esq.
      Silver Golub & Teitell LLP
      184 Atlantic Street
      Stamford, CT 06904
      (203) 325-4491
      (203) 325-3769 (fax)

_/s/ James R. Hawkins II_
James R. Hawkins II

{00164962; 4; 0040-3}