UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |
| | | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | November 4, 2005 |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move this Court pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of fourteen (14) days, to and including November 18, 2005, to

respond to the Second Amended Complaint of the Plaintiffs in the above-captioned *Gwynn* Action (the "*Gwynn* Action"). In support of this motion, undersigned counsel states as follows:

1. This is National Union's first request for an extension of time with regard to this time limitation.

2. Counsel for National Union has spoken with the *Gwynn* Plaintiffs' counsel, and he has consented to this extension.

3. On October 22, 2005, National Union received electronic notice from the Court of the filing of the *Gwynn* Plaintiffs' Second Amended Complaint.

4. The requested extension is necessary to research and adequately respond to the issues raised by the Second Amended Complaint and to address additional facts that have come to light since the *Gwynn* Plaintiffs' prior amendment on or about September 29, 2003.

WHEREFORE, for the reasons stated above, National Union respectfully requests that this Court grant an extension of time of fourteen (14) days, to and including November 18, 2005, to respond to the Second Amended Complaint of the Plaintiffs in the above-captioned *Gwynn* Action (the "*Gwynn* Action"), along with such other and further relief as the Court may deem just and proper.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

2

{00168541; 1; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 4th day of November, 2005:

        Peter M. Nolin, Esq.
        Jay H. Sandak, Esq.
        Sandak Hennessey & Greco LLP
        707 Summer Street
        Stamford, CT 06905
        (203) 425-4200
        (203) 325-8608 (fax)

        Mario DiNatale, Esq.
        Jonathan M. Levine, Esq.
        Silver Golub & Teitell LLP
        184 Atlantic Street
        Stamford, CT 06904
        (203) 325-4491
        (203) 325-3769 (fax)

_____
William M. Tong