# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br>     Plaintiffs <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 3:03CV644 (CFD) <br> : <br> : <br> : <br> : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motion which is currently pending: **Motion . . . for Protective Order [124]** (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this \_7th\_ day of November 2005, at Hartford, Connecticut.

                                                                   /s/ CFD <br>
                                                    CHRISTOPHER F. DRONEY <br>
                                                    UNITED STATES DISTRICT JUDGE