UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CASE NUMBER:<br>3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CASE NUMBER:<br>3:03 CV 1154 (CFD)<br><br><br><br><br><br>November 10, 2005 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move this Court pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of 7 days, to and including November 17, 2005 to respond to

{00170389; 1; 0040-3}

Plaintiffs' Motion to Compel Discovery and for Sanctions dated September 28, 2005. In support of this motion, undersigned counsel states as follows:

1.  This is Defendants' second request for an extension of time with regard to this time limitation.

2.  Counsel for Defendants has spoken to counsel for the Ryan plaintiffs who consent to the requested extension.

3.  The requested extension is necessary to research adequately and respond appropriately to the broad-based motion filed by plaintiffs.

4.  Due to the complex nature of this matter, defendants require additional time to respond.

For the reasons stated above, National Union respectfully requests that this Court grant a 7 day extension of time, to and including November 17, 2005 to respond to Plaintiffs' Motion to Compel Discovery and For Sanctions dated September 28, 2005.

DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.

By: _____
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00170389; 1; 0040-3}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was sent by United States mail, first class, postage prepaid to the following this 10th day of November, 2005:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)

James R. Hawkins II

{00170389; 1; 0040-3}