## Peter Nolin

**From:** William Tong [WTong@fdh.com]
**Sent:** Thursday, October 20, 2005 11:00 AM
**To:** Peter Nolin; Mario DiNatale- Silver Golub & Teitell
**Cc:** James Hawkins
**Subject:** 30(b)(6) Deposition

Peter, Mario:

Unfortunately, we need to reschedule the 30(b)(6) deposition of AIGTS scheduled for next week on October 25th and 27th. Jim has has to attend to some medical issues and needs to see doctors again next Tuesday the 25th. Further, while our client is working diligently to prepare for the 30(b)(6) depositions, the listed topics of examination are very extensive. Specifically, there are sixty-six (66) topics for examination detailed in the Ryan Plaintiffs' 30(b)(6) notice (not including the Gwynn Plaintiffs' 30(b)(6) notice regarding document collection), and the witness simply needs more time to review and analyze this information in order to provide meaningful testimony consistent with Rule 30(b)(6).

We recognize that November is a difficult month for scheduling. The witness is available on November 18 and 28, as well as December 1, 2, 8, and 9. We understand the November 18 may not be good for Mario, but I included that date just in case.

Please let us know if any of these dates work for you. Thank you for your consideration.

William

Ex A

11/14/2005