**Peter Nolin**

**From:** Mario DiNatale- Silver Golub & Teitell [mdinatale@sgtlaw.com]
**Sent:** Thursday, October 20, 2005 12:57 PM
**To:** Peter Nolin; William Tong
**Cc:** James Hawkins; Stephanie McLaughlin; Sarah Nielsen - Silver Golub & Teitell
**Subject:** RE: 30(b)(6) Deposition

Let me echo what Peter says. Obviously, any accommodation for Jim on 10/25 for the reasons stated is fine. But I agree with Peter about 10/27. Putting aside for a moment Peter's 30(b)(6), you'll recall that I have my own 30(b)(6) for which Daskalakis has been designated as the defendants' representative, and I have also noticed him individually. As my inquiry centers in part on defendants' discovery to date, and given what I perceive to be defendants' shortcomings with respect to document production, I will not consent to postponing October 27 absent more compelling reasons than those presented. At the very least, there's no reason why we can't proceed with the matters on which Daskalakis was supposed to testify pursuant to my notices.

If a second day is required, at present my only availability the following week is Tuesday, November 1.

Finally, you are absolutely correct that November 18 is no good for me, and the other dates don't work as well. I will not consent, under any circumstances, to postponing this deposition to dates where defendants have known, for several months, that I am unavailable because of trial commitments.

-----Original Message-----
**From:** Peter Nolin [mailto:pnolin@shglaw.com]
**Sent:** Thursday, October 20, 2005 12:06 PM
**To:** 'William Tong'; Mario DiNatale- Silver Golub & Teitell
**Cc:** 'James Hawkins'; Stephanie McLaughlin
**Subject:** RE: 30(b)(6) Deposition

If Jim needs an accommodation on the 25th I will of course oblige, so we can begin on the 27th or we can also proceed on October 31st through November 4th. This is the second time the deposition has been noticed and the dates were agreed upon by you after consultation with AIG and with full knowledge of the scope of the topics. No one raised any issue about AIG needing more time when we agreed to the last postponement. This is really getting outrageous. We postpone duly noticed depositions in good faith based upon an agreed upon plan to reconvene and then you postpone at the last minute based on some new objection. I cannot consent to what you wish to make into a 3 to 6 week delay to get AIG on the record on its

11/14/2005


Ex B

counterclaims and get official answers on the facts surrounding our claims, especially when all the AIG personnel on the scene disclaim knowledge or invoke privilege. This is about the 6th time such a last minute postponement request has happened with one of your witnesses. Please confirm you will attend on the 27th or the following week or we will back to motions.


Regards,

Peter M. Nolin
SANDAK HENNESSEY & GRECO LLP
707 SUMMER STREET
3RD FLOOR
STAMFORD, CT 06901-1026
203-425-4200
203-252-2688 (Direct Dial)
203-325-8608 (Fax)
203-856-6135 (Cell)
pnolin@shglaw.com (office)
pnolin@optonline.net (home)

THE INFORMATION CONTAINED IN THIS ELECTRONIC TRANSMISSION IS ATTORNEY/CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT, AND/OR CONFIDENTIAL OR PROPRIETARY OR TRADE SECRET INFORMATION INTENDED ONLY FOR THE USE AND VIEWING OF THE ABOVE NAMED RECIPIENT. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TRANSMISSION IS STRICTLY PROHIBITED AND THAT IF THIS MESSAGE WAS RECEIVED BY YOU IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE OR E-MAIL, RETURN THIS TRANSMISSION, AND DESTROY ALL COPIES OF THE SAME IN YOUR POSSESSION.

**From:** William Tong [mailto:WTong@fdh.com]
**Sent:** Thursday, October 20, 2005 11:00 AM
**To:** Peter Nolin; Mario DiNatale- Silver Golub & Teitell
**Cc:** James Hawkins
**Subject:** 30(b)(6) Deposition


Peter, Mario:

Unfortunately, we need to reschedule the 30(b)(6) deposition of AIGTS scheduled for next week on October 25th and 27th. Jim has has to attend to some medical issues and needs to see doctors again next Tuesday the 25th. Further, while our client is working diligently to prepare for the 30(b)(6) depositions, the

11/14/2005

listed topics of examination are very extensive. Specifically, there are sixty-six (66) topics for examination detailed in the Ryan Plaintiffs' 30(b)(6) notice (not including the Gwynn Plaintiffs' 30(b)(6) notice regarding document collection), and the witness simply needs more time to review and analyze this information in order to provide meaningful testimony consistent with Rule 30(b)(6).

We recognize that November is a difficult month for scheduling. The witness is available on November 18 and 28, as well as December 1, 2, 8, and 9. We understand the November 18 may not be good for Mario, but I included that date just in case.

Please let us know if any of these dates work for you. Thank you for your consideration.

William