UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| | | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | November 17, 2005 |
| Defendants. | ) ) | |

## **MOTION FOR STAY**

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. ("AIGTS") (hereinafter referred to collectively as "National Union"), by their attorneys Finn Dixon & Herling LLP, hereby respectfully move this Court pursuant to FED. R. CIV. P. 6(b)(1) and 26(c), and D. CONN. L. CIV. R. 7(b), for a stay of the above-captioned and consolidated actions for sixty (60) days, from November 17, 2005 to and including January 16, 2006, which

shall stay all proceedings, including all discovery, and shall toll any applicable deadlines, including deadlines set by the scheduling order dated October 18, 2005, and by operation of the rules of this Court. In support of this motion, undersigned counsel states as follows:

1.     This is Defendants' first request for a stay based upon the grounds set forth herein.

2.     Undersigned counsel certifies that he has advised counsel for plaintiffs of the facts and circumstances set forth below. Peter Nolin, Esq., counsel for Ryan Plaintiffs responded that he will seek his clients' consent. Mario DiNatale, Esq., counsel for Gwynn Plaintiffs has not responded. I believe he may be engaged in a trial or hearing.

3.     Yesterday, the undersigned counsel for National Union, James R. Hawkins II, of the law firm of Finn Dixon & Herling LLP, advised his clients, National Union and AIGTS, that he has given notice under his firm's partnership agreement of his intention to resign as a partner. Upon his resignation, Mr. Hawkins intends to pursue interests other than the practice of law, at least for the foreseeable future.

4.     National Union has determined that it is in its best interests to retain new counsel other than Finn Dixon & Herling LLP to represent it in this action, and it has taken immediate steps to identify and retain such counsel.

5.     After National Union has retained new counsel, Mr. Hawkins and his colleagues at Finn Dixon & Herling LLP will file a motion to withdraw their appearances in this case

6.     In order to ensure a smooth and orderly transition to new counsel, and to avoid any prejudice to the parties, National Union seeks a stay of this case for 60 days. Once retained, new counsel will require time to review the files, work papers and discovery in this case, and to become conversant with the claims, factual allegations, and legal issues in this complex action.

{00171679; 1; 0040-3}

7.    The granting of the stay requested here will not unduly impede the progress in this case or prejudice the parties.  At this stage, Plaintiffs in the above-captioned *Gwynn* Action have just filed their Second Amended Complaint, the response to which is not yet due.  In the *Ryan* Action, National Union has recently filed Counterclaims, which the Plaintiffs in that action answered not long ago.  Discovery remains open, depositions and document discovery are ongoing, and the close of discovery has been extended until April 14, 2006.  No trial date has been set.  In short, a relatively, short 60 day stay during the coming holiday season will not cause any undue delay, and will ensure that the case transitions to new counsel and progresses in an orderly and productive manner.

WHEREFORE, for the reasons stated above, National Union respectfully requests that this Court grant a stay of the above-captioned and consolidated actions for sixty (60) days, from November 17, 2005 to and including January 16, 2006, which shall stay all discovery and toll any applicable deadlines, including deadlines set by the discovery Order dated October 18, 2005, and by operation of the rules of this Court.

DEFENDANTS    NATIONAL    UNION    FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: _____
    James R. Hawkins II (ct00128)
    William M. Tong (ct25304)
    Finn Dixon & Herling LLP
    One Landmark Square, Suite 1400
    Stamford, CT  06901-2689
    Tel:  (203) 325-5000
    Fax:  (203) 348-5777
    Email:   jhawkins@fdh.com

{00171679; 1; 0040-3}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was sent by United

States mail, first class, postage prepaid to the following this 17th day of November, 2005:


Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (fax)


_____
James R. Hawkins II

4