UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br><br> JANUARY 17, 2006 |

**APPEARANCE**

TO:   The Clerk of Court

Please enter the appearance of Charles F. Gfeller on behalf of the defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. ("Defendants"), in the above-captioned action.

DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: _____
Charles F. Gfeller
Fed. Bar No. ct18119
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103
(860) 525-5065
(860) 527-4198 (Fax)
cgfeller@eapdlaw.com

HFD_159347_1/CLUKASIEWICZ

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid, to the following this 17th day of January, 2006:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

_____
Charles F. Gfeller