# EXHIBIT E



PLAINTIFF'S EXHIBIT
250
Daskalakis

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) |
| Defendants | ) <br> ) SEPTEMBER 29, 2005 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs in the above-entitled matter will take the

deposition of defendant, **AIG TECHNICAL SERVICES, INC.** by one or more of its officers,

employees or agents, pursuant to Fed. R. Civ. P. 30(b)(6) onTHURSDAY, OCTOBER 27,

2005 at 10:00 a.m. at **THE LAW OFFICES OF SILVER GOLUB & TEITELL, LLP, 184 ATLANTIC STREET, STAMFORD, CONNECTICUT.**

The matters on which examination is requested are the following:

1. The efforts made by defendant to retain and preserve documents relevant to this claim from January 3, 2003 to the present;

2. The efforts made to locate those documents produced to plaintiffs on or about February 1, 2005;

3. The efforts made to produce documents responsive to the Gwynn Plaintiffs' October 5, 2004 Document Production Requests; and

4. The efforts made to locate, preserve and produce electronic communications, including but not limited to "emails" responsive to the Gwynn Plaintiffs' October 5, 2004 Document Production Requests. This subject matter includes the dates when efforts were undertaken to locate, preserve and produce electronic communications; the individuals who were asked to locate and produce said communications; and the manner in which said communications were located and preserved.

Said deposition will be taken before or an authorized officer and will be recorded by stenographically.

Said deposition shall continue from day to day until completed.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
      Mario DiNatale (ct 12449)
      Jonathan M. Levine (ct 07584)
      Silver Golub & Teitell, LLP
      184 Atlantic Street
      Stamford, CT 06904
      (203) 325-4491
      (203) 325-3769 (Fax)
      Email: MDinatale@sgtlaw.com
            JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile, on this 29th day of September, 2005, to:

James R. Hawkins, II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIO DiNATALE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) CIVIL ACTION NO. ) 3:03 CV 00644 (CFD) |
| Plaintiffs, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | |
| Defendants | |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) CIVIL ACTION NO. ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | |
| Defendants | ) AUGUST 18, 2005 |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the plaintiffs in the above-entitled matter will take the deposition of **ANTONIOS DASKALAKIS, on WEDNESDAY, AUGUST 24, 2005 at 1:00 p.m. at THE OFFICES OF AIG, 175 WATER STREET, NEW YORK, NEW YORK.**

Said deposition will be taken before or an authorized officer and will be recorded by stenographically.

Said deposition shall continue from day to day until completed.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
           JLevine@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile, on this 19th day of August, 2005, to:

James R. Hawkins, II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square
Stamford CT 06901

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) <br> ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) <br> ) AUGUST 19, 2005 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the plaintiffs in the above-entitled matter will take the

deposition of **CUSTODIAN OF RECORDS OF DEFENDANT AIG TECHNICAL**

**SERVICES, INC., on WEDNESDAY, AUGUST 24, 2005** at **10:00 a.m.** at **THE OFFICES**

**OF AIG, 175 WATER STREET, NEW YORK, NEW YORK.**

PLEASE TAKE FURTHER NOTICE, that pursuant to Connecticut Practice Book § 13-27(g), the deponent is requested to produce the following documents at the deposition:

All correspondence in defendant's files not previously produced to plaintiffs relating to the claims and arbitration action brought by Michael Sowell against plaintiffs in this matter, or relating to defendant's investigation and handling of said claims or arbitration proceeding, to and from defendant and any of its officers, agents and employees, and/or to or from the Arizona law firm of Struckmeyer and Wilson with any of the following:

Alan Baskin

Frank Moskowitz

William Federman

John Nicgorski

Maxine Polomski

Timothy Thomason

David Gwynn

Merit Capital Associates

Russell Newton

Bruce Ryan

Robert Fitzpatrick

Said deposition will be taken before or an authorized officer and will be recorded by stenographically

Said deposition shall continue from day to day until completed.

**PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**

By_____
Mario DiNatale (ct 12449)
Jonathan M. Levine (ct 07584)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
Email: MDinatale@sgtlaw.com
       JLevine@sgtlaw.com