UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FEBRUARY 17, 2006 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO THE GWYNN PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Plaintiffs David W. Gwynn, Raquel Gwynn and Gwynn Financial Services, Inc. ("the Gwynn plaintiffs"), through counsel, hereby respectfully move pursuant to Fed. R. Civ. P.

6(b).and Local Rule 7(b)(1) for an extension of time of thirty (30) days to and including April 5, 2006, to respond to and/or file appropriate motions concerning defendants' Answer, Affirmative Defenses and Counterclaims. In support of this motion, undersigned counsel states as follows:

1. This is the first request for extension of time made by the Gwynn plaintiffs with respect to this time limitation.

2. By letter dated February 14, 2006, transmitted by facsimile, plaintiffs' counsel inquired of counsel to defendants if there was any objection to this Motion. To date, defendants' counsel has not responded.

3. Peter M. Nolin, Esq., counsel to co-plaintiffs, does not object to this Motion.

Accordingly, for the above-stated reasons, the Gywnn plaintiffs respectfully request that this court grant an extension of time to and including April 5, 2006 for plaintiffs to respond to defendants' Answer and Affirmative Defenses and Counterclaim.

        PLAINTIFFS, DAVID GWYNN, RAQUEL
        GWYNN AND GWYNN FINANCIAL
        SERVICES, INC.


By_____
    Mario DiNatale (ct 12449)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 17th day of February, 2006, to:

Mark B. Seiger, Esq.
Charles F. Gfeller, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Stephanie McLaughlin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE