UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRUCE CHARLES RYAN ET AL,
    -Plaintiffs,

    -vs-                                3:03-CV-00644 (CFD)

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH ET AL,
    -Defendants.

## SUPPLEMENTAL SCHEDULING ORDER

| | |
|---|---|
| **January 3, 2006** | Fact Discovery to be Completed |
| **January 16, 2006** | Plaintiffs to Disclose Expert Witnesses |
| **February 28, 2006** | Depositions of Plaintiffs' Experts Completed |
| **February 28, 2006** | Defendants to Disclose Expert Witnesses |
| **April 14, 2006** | Depositions of Defendants' Experts Completed |
| **May 12, 2006** | Dispositive Motions Filed |
| **July 5, 2006** | Joint Trial Memorandum Filed (if no dispositive motions) (If dispositive motions filed the deadline shall be 60 days after the court has ruled on all dispositive motions) |

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 6th day of March, 2006.**

                                            **/s/ Thomas P. Smith**
                                            **THOMAS P. SMITH**
                                            **UNITED STATES MAGISTRATE JUDGE**