UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., ) ) ) ) | CASE NUMBER: 3:03CV00644 (CFD) |
| Plaintiffs, ) | |
| vs. ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., ) ) ) | |
| Defendants, ) | |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs ) | |
| vs. ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., ) ) ) | |
| Defendants ) | MARCH 10, 2006 |

**MOTION FOR SPECIAL ADMISSION OF VISITING ATTORNEY**
***PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned, a member in good standing of the bar of this Court, respectfully moves the Court for the admission of Donna M. Greenspan, Esq. of Edwards Angell Palmer & Dodge LLP to appear on behalf of National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., ("Defendants"), Defendants in the above-captioned matter. In accordance with Local Rule of Civil Procedure 83.1(d) and, based on the Affidavit of Donna M. Greenspan, Esq., which is

annexed hereto as Exhibit A, and is made a part hereof, the undersigned represents as follows:

1. Donna M. Greenspan is an attorney and an associate with the law firm of Edwards Angell Palmer & Dodge LLP, One North Clematis Street, Suite 400, West Palm Beach, Florida 33401.

2. Donna M. Greenspan is a member in good standing of the bar of the State of Florida as well as the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Middle District of Florida and the United States District Court for the Southern and Northern Districts of Florida.

3. To the best of my knowledge, Donna M. Greenspan has never been denied admission or disciplined by this court or any other court.

4. Donna M. Greenspan is trial counsel for the Defendants and she generally practices in the areas of insurance and reinsurance and general litigation. Attorney Greenspan is intimately familiar with the facts underlying this action and her admission to represent the Defendants in this action will serve the interests of justice and efficiency in resolving the disputes pending before this Court.

5. Counsel for the Defendants have contacted Peter M. Nolin, Esq., counsel for Bruce C. Ryan, Russell W. Newton, Robert Fitzpatrick and Merit Capital Associates, Inc., and Jonathan M. Levine, Esq., counsel for David W. Gywnn, Raquel Gywnn, Gywnn Financial Services, Inc., who have consented to this motion.

WHEREFORE, the Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., respectfully request that this Court grant admission of Donna M. Greenspan *pro hac vice*.

|  |  |
|---|---|
| March 10, 2006 | Respectfully submitted,<br><br>**National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc..**<br>By their attorneys, |

*[signature]*

Mark B. Seiger, Esq. (ct05880)
EDWARDS ANGELL PALMER &
DODGE LLP
90 State House Square
Hartford, CT 06103
Telephone (860) 525-5065

HFD_161133_1/SPALADINO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Special Admission of Visiting Attorney *Pro Hac Vice* has been mailed via first-class mail, postage pre-paid this 10th day of March, 2006 to the following counsel of record:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

_____
Mark B. Seiger

# Exhibit A

HFD_161133_1/SPALADINO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03CV00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br><br> MARCH 7, 2006 |

### AFFIDAVIT OF DONNA M. GREENSPAN

Donna M. Greenspan, Esq., petitioner, being duly sworn, states:

1. I submit this affidavit in support of my application pursuant to Local Rule of Civil Procedure 83.1(d), for admission pro hac vice to practice on behalf of the Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (the "Defendants"), in this matter.

2. I am an attorney with the law firm of Edwards Angell Palmer & Dodge LLP, One North Clematis Street, Suite 400, West Palm Beach, Florida 33401; telephone (561) 833-7700; facsimile (561) 655-8719; dgreenspan@eapdlaw.com.

3. I am, and have been, a member in good standing of the Bar of the State of Florida since 1995. I am also admitted to practice before the United States Supreme Court, the Court of Appeals for the Eleventh Circuit, and the United States District Court for the Southern, Middle, and Northern Districts of Florida.

4. I have never been suspended or disbarred in any jurisdiction.

5. I have never been denied admission to or disciplined by this Court or any other court, and no disciplinary proceedings are presently pending against me in any court.

6. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I am trial counsel for the Defendants and I generally practice in the areas of insurance and reinsurance and general litigation. I am intimately familiar with the facts underlying this action and my admission to represent the Defendants in this action will serve the interests of justice and efficiency in resolving the disputes pending before this Court.

_____
Donna M. Greenspan

Subscribed and sworn to before me this 7th day of March, 2006.

_____
Notary Public

SUSAN L. PRIESS
MY COMMISSION # DD 185086
EXPIRES: February 19, 2007
Bonded Thru Notary Public Underwriters

- 2 -

HFD_HFD_161135_1/SPALADINO