UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants, | CASE NUMBER:<br>3:03CV00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC.<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants | CASE NUMBER:<br>3:03 CV 1154 (CFD)<br><br><br><br><br><br><br>MARCH 13, 2006 |

**MOTION FOR SPECIAL ADMISSION OF VISITING ATTORNEY**
***PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned, a member in good standing of the bar of this Court, respectfully moves the Court for the admission of John D. Hughes, Esq. of Edwards Angell Palmer & Dodge LLP to appear on behalf of National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., ("Defendants"), Defendants in the above-captioned matter. In accordance with Local Rule of Civil Procedure 83.1(d) and, based on the Affidavit of John D. Hughes, Esq., which is annexed

hereto as <u>Exhibit</u> <u>A</u>, and is made a part hereof, the undersigned represents as follows:

1. John D. Hughes is an attorney and a Partner with the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199-7613.

2. John D. Hughes is a member in good standing of the bar of the Commonwealth of Massachusetts as well as the United States District Court of Massachusetts and the United States Court of Appeals for the First Circuit.

3. To the best of my knowledge, John D. Hughes has never been denied admission or disciplined by this court or any other court.

4. John D. Hughes is trial counsel for the Defendants and he generally practices in the areas of insurance and reinsurance litigation. Attorney Hughes is intimately familiar with the facts underlying this action and his admission to represent the Defendants in this action will serve the interests of justice and efficiency in resolving the disputes pending before this Court.

5. Counsel for the Defendants have contacted Peter M. Nolin, Esq., counsel for Bruce C. Ryan, Russell W. Newton, Robert Fitzpatrick and Merit Capital Associates, Inc., and Jonathan M. Levine, Esq., counsel for David W. Gywnn, Raquel Gywnn, Gywnn Financial Services, Inc., who have consented to this motion.

WHEREFORE, the Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., respectfully request that this Court grant admission of John D. Hughes *pro hac vice*.

2

Respectfully submitted,

March 13, 2006

**National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc..**
By their attorneys,

Mark B. Seiger, Esq. (ct05880)
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103
Telephone (860) 525-5065

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Special Admission of Visiting Attorney *Pro Hac Vice* has been mailed via first-class mail, postage pre-paid this 13th day of March, 2006 to the following counsel of record:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904

                                                Mark B. Seiger

- 5 -

Exhibit A

HFD_161140_1/SPALADINO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03CV00644 (CFD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) | |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. | ) ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants | ) | MARCH 9th, 2006 |

### AFFIDAVIT OF JOHN D. HUGHES

John D. Hughes, Esq., petitioner, being duly sworn, states:

1.   I submit this affidavit in support of my application pursuant to Local Rule of Civil Procedure 83.1(d), for admission pro hac vice to practice on behalf of the Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (the "Defendants"), in this matter.

2. I am an attorney and a Partner of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199-7613; telephone (617) 239-0100; facsimile (617) 239-0599; jhughes@eapdlaw.com.

3. I am, and have been, a member in good standing of the Bar of the Commonwealth of Massachusetts since 1974. I am also admitted to practice before the United States District Court of Massachusetts and the United States Court of Appeals for the First Circuit.

4. I have never been suspended or disbarred in any jurisdiction.

5. I have never been denied admission to or disciplined by this Court or any other court, and no disciplinary proceedings are presently pending against me in any court.

6. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I am trial counsel for the Defendants and I generally practice in the areas of insurance and reinsurance litigation. I am intimately familiar with the facts underlying this action and my admission to represent the Defendants in this action will serve the interests of justice and efficiency in resolving the disputes pending before this Court.

_____
John D. Hughes

Subscribed and sworn to
before me this 9th day
of March, 2006.

_____
Notary Public



MICHELLE C. MORALES
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 28, 2011