UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____
BRUCE CHARLES RYAN, RUSSELL WILLIAM    )
NEWTON, ROBERT FITZPATRICK, and        )
MERIT CAPITAL ASSOCIATES, INC.,        )
                                       )
    Plaintiffs,                        )
                                       )  CIVIL ACTION NO.
v.                                     )  3:03 CV 00644 (CFD)
                                       )
NATIONAL UNION FIRE INSURANCE          )
COMPANY OF PITTSBURGH, PA., and        )
AIG TECHNICAL SERVICES, INC.,          )
                                       )
    Defendants                         )
_____)  MARCH 15, 2006

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FEBRUARY 17, 2006 REQUEST FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION**

    Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby move for a 30 day extension of time to respond to *Defendants' First Request for Admission Directed to Each of the Ryan Plaintiffs; Defendants' First Request for Production;* and *Defendants' First Set of Interrogatories to the Ryan Plaintiffs and the Gwynn Plaintiffs*. All three of these discovery requests are dated February 17, 2006. Plaintiffs need additional time to gather information for their responses.

    This is Plaintiffs first request for an extension of time to respond to these discovery requests. Defendants' counsel consents to this request.

1

Wherefore Plaintiffs move for a 30 day extension of time through and including April 19, 2006.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/s/_____
Peter M. Nolin (ct06223)
Stephanie A. McLaughlin (ct22774)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com
smclaughlin@shglaw.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, on March 15, 2006, to the following counsel:

Mark Seiger, Esq.
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

                                                    _____/s/_____
                                                    Stephanie A. McLaughlin