UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 00644 (CFD) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| DAVID W. GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC. | ) <br> ) CIVIL ACTION NO. <br> ) 3:03 CV 01154 (CFD) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| _____ | ) MARCH 15, 2006 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

The Plaintiffs David W. Gwynn, Raquel Gwynn and Gwynn Financial Services, Inc. ("the Gwynn plaintiffs"), through counsel, hereby respectfully move pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of thirty (30) days to and including April 21,

2006, to respond to defendants' First Requests for Production. In support of this motion, undersigned counsel states as follows:

1.  This is the first request for extension of time made by the Gwynn plaintiffs with respect to this time limitation.

2.  Counsel to defendants in this case and counsel to co-plaintiff's consent to the requested extension.

Accordingly, for the above-stated reasons, the Gywnn plaintiffs respectfully request that this court grant an extension of time to and including April 21, 2006 for plaintiffs to respond to defendants' First Requests for Production.

                                        **PLAINTIFFS, DAVID GWYNN, RAQUEL GWYNN AND GWYNN FINANCIAL SERVICES, INC.**


                                        By_____
                                            Mario DiNatale (ct 12449)
                                            Silver Golub & Teitell, LLP
                                            184 Atlantic Street
                                            Stamford, CT 06904
                                            (203) 325-4491
                                            (203) 325-3769 (Fax)
                                            mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 15th day of March, 2006, to:

Mark B. Seiger, Esq.
Charles F. Gfeller, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Stephanie McLaughlin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

                                                        _____
                                                        MARIO DiNATALE