UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM ) <br> NEWTON, ROBERT FITZPATRICK, and ) <br> MERIT CAPITAL ASSOCIATES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br> ) <br> Defendants ) <br> ) | CIVIL ACTION NO. <br> 3:03 CV 00644 (CFD) <br><br><br><br><br><br> MARCH 23, 2006 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS**

Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby move for an extension of time to respond to Defendants National Union Fire Insurance Company of Pittsburgh, PA's and AIG Technical Services, Inc.'s (collectively "Defendants") Amended Counterclaims. Plaintiffs seek an extension to April 7, 2006.

Plaintiffs require this additional time to prepare an appropriate response to the Amended Counterclaims. Defendants' counsel consents to this extension of time.

1

Wherefore, Plaintiffs move for an extension of time to file a response to Defendants' Amended Counterclaims to April 7, 2006.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/s/_____
Peter M. Nolin (ct06223)
Stephanie A. McLaughlin (ct22774)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT 06901
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com
smclaughlin@shglaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, on March 23, 2006, to the following counsel:

Mark Seiger, Esq.
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103

Mario DiNatale, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford CT 06904-0389

_____/s/_____
Stephanie A. McLaughlin