UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FTIZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV00644(CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN and GWYNN FINANCIAL SERVICES, INC., Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV01154(CFD) APRIL 6, 2006 |

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO PLEAD TO DEFENDANTS' SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND AMENDED COUNTERCLAIMS**

Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively "Plaintiffs") hereby move for an extension of time to plead to Defendants National Union Fire Insurance Company of Pittsburgh, PA's and AIG Technical Services, Inc.'s (collectively "Defendants") *Second Amended Answer and Affirmative Defenses to the Ryan Plaintiffs' Amended Complaint and Amended Counterclaims against the Ryan Plaintiffs*. Plaintiffs seek an extension of time to plead through and including May 5, 2006.[1]

---

[1] It is unclear from the Court's electronic docket sheet of this action whether the Defendants have in fact filed their *Second Amended Answer and Affirmative Defenses to the Ryan Plaintiffs' Amended Complaint and Amended Counterclaims against the Ryan Plaintiffs* with the Court. In order to preserve their rights to respond to the

1

Plaintiffs require this additional time to prepare an appropriate response to the Amended Counterclaims.

Plaintiffs also move for this extension to insure that this action's pleading schedule tracks the pleading schedule of *Gwynn et al v. National Union et el,* Docket Number 3:03 CV 01154 (CFD) ("Gwynn Action"). The Court consolidated this action and the Gwynn Action for all pre-trial purposes in April, 2004. On or about April 5, 2006, the plaintiffs in the Gwynn Action requested an extension of time until May 5, 2006 to file a response to Defendants' counterclaims against the Gwynn Plaintiffs. Thus, Plaintiffs are moving for an extension of time to May 5, 2006 to file their pleading. This extension will insure that the consolidated actions' pleading schedules move forward together in the interest of judicial economy.

Finally, there is an outstanding jurisdictional issue relating to one of the Gwynn Action plaintiffs, Gwynn Financial Services, Inc. It is the undersigned's understanding that the parties in the Gwynn Action are attempting to resolve that jurisdictional issue. The resolution of that jurisdictional issue will most likely affect the pleadings in both this action and the Gwynn Action.

The undersigned contacted Defendants' counsel to inquire as to whether he would consent to this motion for extension of time. Defendants' counsel has not yet responded to that inquiry. Therefore, at this point, Plaintiffs' cannot represent whether Defendants' counsel consents or objects to this motion.

---

Defendants' *Second Amended Answer and Affirmative Defenses to the Ryan Plaintiffs' Amended Complaint and Amended Counterclaims against the Ryan Plaintiffs*, Plaintiffs make this motion for an extension of time. In making this motion, Plaintiffs do not waive any of their pleading rights as provided for under the Federal Rules.

2

Wherefore, Plaintiffs move for an extension of time to file a response to Defendants' Amended Counterclaims to May 5, 2006.

**PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

By_____/s/_____
Peter M. Nolin (ct06223)
Stephanie A. McLaughlin (ct22774)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com
smclaughlin@shglaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on April 6, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                            _____/s/_____
                                            Stephanie A. McLaughlin