UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03CV00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br> APRIL 24, 2006 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs, Bruce C. Ryan, Russell W. Newton, Robert Fitzpatrick, Merit Capital Associates, Inc., David W. Gwynn, Raquel Gwynn and Gwynn Financial Services ("Plaintiffs"), and defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., ("Defendants"), by and through their undersigned counsel, hereby jointly move for

a modification of the Scheduling Order. The reason for this request is that the parties have encountered certain scheduling conflicts in the pursuit of discovery in this matter. However, after extensive discussions, they now feel that the proposed deadlines set forth below are fair and reasonable for all parties. This is the second request for a modification of the Scheduling Order.

Plaintiffs and Defendants request the following schedule:

(1) **September 30, 2006:**        Fact Discovery to be Completed.

(2) **October 15, 2006:**          Plaintiffs to Disclose Expert Witnesses.

(3) **November 17, 2006:**         Depositions of Plaintiffs' Experts Completed.

(4) **December 18, 2006:**         Defendants to Disclose Expert Witnesses.

(5) **January 18, 2007:**          Depositions of Defendants' Experts Completed.

(6) **February 19, 2007:**         Dispositive Motions Filed.

(7) **March 19, 2007, or thirty (30) days following the ruling on any dispositive motions, whichever is later:**   Joint Trial Memorandum Filed.

WHEREFORE, the Plaintiffs and Defendants respectfully request that the Court grant their Joint Motion for Modification of the Scheduling Order, as outlined above.

By_____                    Date:_____
    Peter M. Nolin
    Fed. Bar No.:
    SANDAK HENNESSEY & GRECO
    707 Summer Street
    Stamford, CT 06901-1026
    Phone: (203) 425-4200
    Fax: (203) 325-8608
    Email: pnolin@shglaw.com
    Counsel for Plaintiffs, Bruce Ryan, Russell Newton,
    Robert Fitzpatrick and Merit Capital Associates, Inc.


By_____                    Date:_____
    Mario DiNatale
    Fed Bar No.:
    SILVER, GOLUB & TEITELL
    184 Atlantic Street, P.O. Box 389
    Stamford, CT 06904
    Phone: (203) 325-4491 x127
    Fax: (203) 325-9763
    Email: MdiNatale@sgtlaw.com
    Counsel for Plaintiffs, David Gwynn, Raquel Gwynn and
    Gwynn Financial Services, Inc.


By /s/ Mark B. Seiger                       Date: March 29, 2006
    Mark B. Seiger
    Charles F. Gfeller
    Fed. Bar No. ct18119
    EDWARDS ANGELL PALMER & DODGE LLP
    90 State House Square
    Hartford, Connecticut 06103
    Phone: (860) 525-5065
    Fax: (860) 527-4198
    Email: mseiger@eapdlaw.com
    Counsel for Defendants, National Union Fire Insurance Company
    of Pittsburgh and AIG Technical Services, Inc.

By_____                                Date:_____
   Peter M. Nolin
   Fed. Bar No.:
   SANDAK HENNESSEY & GRECO
   707 Summer Street
   Stamford, CT 06901-1026
   Phone: (203) 425-4200
   Fax: (203) 325-8608
   Email: pnolin@shglaw.com
   Counsel for Plaintiffs, Bruce Ryan, Russell Newton,
   Robert Fitzpatrick and Merit Capital Associates, Inc.

By /s/ Mario DiNatale                                   Date: 3/29/06
   Mario DiNatale
   Fed. Bar No.:
   SILVER, GOLUB & TEITELL
   184 Atlantic Street, P.O. Box 389
   Stamford, CT 06904
   Phone: (203) 325-4491 x127
   Fax: (203) 325-9763
   Email: MdiNatale@sgtlaw.com
   Counsel for Plaintiffs, David Gwynn, Raquel Gwynn and
   Gwynn Financial Services, Inc.

By /s/ Mark B. Seiger                                   Date: March 29, 2006
   Mark B. Seiger
   Charles F. Gfeller
   Fed. Bar No. ct18119
   EDWARDS ANGELL PALMER & DODGE LLP
   90 State House Square
   Hartford, Connecticut 06103
   Phone: (860) 525-5065
   Fax: (860) 527-4198
   Email: mseiger@eapdlaw.com
   Counsel for Defendants, National Union Fire Insurance Company
   of Pittsburgh and AIG Technical Services, Inc.

By *[signature]*        Date: 4-12-06
Peter M. Nolin
Fed. Bar No.:
SANDAK HENNESSEY & GRECO
707 Summer Street
Stamford, CT 06901-1026
Phone: (203) 425-4200
Fax: (203) 325-8608
Email: pnolin@shglaw.com
Counsel for Plaintiffs, Bruce Ryan, Russell Newton,
Robert Fitzpatrick and Merit Capital Associates, Inc.


By_____        Date:_____
Mario DiNatale
Fed Bar No.:
SILVER, GOLUB & TEITELL
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904
Phone: (203) 325-4491 x127
Fax: (203) 325-9763
Email: MdiNatale@sgtlaw.com
Counsel for Plaintiffs, David Gwynn, Raquel Gwynn and
Gwynn Financial Services, Inc.


By *[signature]*        Date: March 29, 2006
Mark B. Seiger
Charles F. Gfeller
Fed. Bar No. ct18119
EDWARDS ANGELL PALMER & DODGE LLP
90 State House Square
Hartford, Connecticut 06103
Phone: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
Counsel for Defendants, National Union Fire Insurance Company
of Pittsburgh and AIG Technical Services, Inc.

- 3 -