UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE CHARLES RYAN ET AL,
        -Plaintiffs,


    -vs-                                3:03-CV-00644 (CFD)(TPS)


NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH ET AL,
        -Defendants.

## SCHEDULING ORDER

The scheduling order is revised as follows, pursuant to the joint request of the parties:

- Discovery Due - 9/30/2006

- Plaintiffs to Disclose Expert Witnesses - 10/15/2006

- Depositions of Plaintiffs' Experts Completed - 11/17/2006

- Defendants to Disclose Expert Witnesses - 10/18/2006

- Depositions of Defendants' Experts Completed - 1/18/2007

- Dispositive Motions Filed - 2/19/2007

- Joint Trial Memorandum Filed - 3/19/2007, or thirty (30) days following the ruling on any dispositive motions, whichever is later

**IT IS SO ORDERED** at Hartford, Connecticut this 25th day of April, 2006.


                                /s/ Thomas P. Smith
                                **Thomas P. Smith**
                                **United States Magistrate Judge**