UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FTIZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br> Defendants. | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN and GWYNN FINANCIAL SERVICES, INC., <br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br> Defendants. | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br><br><br> MAY 5, 2006 |

**THE RYAN PLAINTIFFS' MOTION TO DISMISS COUNT THREE OF
DEFENDANTS' AMENDED COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7, plaintiffs, Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick and Merit Capital Associates Inc. (hereinafter collectively referred to as the "Ryan Plaintiffs") hereby move the Court to dismiss count three, unjust enrichment, of defendants National Union Fire Insurance Company of Pittsburgh, PA's and AIG Technical Services, Inc.'s Amended Counterclaims (defendants will be collectively

**ORAL ARUGMENT REQUESTED**

referred to as "AIG"). In further support of this Motion to Dismiss, the Ryan Plaintiffs hereby simultaneously submit herewith their *Memorandum of Law in Support of Motion to Dismiss.*

AIG can prove no set of facts to support its unjust enrichment claim. Moreover, in its Amended Counterclaims AIG pleads the existence of an express contract, the insurance policy the Ryan Plaintiffs bought from AIG in 2000. AIG cannot seek to recover under the equitable theory of unjust enrichment when it has the ability to seek redress under a contract. Therefore, AIG's unjust enrichment Counterclaim, count three, should be dismissed.

> PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,
>
> By ___/s/___
> Peter M. Nolin (ct06223)
> Stephanie A. McLaughlin (ct22774)
> **Sandak Hennessey & Greco LLP**
> 707 Summer Street
> Stamford, CT 06901-1026
> (203) 425-4200
> (203) 325-8608 (fax)
> pnolin@shglaw.com
> smclaughlin@shglaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                                                    /s/
                                                                         Stephanie A. McLaughlin