UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FTIZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br> Defendants. | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN and GWYNN FINANCIAL SERVICES, INC., <br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br> Defendants. | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br><br> MAY 5, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following documents:

- Exhibit A to Plaintiffs Memorandum of Law in Support of Motion to Dismiss

[ ]   the document or thing cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff is excused from filing this document by Court order.

The document or thing has been manually served on all parties.

                        **PLAINTIFFS, BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES INC.,**

                        By_____/S/_____
                        Peter M. Nolin (ct06223)
                        Stephanie A. McLaughlin (ct22774)
                        **Sandak Hennessey & Greco LLP**
                        707 Summer Street
                        Stamford, CT  06901-1026
                        (203) 425-4200
                        (203) 325-8608 (fax)
                        pnolin@shglaw.com
                        smclaughlin@shglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Stephanie A. McLaughlin
Stephanie A. McLaughlin