UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br>        Plaintiffs, | ) <br>) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>        Defendants | ) <br>) <br>) <br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>        Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>        Defendants | ) <br>) <br>) <br>) MAY 5, 2006 |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIM AGAINST THE GWYNN PLAINTIFFS**

The Plaintiffs David W. Gwynn and Raquel Gwynn ("the Gwynn plaintiffs"), through counsel, hereby respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss Defendants' Amended Counterclaim against the Gwynn Plaintiffs, dated February 6, 2006, Counts One, Two, and Three, for lack of subject matter jurisdiction as the Counterclaim includes Gwynn Financial Services ("GFS") as a counterclaim defendant. However, the inclusion of GFS as a party will

destroy diversity jurisdiction, and supplemental jurisdiction is inappropriate due to exceptional circumstances.  A Memorandum of Law in Support of this Motion is attached hereto.

WHEREFORE, plaintiffs respectfully request that the Court Dismiss defendants' Amended Counterclaim Against the Gwynn Plaintiffs, Count One, Two and Three, dated February 6, 2006.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____
       Mario DiNatale (ct 12449)
       Silver Golub & Teitell, LLP
       184 Atlantic Street
       Stamford, CT 06904
       (203) 325-4491
       (203) 325-3769 (Fax)
       mdinatale@sgtlaw.com

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, as well as electronically, on this 5th day of May, 2006, to:

Mark B. Seiger, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE