UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN GWYNN FINANCIAL SERVICES, INC. <br><br> Plaintiffs <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br><br><br> JUNE 13, 2006 |

**APPEARANCE**

TO:    The Clerk of Court

Please enter the appearance of David S. Samuels on behalf of the defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. ("Defendants"), in the above-captioned action.

DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ David S. Samuels
David S. Samuels
Fed. Bar No. ct24460
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103
(860) 525-5065
(860) 527-4198 (Fax)
dsamuels@eapdlaw.com

HFD_164948_1/CLUKASIEWICZ

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid, to the following this 13th day of June, 2006:

Peter M. Nolin, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905
(203) 425-4200

Mario DiNatale, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491

David S. Samuels