UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br>   Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>   Defendants | )<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>   Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>   Defendants | )<br>)<br>)<br>)<br>) JUNE 14, 2006 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' ANSWER, SPECIAL DEFENSES AND COUNTERCLAIMS**

  The Plaintiffs David W. Gwynn and Raquel Gwynn ("the Gwynn plaintiffs"), through counsel, hereby respectfully move pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of twenty-eight (28) days to and including July 14, 2006, to reply and/or file motions with respect to defendants' May 24, 2006 Answer, Special Defenses and Counterclaims. In support of this motion, undersigned counsel states as follows:

    1.    This is the first request for extension of time made by the Gwynn plaintiffs with respect to this time limitation.

    2.    Counsel to plaintiffs has conferred with counsel to defendants, and defendants do not object to the requested extension. Plaintiff has been unable to ascertain, as of the time this is being filed, whether counsel to the co-plaintiffs objects to the requested extension.

Accordingly, for the above-stated reasons, the Gywnn plaintiffs respectfully request that this court grant an extension of time to and including July 14, 2006 for plaintiffs to reply and/or file motions with respect to defendants' Answer, Special Defenses and Counterclaims,.

        **PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____
    Mario DiNatale (ct 12449)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 14th day of June, 2006, to:

Mark B. Seiger, Esq.
Charles F. Gfeller, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Stephanie McLaughlin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

                                                                                                                                                             _____
                                                                                                                                                             MARIO DiNATALE