UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br> July 26, 2006 |

**MOTION TO WITHDRAW APPEARANCES**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves this Court to withdraw the appearances of James R. Hawkins II, Donna Nelson Heller, Meghan A. Laganza and William M. Tong, each of the law firm of Finn Dixon & Herling LLP, in the above captioned matter on behalf of defendants National Union Fire

Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. In support of this motion undersigned counsel represents in support hereof the following:

1. Counsel from Edwards Angell Palmer & Dodge LLP have appeared and will continue to represent the above-mentioned defendants in this case.

2. Undersigned counsel are also requesting on behalf of James R. Hawkins II that his appearance be withdrawn as he has retired from the practice of law at the law firm of Finn Dixon & Herling LLP as of January 1, 2006.

3. A copy of this withdrawal has been served by certified mail on defendants in accordance with Local Rule 7(e).

WHEREFORE, it is respectfully requested that the motion to withdraw the appearances of the above-referenced counsel from the law firm of Finn Dixon & Herling LLP be granted, along with such other and further relief deemed just and proper by the Court.

                              Respectfully submitted,

/s/ Donna Nelson Heller
Donna Nelson Heller (ct14072)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile (203) 348-5777
E-mail: dheller@fdh.com

/s/ Meghan A. Laganza
Meghan A. Laganza (ct23561)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: mlaganza@fdh.com

/s/ William M. Tong
William M. Tong (ct25304)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: wtong@fdh.com

{00187265; 1; 0040-3}

## **CERTIFICATION**

I hereby certify that on July 26, 2006, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

>    Peter M. Nolin, Esq.
>    Jay H. Sandak, Esq.
>    Sandak Hennessey & Greco LLP
>    707 Summer Street
>    Stamford, CT 06905
>    (203) 425-4200
>    (203) 325-8608 (fax)
>
>    Mario DiNatale, Esq.
>    Jonathan M. Levine, Esq.
>    Silver Golub & Teitell LLP
>    184 Atlantic Street
>    Stamford, CT 06904
>    (203) 325-4491
>    (203) 325-3769 (fax)
>
>    Mark B. Seiger, Esq.
>    Edwards Angell Palmer & Dodge LLP
>    90 State House Square
>    Hartford, CT 06103

{00187265; 1; 0040-3}

and by certified mail as to the following:

>Mr. Antonios G. Daskalakis
>AIG Domestic Claims, Inc.
>Complex Claims Director
>175 Water Street
>11th Floor
>New York, New York 10038

>/s/ Donna Nelson Heller
>Donna Nelson Heller