UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | August 17, 2006 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. has manually filed the Appendix of Exhibits in Support of Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc.'s Motion for Summary Judgment.

This document has not been filed electronically because:

[ ]   the document cannot be converted to an electronic format

[X]   the electronic file size of the document exceeds 1.5mb

[ ]   the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions (e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A).

[ ]   Plaintiff/Defendant is excused from electronically filing this document by court order.

This document has been manually served on all parties.

                Respectfully Submitted,

                DEFENDANTS/COUNTERPLAINTIFFS
                NATIONAL UNION FIRE INSURANCE
                COMPANY OF PITTSBURGH, PA.
                and AIG TECHNICAL SERVICES, INC.

                BY THEIR ATTORNEYS,
                Edwards Angell Palmer & Dodge LLP

                By: _____

                Mark B. Seiger
                Fed. Bar No. ct05580
                90 State House Square
                Hartford, CT 06103-2715
                Tel: (860) 525-5065
                Fax: (860) 527-4198
                Email: mseiger@eapdlaw.com

                John D. Hughes
                Massachusetts BBO # 243660
                111 Huntington Avenue
                Boston, MA 02199
                Tel: (617) 951-3373
                Fax: (617) 439-4170
                Email: jhughes@eapdlaw.com

- 3 -

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | AUGUST 17, 2006 |

**APPENDIX OF EXHIBITS IN SUPPORT OF
DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA. AND AIG TECHNICAL SERVICES, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

| EXHIBIT | DOCUMENT |
|---|---|
| A. | Securities Broker/Dealer's Professional Liability Insurance Policy No. 473-36-20 (the "Policy") issued by Defendants National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (collectively, "AIG") to Merit Capital Associates, Inc. ("Merit") |
| B. | Ryan Plaintiffs' Amended Complaint (the "Ryan Complaint") |
| C. | Gwynn Plaintiffs' Second Amended Complaint (the "Gwynn Complaint") |

| EXHIBIT | DOCUMENT |
|---|---|
| D. | Statement of Claim brought by Michael A. Sowell ("Sowell") before the National Association of Securities Dealers, Inc. (the "NASD") against the Ryan Plaintiffs and the Gwynn Plaintiffs |
| E. | Amended Statement of Claim brought by Sowell before the NASD against the Ryan Plaintiffs and the Gwynn Plaintiffs |
| F. | October 15, 2001 Letter from Conlin to Ryan |
| G. | January 24, 2002 Letter from Conlin to Plaintiff David W. Gwynn ("Gwynn") |
| H. | January 24, 2002 Letter from Conlin to Ryan |
| I. | April 16, 2002 Letter from Angelina Palmieri to Gwynn |
| J. | May 17, 2002 Letter from Gwynn to Conlin |
| K. | January 6, 2003 Letter from John J. Nicgorski ("Nicgorski") to Conlin |
| L. | January 10, 2003 Letter from Jeffrey King ("King") to Nicgorski |
| M. | January 10, 2003 Email from King to William Federman |
| N. | January 10, 2003 Letter from Frank Moskowitz to Nicgorski |
| O. | January 13, 2003 Letter from King to Nicgorski |
| P. | NASD Award in the Sowell Arbitration |
| Q. | Selected Portions of the Sowell Arbitration Transcript |
| R. | Sowell Arbitration Exhibit 26 |
| S. | Sowell Arbitration Exhibits 43-51 |
| T. | Sowell Arbitration Exhibit 111 |
| U. | Order Vacating the Arbitration Award |

BOS_543681_2/JLEE