### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | ) AUGUST 25, 2006 |

### THE GWYNN PLAINTIFFS' MOTION TO DISMISS COUNT TWO OF DEFENDANTS' SECOND AMENDED COUNTERCLAIM

The Plaintiffs David W. Gwynn and Raquel Gwynn ("the Gwynn plaintiffs"), through counsel, hereby respectfully move, pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7, to dismiss Count Two ("Unjust Enrichment") of Defendants' Second Amended Counterclaim Against the Gwynn Plaintiffs, dated August 3, 2006, for failure to state a claim upon which relief can be granted. Defendants can prove no set of facts to support a claim for unjust enrichment.

Moreover, unjust enrichment is an equitable remedy that is only available in the absence of a contract, and defendants plead the existence of an express contract.

In support of this Motion to Dismiss, the Gwynn plaintiffs refer the Court to co-plaintiffs' Memorandum of Law in Support of Motion to Dismiss, dated May 5, 2006, addressing defendants' claim for unjust enrichment, which the Gwynn plaintiffs adopt and rely upon as their own.

WHEREFORE, plaintiffs respectfully request that the Court dismiss Count Two of Defendants' Second Amended Counterclaim Against the Gwynn Plaintiffs, dated August 3, 2006.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, as well as electronically, on this 25th day of August, 2006, to:

Mark B. Seiger, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

_____
MARIO DiNATALE