UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br> SEPTEMBER 8, 2006 |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to *Fed. R. Civ. P.* 26 and *D. Conn. L. Civ. R.* 7(a), defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. n/k/a AIG Domestic Claims Inc. ("AIG") (collectively, "Defendants") submit Defendants' Motion For Protective Order.

For the reasons set forth in Defendants' *Memorandum Of Law In Support of Defendants' Motion for a Protective Order* filed herewith, Defendants respectfully request that this Court issue a protective order precluding plaintiffs, Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, Merit Capital Associates, Inc., David W. Gwynn, Raquel Gwynn and Gwynn

Financial Services ("Plaintiffs") from taking any depositions in this case until after AIG's Motion for Summary Judgment filed on August 17, 2006 is heard and decided by this Court.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ Mark B. Seiger
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
Email: dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 951-3373
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

## CERTIFICATION OF COMPLIANCE

Pursunt to Rule 26(c) of the Federal Rules Of Civil Procedure, the undersigned hereby certifies that Defendants' counsel has conferred with Plaintiffs' counsel in an attempt to resolve the dispute without court action.

_____
Mark B. Seiger

CERTIFICATION

I hereby certify that on September 8, 2006, the foregoing Defendants' Motion For protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mailto anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
Mark B. Seiger