UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, ) ) ) | |
| v. ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., ) ) ) ) | |
| Defendants, ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., ) ) ) ) | |
| Defendants. ) | SEPTEMBER 21, 2006 |

### DEFENDANTS' OBJECTION TO SEPTEMBER 8, 2006 ORDER

Pursuant to Fed. R. Civ. P. 72(a), defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. n/k/a AIG Domestic Claims Inc. ("AIG") (collectively, "Defendants") respectfully object to the Court's electronic order issued by Judge Magistrate Smith and dated September 8, 2006 (the "Order").

The Order provides as follows:

**ORDER denying [207] Motion for Protective Order. The court finds that discovery should continue while Judge Droney considers the pending motion for summary judgment. Summary Judgment cannot be used as a tactical device aimed at indefinitely prolonging a case. Signed by Judge Thomas P. Smith on September 8, 2006. (Drake, C.)**

As discussed in Defendants' *Motion For Protective Order* and *Memorandum of Law In Support of Defendant's Motion For Protective Order* dated and filed on September 8, 2006, Defendants respectfully submit that requiring discovery and depositions to continue, which are irrelevant for adjudication of the dispositive motion for summary judgment now before the Court, forces Defendants to expend time and expense unnecessarily.

Moreover, the depositions place an undue burden upon defendants, particularly when they are not necessary for the adjudication of the summary judgment motion. Accordingly, Defendants respectfully object to the Order and ask the Court to set it aside.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ Mark B. Seiger
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
Email: dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 951-3373
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street, Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:  (561) 655-8719
Email: dgreenspan@eapdlaw.com

HFD_168163_1/DSAMUELS

**CERTIFICATION**

I hereby certify that on September 21, 2006, the foregoing Defendants' Objection To September 8, 2006 Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mailto anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
Mark B. Seiger