UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV01154(CFD) SEPTEMBER 27, 2006 |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE GWYNN PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (collectively, "AIG" or "Defendants"), through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 36(a) and Local Rule 7(b)(1), hereby respectfully move this Court for an enlargement of time of twenty (20) days, through and including October 19, 2006, to serve responses to The Gwynn Plaintiffs' First Request for Admissions Directed to Defendant AIG Technical Services, Inc. ("First Request for Admissions"), and in support thereof, state as follows:

1. AIG's response to the Gwynn Plaintiffs' First Request for Admissions is due on or before September 28, 2006.

2. Additional time is needed for AIG to complete and serve its responses to the requests for admission due to the sudden severe illness of the responsible attorney's father.

3. The Gwynn Plaintiffs' counsel, Mario DiNatale, has represented that he has no objection to an enlargement of time of twenty (20) days for AIG to serve its responses to the requests for admission.

4. This is the first request for an enlargement of time for AIG with respect to the Gwynn Plaintiff's First Request for Admissions.

WHEREFORE, AIG respectfully requests that this Court to enter an order granting an enlargement of time of twenty (20) days, through and including October 19, 2006, for AIG to serve its responses to The Gwynn Plaintiffs' First Request for Admissions Directed to Defendant AIG Technical Services, Inc.

Respectfully Submitted,

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

BY THEIR ATTORNEYS,
Edwards Angell Palmer & Dodge LLP

By: _____
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com

John D. Hughes
BBO # 243660
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on September 27, 2006, a copy of the foregoing Defendant's Motion For Enlargement Of Time To Respond To The Gwynn Plaintiffs' First Request For Admissions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
David S. Samuels, Esq. (ct24460)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Phone: 860.525.5065
Fax: 860.527.4198
Email: dsamuels@eapdlaw.com