UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br>Plaintiffs, | )<br>) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>) SEPTEMBER 29, 2006 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiffs, David Gwynn, Raquel Gwynn, Bruce C. Ryan, Russell W. Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. ("Plaintiffs"), and defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., ("Defendants"), by and through their undersigned counsel, hereby jointly move for a modification of the Scheduling

Order.  The reason for this request is that the parties have encountered certain scheduling conflicts in the pursuit of discovery in this matter, particularly with respect to depositions that need to be taken out of state.  However, after extensive discussion, the parties now feel that the proposed deadlines set forth below are fair and reasonable for all parties.  This is the third request for modification of the Scheduling Order.

Plaintiffs and Defendants request the following schedule:

(1) December 31, 2006:   Fact Discovery to be Completed.  In particular, the parties have agreed that the following depositions will be taken: Merit Capital Associates (pursuant to Fed. R. Civ. P. 30(b)(6)); Bruce Ryan; Russell Newton; Robert Fitzpatrick; David Gwynn; Michael Sowell; Jeffrey King; Donald Wilson; and possibly defendant AIG (pursuant to Fed. R. Civ. P. 30 (b)(6).

(2) January 15, 2007:    Plaintiffs to Disclose Expert Witnesses.

(3) February 16, 2007:   Depositions of Plaintiffs' Experts Completed.

(4) March 16, 2007:      Defendants to Disclose Expert Witnesses.

(5) April 16, 2007:      Depositions of Defendant's Experts Completed.

(6) May 9, 2007, or thirty
(30) days following the ruling
on any dispositive motions,
whichever is later:             Joint Trial Memorandum Filed.

WHEREFORE, the Plaintiffs and Defendants respectfully request that the Court grant their Joint Motion for Modification of the Scheduling Order, as outlined above.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail, postage prepaid, as well as electronically, on this 29th day of September, 2006, to:

Mark B. Seiger, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

Donna M. Greenspan, Esq.
Edwards Angell Palmer & Dodge, LLP
One North Clematis Street - Suite 400
West Palm Beach, FL 33401

_____
MARIO DiNATALE