UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br>     Plaintiffs, <br> v. <br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>     Defendants. | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br>     Plaintiffs, <br> v. <br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>     Defendants. | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br> OCTOBER 17, 2006 |

**DEFENDANT'S CONSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE GWYNN PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc. (collectively, "AIG" or "Defendants"), through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 36(a) and Local Rule 7(b)(1), hereby respectfully move this Court for an enlargement of time of fourteen (14) days, through and including November 2, 2006, to serve responses to The Gwynn Plaintiffs' First Request for Admissions Directed to Defendant AIG Technical Services, Inc. ("First Request for Admissions"), and in support thereof, state as follows:

1.  AIG, via its unobjected-to motion for extension of time, requested an extension until October 19, 2006 to respond to the Gwynn Plaintiffs' First Request for Admissions.[1]

2.  Additional time is needed for AIG to complete and serve its responses to the requests for admissions due to the responsible attorney's family member being severely ill.

3.  The Gwynn Plaintiffs' counsel, Mario DiNatale, has represented that he has no objection to an enlargement of time of fourteen (14) days for AIG to serve its responses to the requests for admission.

4.  This is the second request for an enlargement of time for AIG with respect to the Gwynn Plaintiff's First Request for Admissions.

WHEREFORE, AIG respectfully requests that this Court to enter an order granting an enlargement of time of fourteen (14) days, through and including November 2, 2006, for AIG to serve its responses to The Gwynn Plaintiffs' First Request for Admissions Directed to Defendant AIG Technical Services, Inc.

---

[1] The court has not yet ruled on the motion for extension of time.

Respectfully Submitted,

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

BY THEIR ATTORNEYS,
Edwards Angell Palmer & Dodge LLP

By: /s/
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com

John D. Hughes
BBO # 243660
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on October 17, 2006, a copy of the foregoing Defendant's Motion For Enlargement Of Time To Respond To The Gwynn Plaintiffs' First Request For Admissions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ David S. Samuels

David S. Samuels, Esq. (ct24460)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Phone: 860.525.5065
Fax: 860.527.4198
Email: dsamuels@eapdlaw.com