UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITOL ASSOCIATES, INC.<br>Plaintiffs, | ) <br>) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>)<br>) NOVEMBER 6, 2006 |

**PLAINTIFFS' JOINT MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs David W. Gwynn and Raquel Gwynn (collectively, "the Gwynn plaintiffs"), and Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capitol Associates, Inc. (collectively, "the Ryan plaintiffs') through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of 10 days, up to and including November 20, 2006, to file a Memorandum of Law in Opposition to

Defendants' August 17, 2006 Motion for Summary Judgment ("defendants' motion"). In support of this motion, undersigned counsel states as follows:

1. This is the third request for extension of time made by the Gwynn and Ryan plaintiffs with respect to this time limitation.

2. Defendants' Memorandum in support of their motion is 36 pages long. It identifies 101 alleged "Undisputed Material Facts." It makes numerous references to the voluminous factual record in this case, including citations to the transcript of the NASD arbitration ("the arbitration") which forms the basis of the Gwynn and Ryan plaintiffs' claims of defendants' bad faith.

3. To date, approximately 15 depositions have been taken in this matter. Document production by all parties has exceeded 10,000 pages. The transcript of the arbitration is over 1,000 pages long. It will take substantial time and effort to carefully review this material for inclusion within plaintiffs' Memorandum in Opposition.

4. The additional time is also required because of a serious illness within the family of the undersigned.

5. Counsel to the Gwynn plaintiffs has communicated with counsel to defendants, who has indicated he does not object to this requested extension.

Accordingly, for the above-stated reasons, the Gywnn and Ryan plaintiffs respectfully request that this court grant an extension of time to and including November 20, 2006 for plaintiffs to file a memorandum in opposition to defendants' Motion.

**PLAINTIFFS, DAVID GWYNN and
RAQUEL GWYNN**

By /s/ M_____
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and U.S. Mail, postage prepaid, on this 6th day of November, 2006, to:

Mark B. Seiger, Esq.
Charles F. Gfeller, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Stephanie McLaughlin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

Donna M. Greenspan, Esq.
Edwards Angell Palmer & Dodge LLP
One North Clematis Street - Suite 400
West Palm Beach, FL 33401

_____
MARIO DiNATALE