# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | ) NOVEMBER 20, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs David Gwynn and Raquel Gwynn, have manually filed the following documents:

1. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment;

2. Local Rule 56(a)(2) Statement of Plaintiffs David Gwynn and Raquel Gwynn in Support of Their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment; and

3. Exhibits A- QQ to Plaintiffs' Memorandum of Law and Local Rule 56(a)(2) Statement.

These documents have not been filed electronically because:

( ) the document or thing cannot be converted to an electronic format
(X) the electronic file size of the documents exceed 1.5 megabytes.
( ) the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( ) Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                              **PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

                              By_____
                              Mario DiNatale (ct 12449)
                              Silver Golub & Teitell, LLP
                              184 Atlantic Street
                              Stamford, CT 06904
                              (203) 325-4491
                              (203) 325-3769 (Fax)
                              mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via Federal Express overnight mail, on this 20th day of November, 2006, to:

Mark B. Seiger, Esq.
Charles F. Gfeller, Esq.
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103

Peter M. Nolin, Esq.
Stephanie McLaughlin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06905

MARIO DiNATALE