UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: |
| Plaintiffs, | ) ) | 3:03 CV 1154 (CFD) |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | DECEMBER 5, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE
RYAN PLAINTIFFS' MEMORANDUM IN OPPOSITIONTO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7(b) the Defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., through the undersigned counsel, hereby respectfully move for an extension of time of twenty (20) days, up through and including December 26, 2006, to file a response to *The Ryan Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment* (hereinafter referred to as "*Opposition.*") In support of this motion, the undersigned counsel aver as follows:

171822_1

1. Defendants filed their *Motion for Summary Judgment* and incorporated memorandum of law in support thereof on August 17, 2006.

2. The Ryan Plaintiffs filed their *Opposition* on November 20, 2006.

3. Defendants intend to file a response to the *Opposition* that will address the arguments raised by the Ryan Plaintiffs therein, and that Defendants believe will be informative to the Court as it prepares to rule on the pending Motion for Summary Judgment.

4. This is the first request for extension of time made by Defendants with respect to the deadline for filing a response.

5. Counsel to Plaintiffs in this case consent to the requested extension.

WHEREFORE, Defendants hereby respectfully request that the Court grant this motion and extend the deadline by which Defendants must file a response to the Ryan Plaintiffs' *Opposition* by twenty (20) days up through and including December 26, 2006.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /d/ David S. Samuels
Donna M. Greenspan
Florida Bar No.: 059110
Edwards Angell Palmer & Dodge, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 951-3373
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

171822_1

## CERTIFICATION

I hereby certify that on December 5, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/d/ David S. Samuels
David S. Samuels

171822_1