UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　Defendants | )<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>) DECEMBER 8, 2006 |

## NOTICE OF WITHDRAWAL OF MOTION

　　　The plaintiffs, David Gwynn and Raquel Gwynn, hereby give Notice that they are withdrawing their December 4, 2006 Motion for Protective Order Concerning Arizona Depositions.

　　　Counsel to the parties have conferred, and have been able to satisfactorily resolve their dispute.

        PLAINTIFFS, DAVID GWYNN and
        RAQUEL GWYNN


By_____
   Mario DiNatale (ct 12449)
   Silver Golub & Teitell, LLP
   184 Atlantic Street
   Stamford, CT 06904
   (203) 325-4491
   (203) 325-3769 (Fax)
   mdinatale@sgtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2006, a copy of foregoing **Notice of Withdrawal of Motion** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


      /s/ Mario DiNatale
MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com