### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>Plaintiffs,<br><br><br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants<br><br>DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) <br>) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |

BRUCE CHARLES RYAN, RUSSELL WILLIAM ) 
NEWTON, ROBERT FITZPATRICK, and MERIT ) CIVIL ACTION NO.
CAPITAL ASSOCIATES, INC. ) 3:03 CV 00644 (CFD)
    Plaintiffs, )
                                               )
                                               )
   vs.                                       )
                                             )
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA., and )
AIG TECHNICAL SERVICES, INC., )
    Defendants )
                                               )
DAVID W. GWYNN and RAQUEL GWYNN ) CIVIL ACTION NO.
    Plaintiffs, ) 3:03 CV 01154 (CFD)
                                             )
                                             )
   vs.                                       )
                                             )
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA., and )
AIG TECHNICAL SERVICES, INC., )
    Defendants )
_____) DECEMBER 12, 2006

### PLAINTIFFS' MOTION FOR TIME TO RESPOND TO DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS TO DEFENDANTS' REQUESTS FOR ADMISSIONS, AND TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION

_____The Plaintiffs David W. Gwynn and Raquel Gwynn (collectively, "the Gwynn

plaintiffs"), through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and

Local Rule 7(b)(1) for an extension of time of 7 days, up to and including December 22, 2006, to

file a response to Defendants' November 16, 2006 Motion to Determine the Sufficiency of

Plaintiffs' Answers to Defendants' Requests for Admissions, and to Compel Answers to

Interrogatories and Production, and Incorporated Memorandum of Law ("defendants' motion").

In support of this motion, undersigned counsel states as follows:

_____1.     This is the second request for extension of time made by the Gwynn plaintiffs

with respect to this time limitation.

2.     The requested time is necessary in order to review the various discovery

defendants reference in their motion, and determine a response.

3.     Counsel to defendants and to co-plaintiffs have no objections to this motion.

Accordingly, for the above-stated reasons, the Gywnn plaintiffs respectfully request that

this court grant an extension of time to and including December 22, 2006 for plaintiffs to file a

response to defendants' motion.

**PLAINTIFFS, DAVID GWYNN and
RAQUEL GWYNN**


By_____
    Mario DiNatale (ct 12449)
    Silver Golub & Teitell, LLP
    184 Atlantic Street
    Stamford, CT 06904
    (203) 325-4491
    (203) 325-3769 (Fax)
    mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, a copy of foregoing **Motion for Time to Respond to Defendants' Motion to Determine the Sufficiency of Plaintiffs' Answers to Defendants' Requests for Admissions, and to Compel Answers to Interrogatories and Production** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Mario DiNatale
MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone:  203-325-4491
Fax: 203-325-3769
E-mail:  mdinatale@sgtlaw.com