UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br> DECEMBER 18, 2006 |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to *Fed. R. Civ. P.* 26 and *D. Conn. L. Civ. R.* 7(a), defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. n/k/a AIG Domestic Claims Inc. ("AIG") (collectively, "Defendants") submit Defendants' Motion For Protective Order.

For the reasons set forth in Defendants' *Memorandum Of Law In Support of Defendants' Motion for a Protective Order* filed herewith, Defendants respectfully request that this Court issue a protective order precluding plaintiffs, Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, Merit Capital Associates, Inc., David W. Gwynn, Raquel Gwynn and Gwynn

Financial Services ("Plaintiffs") from deposing the AIG corporate representative with respect to topics that have already been addressed in previous depositions.

Defendants have conferred with Plaintiffs in an effort to resolve this dispute without court action, but have been unsuccessful (see Declaration of David S. Samuels attached hereto as Exhibit "A").

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: _____
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
Email: dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 951-3373
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

- 2 -

## **CERTIFICATION**

I hereby certify that on December 18, 2006, the foregoing Defendant's Motion for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
David S. Samuels