UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | |
| Plaintiffs, | ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | DECEMBER 22, 2006 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. n/k/a AIG Domestic Claims, Inc., ("Defendants"), and Plaintiffs, David Gwynn, Raquel Gwynn, Bruce C. Ryan, Russell W. Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. ("Plaintiffs"), hereby jointly move for a modification of the Scheduling Order.

The reasons for the joint request to modify the scheduling order are as follows:

1. The deadline for fact discovery to be completed under the current scheduling order is December 31, 2006. This deadline was extended from September 29, 2006 after the parties jointly requested a modification to the scheduling order because of numerous depositions that still needed to be completed.

2. Since September 1, 2006, the parties have attempted to complete the numerous depositions by the December 31, 2006 deadline. Indeed, since that date, counsel for both Plaintiffs and Defendants have flown throughout the country and have taken nine (9) depositions, and anticipate taking four (4) additional depositions by year end. These additional depositions include: (1) one additional 30(b)(6) representative for AIG; (2) Michael Sowell; (3) Donald Wilson; and (4) Janenne Lackey.

3. The parties have encountered certain scheduling conflicts with respect to the remaining depositions that need to be taken out of state. These additional depositions include Jeffrey King and William Federman.

4. The parties have agreed that no further depositions will be noticed except by agreement of the parties or by Court order, except as noted in Paragraph 5 below.

5. AIG has objected to certain areas of inquiry noted on the notice of deposition of the 30(b)(6) representative scheduled for December 19, 2006. If the Court should overrule these objections and order a continued deposition, then AIG will not object to having the continued deposition taken after December 31, 2006 and prior to February 28, 2006.

6. The parties feel that the proposed deadlines set forth below are fair and reasonable for all parties and will allow the parties to complete the remaining depositions. This is the fourth request for a modification of the scheduling order.

7. Plaintiffs and Defendants request the following schedule:

(1) February 28, 2007       Fact Discovery to be Completed

(2) March 16, 2007          Plaintiffs to Disclose Expert Witnesses

(3) April 20, 2007          Depositions of Plaintiffs' Experts Completed

(4) May 18, 2007            Defendants to Disclose Expert Witnesses

(5) June 22, 2007           Depositions of Defendants' Experts Completed

(6) July 23, 2007[1]        Joint Trial Memorandum Filed

**WHEREFORE,** Defendants and Plaintiffs respectfully request that the Court grant their Joint Motion for Modification of the Scheduling Order, as outlined above.

---

[1] Or thirty (30) days following the ruling on any dispositive motions, whichever is later.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.


By: /s/ David S. Samuels
Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct24460
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT  06103-2715
Tel:  (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com


Donna M. Greenspan
Florida Bar No. 059110
Edwards Angell Palmer & Dodge, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:   (561) 655-8719
Email: dgreenspan@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  (617) 951-3373
Fax:  (617) 439-4170
Email: jhughes@eapdlaw.com

## CERTIFICATION

    I hereby certify that on December 22, 2006, a copy of the foregoing Joint Motion for Modification of Scheduling Order of David S. Samuels was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                       /s/ David S. Samuels
                                                       David S. Samuels