IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL ) <br> WILLIAM NEWTON, ROBERT FITZPATRICK, ) <br> and MERIT CAPITAL ASSOCIATES, INC., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br> JANUARY 5, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DETERMINE THE SUFFICENCY OF PLAINTIFFS' ANSWERS TO DEFENDANTS' REQUESTS FOR ADMISSIONS AND TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1), Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (collectively, "Defendants"), respectfully request an extension of time until and including January 19, 2007 to file a combined reply to the oppositions of Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc., ("the Ryan Plaintiffs") and Plaintiffs David W. Gwynn and Raquel Gwynn ("the Gwynn Plaintiffs," collectively, "Plaintiffs") to Defendant's Motion to Determine the Sufficiency of

Plaintiffs' Answers to Defendants' Requests for Admnissions and to Compel Answers to Interrogatories and Production (the "Motion to Determine Sufficiency").

In support of this motion, Defendants state as follows:

1. On November 16, 2006, Defendants filed their Motion to Determine Sufficiency against both the Ryan Plaintiffs and the Gwynn Plaintiffs.

2. On December 15, 2006, the Ryan Plaintiffs responded with their opposition to the Motion to Determine Sufficiency.

3. On December 21, 2006, the Court granted an extension of time for the Gwynn Plaintiffs to respond to the Motion to Determine Sufficiency until January 5, 2007. The Gwynn Plaintiffs filed their response on January 5, 2007. Accordingly, pursuant to Local Rule 7(d), Defendants have until January 19, 2007 to reply to the Gwynn Plaintiffs' response.

4. An extension of time is necessary for Defendants to file a combined reply to the separate responses of the Ryan Plaintiffs and the Gwynn Plaintiffs.

5. Counsel to both the Ryan Plaintiffs and the Gwynn Plaintiffs have no objections to this motion.

Accordingly, for the reasons stated above, Defendants respectfully request an extension of time until and including January 19, 2007 to file a single reply to the individual responses of the Gwynn Plaintiffs and the Ryan Plaintiffs to Defendant's Motion to Determine Sufficiency.

>Respectfully submitted,
>
>DEFENDANTS/COUNTERPLAINTIFFS
>NATIONAL UNION FIRE INSURANCE
>COMPANY OF PITTSBURGH, PA.
>and AIG TECHNICAL SERVICES, INC.
>
>BY THEIR ATTORNEYS,
>Edwards Angell Palmer & Dodge LLP

- 3 -

        By:  /s/  David S. Samuels

    Mark B. Seiger
    Fed. Bar No. ct05580
    David S. Samuels
    Fed. Bar No. ct 24460
    90 State House Square
    Hartford, CT  06103-2715
    Tel:  (860) 525-5065
    Fax: (860) 527-4198
    Email: mseiger@eapdlaw.com,
    dsamuels@eapdlaw.com

    John D. Hughes
    BBO # 243660
    101 Federal Street
    Boston, MA 02110
    Tel:  (617) 439-4444
    Fax:  (617) 439-4170
    Email: jhughes@eapdlaw.com

    Donna M. Greenspan
    Florida Bar No.: 059110
    One North Clematis Street
    Suite 400
    West Palm Beach, FL  33401
    Tel: (561) 833-7700
    Fax:   (561) 655-8719
    Email: dgreenspan@eapdlaw.com

- 4 -

## CERTIFICATION

      I hereby certify that on January 5, 2007, the foregoing *Unopposed Motion for Extension of Time* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mailto anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                         /s/ David S. Samuels
                                         David S. Samuels

BOS_BOS_567205_1 (3)/JLEE