UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants, | CASE NUMBER:<br>3:03 CV 00644 (CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CASE NUMBER:<br>3:03 CV 1154 (CFD)<br><br><br><br><br><br><br><br>JANUARY 16, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE RYAN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7(b), Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., through the undersigned counsel, hereby move for an extension of time of seven (7) days, up through and including January 23, 2007, to serve a combined reply to *The Ryan Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment* ("*Ryan Plaintiffs Opposition*") and to *The Gwynn Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary*

*Judgment* ("*Gwynn Plaintiffs' Opposition*") (collectively, "*Plaintiffs' Opposition*"). In support of this motion, Defendants state as follows:

1. This is the third request for extension of time made by Defendants with respect to the deadline for filing a reply.

2. Defendants' Reply to the *Plaintiffs' Opposition* is due on or before January 16, 2007.

3. Defendants require a one-week additional extension of time to complete its Reply to Plaintiffs' Opposition, which consists of ninety (90) pages of combined Memoranda of Law.

4. Counsel to both the Ryan Plaintiffs and the Gwynn Plaintiffs consent to the requested extension.

WHEREFORE, Defendants hereby request that the Court grant this motion and extend the deadline by which Defendants must serve a reply to *Plaintiffs' Opposition* by seven (7) days up through and including January 23, 2007.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By:/s/ David S. Samuels

Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT  06103-2715
Tel:  (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  (617) 951-3373
Fax:  (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
Edwards Angell Palmer & Dodge, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:   (561) 655-8719
Email: dgreenspan@eapdlaw.com

## **CERTIFICATION**

I hereby certify that on January 16, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David S. Samuels
David S. Samuels