UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., )<br>)<br>)<br>) | CASE NUMBER:<br>3:03 CV 00644 (CFD) |
| Plaintiffs, )<br>) | |
| v. )<br>) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., )<br>)<br>) | |
| Defendants, )<br>) | |
| DAVID W. GWYNN and RAQUEL GWYNN, )<br>) | |
| Plaintiffs, ) | CASE NUMBER:<br>3:03 CV 1154 (CFD) |
| v. )<br>) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., )<br>)<br>)<br>) | |
| Defendants. ) | JANUARY 22, 2007 |

### DEFENDANTS' OBJECTION TO JANUARY 16, 2007 ORDER

Pursuant to Fed. R. Civ. P. 72(a), defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. n/k/a AIG Domestic Claims Inc. ("AIG") (collectively, "Defendants") respectfully object to the Court's electronic order issued by Judge Magistrate Smith and dated January 16, 2007 (the "Order").

The Order provides as follows:

**ORDER denying [244] Motion for Protective Order. The court finds that the defendants have not met their burden of demonstrating good cause to issue a protective order. In re Agent Orange Prod. Liab. Litig., 821 F.2d 139, 145 (2d Cir. 1987). The defendants have failed to show that the continued deposition of AIG on particular subjects that may have been previously addressed to some degree would result in "oppression, or**

undue burden or expense." Fed. R. Civ. P. 26(c). Signed by Judge Thomas P. Smith on January 16, 2007. (Slitt, M.)

As discussed in Defendants' *Motion For Protective Order* and *Memorandum of Law In Support of Defendants' Motion For Protective Order* dated and filed on December 18, 2006, Defendants respectfully submit that permitting depositions to continue on topics that have already been repeatedly addressed in the discovery process is unreasonably duplicative and serves no purpose except to harass and cause undue burden and expense on AIG.

Accordingly, Defendants respectfully object to the Order and ask the Court to set it aside.

HFD_173457_1/DSAMUELS

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ David S. Samuels
    Mark B. Seiger
    Fed. Bar No. ct05580
    David S. Samuels
    Fed. Bar No. ct 24460
    Edwards Angell Palmer & Dodge LLP
    90 State House Square
    Hartford, CT 06103-2715
    Tel: (860) 525-5065
    Fax: (860) 527-4198
    Email: mseiger@eapdlaw.com
    Email: dsamuels@eapdlaw.com

    John D. Hughes
    Massachusetts BBO # 243660
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA 02199
    Tel: (617) 951-3373
    Fax: (617) 439-4170
    Email: jhughes@eapdlaw.com

    Donna M. Greenspan
    Florida Bar No.: 059110
    Edwards Angell Palmer & Dodge LLP
    One North Clematis Street, Suite 400
    West Palm Beach, FL 33401
    Tel: (561) 833-7700
    Fax: (561) 655-8719
    Email: dgreenspan@eapdlaw.com

## CERTIFICATION

I hereby certify that on January 22, 2007, the foregoing Defendants' Objection To January 16, 2007 Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ David S. Samuels
David S. Samuels