**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL ) <br> WILLIAM NEWTON, ROBERT FITZPATRICK, ) <br> and MERIT CAPITAL ASSOCIATES, INC., ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>       Defendants. ) | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>       Defendants. ) | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br><br><br><br> JANUARY 23, 2007 |

**DEFENDANTS' MOTION FOR PERMISSION TO FILE REPLY IN EXCESS OF TEN
PAGES TO PLAINTIFFS' MEMORANDA IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(d), Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (collectively, "Defendants"), respectfully request permission to file a single reply in excess of ten pages to the Ryan Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment ("Ryan Plaintiffs Opposition") and the Gwynn Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment ("Gwynn Plaintiffs' Opposition") (collectively, "Plaintiffs' Opposition").

In support of this motion, Defendants state as follows:

1. On August 17, 2006, Defendants filed their Motion for Summary Judgment against both the Ryan Plaintiffs and the Gwynn Plaintiffs.

2. On November 20, 2006, the Ryan Plaintiffs moved for leave to file a memorandum in opposition to Defendants' Motion for Summary Judgment in excess of forty (40) pages, and also filed their Opposition, which was fifty (50) pages long.

3. Also on November 20, 2006, the Gwynn Plaintiffs filed their Opposition, which was forty (40) pages long.

4. On November 27, 2006, this Court granted the Ryan Plaintiffs leave to file their fifty (50) page Opposition.

5. Defendants submit that good cause exists for permission to file a single reply, in combined response to both the Ryan Plaintiffs' Opposition and the Gwynn Plaintiffs' Opposition, that exceeds the ten (10) page limitation. The complex legal and factual issues raised by the Plaintiffs' Opposition, which consists of ninety (90) pages of combined Memoranda of Law, requires a reply that is 18 to 20 pages in length.

Accordingly, for the reasons stated above, Defendants respectfully request permission to file a reply in excess of ten (10) pages to the Plaintiffs' Opposition.

- 3 -

Respectfully submitted,

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

BY THEIR ATTORNEYS,
Edwards Angell Palmer & Dodge LLP


By: /s/ David S. Samuels

    Mark B. Seiger
    Fed. Bar No. ct05580
    David S. Samuels
    Fed. Bar No. ct24460
    90 State House Square
    Hartford, CT  06103-2715
    Tel:  (860) 525-5065
    Fax: (860) 527-4198
    Email: mseiger@eapdlaw.com
    dsamuels@eapdlaw.com

    John D. Hughes
    Massachusetts BBO # 243660
    111 Huntington Avenue
    Boston, MA 02199
    Tel:  (617) 951-3373
    Fax:  (617) 439-4170
    Email: jhughes@eapdlaw.com

    Donna M. Greenspan
    Florida Bar No.: 059110
    One North Clematis Street, Suite 400
    West Palm Beach, FL  33401
    Tel: (561) 833-7700
    Fax:   (561) 655-8719
    Email: dgreenspan@eapdlaw.com

- 4 -

## CERTIFICATION

      I hereby certify that on January 23, 2007, the foregoing *Motion for Leave to File a Reply in Excess of Ten (10) Pages* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

      /s/ David S. Samuels  
      David S. Samuels