UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br>        Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>        Defendants. | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br>        Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br>        Defendants. | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br><br><br><br><br> January 23, 2007 |

**DEFENDANTS' AGREED-TO MOTION TO EXTEND**
**DISCOVERY DEADLINE BY ONE (1) DAY**

Pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7(b), Defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., (collectively, "Defendants") through the undersigned counsel, hereby respectfully move to extend the discovery deadline by one (1) day, up through and including March 1, 2007, in order to take the continued deposition of William B. Federman, and in support thereof state as follows:

1. The deadline for fact discovery to be completed under the current scheduling order is February 28, 2007. This deadline was extended from December 31, 2006 after the

parties jointly requested a modification to the scheduling order because of numerous depositions that still needed to be completed.

2. Due to scheduling conflicts, the earliest date upon which Defendants can complete the deposition of William B. Federman is March 1, 2007.

3. Counsel to the Ryan Plaintiffs, the Gwynn Plaintiffs, and Defendants have agreed to the requested extension.

WHEREFORE, Defendants respectfully request that this Court enter an order granting the extension of the discovery deadline by one (1) day, up through and including March 1, 2007, for Defendants to take the continued deposition of William B. Federman.

Respectfully Submitted,

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

BY THEIR ATTORNEYS,
Edwards Angell Palmer & Dodge LLP

By: /s/ David S. Samuels
    Mark B. Seiger
    Fed. Bar No. ct05580
    David S. Samuels
    Fed. Bar No. ct24460
    90 State House Square, 9th Floor
    Hartford, CT 06103-2715
    Tel: (860) 525-5065
    Fax: (860) 527-4198
    Email: mseiger@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
111 Huntington Avenue
Boston, MA 02199

- 3 -

Tel:  (617) 951-3373
Fax:  (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
One North Clematis Street
Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:  (561) 655-8719
Email:  dgreenspan@eapdlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on January 23, 2007, a copy of the foregoing Defendants' Agreed to Motion to Extend the Discovery Deadline was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.


/s/ David S. Samuels
David S. Samuels, Esq. (ct24460)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Phone: 860.525.5065
Fax: 860.527.4198
Email: dsamuels@eapdlaw.com