David W Gwynn
Prospective Employers

| Position | Company | Contact Name | Proposed Comp |
|---|---|---|---|
| Sr Fincl Consultant | Merril Lynch | Jim Oliver | Salary + Commis |
| Sr Fincl Consultant | Merril Lynch | Terry Allen | Salary + Commis |
| Sr Fincl Consultant | UBS/Paine Webber | David Jacobsen | Salary + Commis |
| Financial Consultant | Lincoln Financial | Mi Han Schultz | Commission |
| Sr Fincl Consultant | H & R Block | Matt Rea | Salary + Commis |
| Sr Fincl Consultant | UBS/Paine Webber | Susan Callahan | Salary + Commis |
| Regional Wholsaler | Fischer Investments | Recruiter | Salary + Commis |
| Sr Fincl Consultant | DA Davidson | Russell Tennant | Commission |
| In Branch Financial Consultant | Washington Mutual | Jeff Pearl | Salary + Commis |
| Business Development officer/ Private Client Group/ PC | Wells Fargo | Shawn Higley | Salary + Commis |
| Senior Client Manager I | Bank of America | Shawn DuBerg | Salary+Commission |
| Financial Consultant | Edward Jones | Recruiting Dept | Commission |
| Financial Advisor | Raymond James | Hiring coordinator | Commission |
| Wholsaler-Phoenix | Navellier and Associates | Louis Navelier | Salary + Bonus |
| Regional Wholsaler | AllegisOne | Michael Megarit | Salary + Commis |
| Financial Consultant | Newbridge Securities | Vic Sibilla | Commission |
| Regional Sales | Administaff | Melissa Orgill | Salary + Commis |
| Financial Consultant | Compass Bank | Human Resources Dept | Salary + Commis |
| Financial Consultant | 1st National Bank of Arizona | Internet | Salary + Commis |
| Senior Financial Consultant | Charles Schwab | Leigh Ellis | Salary+Commission |
| Senior Financial Consultant | Management Recruiters of Portland | Tina Grant | Salary+Commission |
| Staff | Walker & Hebets | Jim Hebets | Salary |
| Advisory Assist | Walker Investments | Jimmy Walker | Salary |
| Client Relations Manager | Vanguard | | Salary+ Bonus |
| Financial Planner | Vanguard | | Salary+ Bonus |
| Financial Advisor | Liberty Bank | Lee Kennedy | Salary+Commission |
| Financial Advisor | First Tech Credit Union | Steve Schneider | Salary+Commission |
| Financial Advisor | Waddell & Reed | Karim Nasheed | Salary+Commission |
| Financial Advisor | US Bank | | Salary+Commission |
| Financial Advisor | Umpqua Bank | | Salary+Commission |
| Financial Advisor | Bank of the Cascades | | Salary+ Commission |

| Annual Base | Term | Commission | Target Comp | Reason for decline | Phone Number | Fax Number |
|---|---|---|---|---|---|---|
| $100,000.00 | 2 years | $100,000.00 | $300,000.00 | U4 Compliance Report | 503-221-4600 | 503 |
| $100,000.00 | 2 years | $100,000.00 | $300,000.00 | U4 Compliance Report | 541-342-5600 | 541 |
| $100,000.00 | 2 years | $100,000.00 | $400,000.00 | U4 Compliance Report | 503-221-5800 | 503 |
| 0-negoc? | 2 years | $100,000.00 | $175,000.00 | U4 Compliance Report | 503-265-5528 | 503 |
| $75,000.00 | 2 years | $100,000.00 | $175,000.00 | U4 Compliance Report/ Credit | 602-494-3777 | 602 |
| $100,000.00 | 2 years | $350,000.00 | $450,000.00 | U4 Compliance Report | 213-253-5331 | 213 |
| $125,000.00 | 2 years | $150,000.00 | $200,000.00 | U4 Compliance Report |  | 602 |
| none | 2 years | $150,000.00 | $150,000.00 | U4 Compliance Report | 503-525-3600 | 503 |
| $50,000.00 | 1 year | $40,000.00 | $125,000.00 | U4 Compliance Report | 503-731-8731 | 503 |
| $80,000.00 | 1year | $150,000.00 | $245,000.00 | other candidate selected | 503-886-1211 | 503 |
| $54,000.00 | 1year | $10,000.00 | $175,000.00 | Offer rescinded due to U4 Disclosures | 503-697-2533 | 503 |
|  |  | $150,000.00 | $200,000.00 |  |  |  |
| $25,000.00 |  | $100,000.00 | $150,000.00 | U4 Compliance Report |  |  |
| $100,000.00 | 2 years | $100,000.00 | $250,000.00 | U4 Compliance Report/ Disclosure | 775-785-2300 | 775 |
| $75,000.00 | 1 year | $100,000.00 | $250,000.00 | offer declined due to employer chg in terms | 949-706-9345 | 949 |
| $45,000.00 | 2 years | $100,000.00 | $250,000.00 | Offer subject to liscsnse transferability | 800-290-4364 | 480 |
| $55,000.00 | indef. | $100,000.00 | $125,000.00 | hired other candidate locally | 602-778-7405 | 602 |
| $55,000.00 | 1 year | $100,000.00 | $155,000.00 | no positions available | 602 | 602 |
| $60,000.00 | 1 year | $40,000.00 | $100,000.00 | no response | 602 | 602 |
| $55,000.00 | 1year | $100,000.00 | $155,000.00 | hired from within-did not discuss U4 |  |  |
| $60,000.00 | 1 year | $150,000.00 | $210,000.00 | U4 Compliance Report | 800-979-8701 x 1136 |  |
| $50,000.00 | 1 year |  |  | Staff Positions only |  |  |
| $60,000.00 | 1 year |  |  | Staff Positions only |  |  |
| $100,000.00 | 1 year |  |  | U4 Compliance Report |  |  |
| $80,000.00 | 1 year |  |  | U4 Compliance Report |  |  |
| $50,000.00 | indef. | $125,000.00 | $175,000.00 | U4 Compliance Report |  |  |
| $50,000.00 | 1 year | $100,000.00 | $150,000.00 | elected to continue search | 503-526-3249 |  |
| $50,000.00 | 1year | $100,000.00 | $150,000.00 | U4 Compliance Report |  |  |
|  |  |  |  | U4 Compliance Report |  |  |
| $50,000.00 | 1 year | $150,000.00 | $200,000.00 | U4 Compliance Report |  |  |
|  |  |  |  | U4 Compliance Report |  |  |

| Address | DATE OF DECLINE NOTICE |
|---|---|
| 205 Sw 5th St, 42nd Floor, Portland, OR | 10/25/2004 |
| Eugene, OR | 10/28/2004 |
| Portland, OR | 11/9/2004 |
| Portland, OR | 1/21/2005 |
| Scottsdale, AZ | 11/18/2004 |
| Los Angeles, CA | 3/28/2005 |
| Phoenix | |
| Portland, OR | 10/21/2004 |
| Portland, OR | |
| Portland, OR | |
| | |
| Phoenix | |
| Phoenix | |
| Reno, NV | |
| Newport Beach, CA | |
| Phoenix | |
| Phoenix | |
| Phoenix | |
| Phoenix | |
| Phoenix | |
| Portland, OR | |
| Phoenix | |
| Phoenix | |
| | |
| Eugene, OR | |
| Eugene, OR | 7/6/2005 |

| Position | Company | Contact | Compensation |
|---|---|---|---|
| Financial Advisor | Sterling Bank | | Salary+ Commission |
| Financial Advisor | Oregon Credit Union | | Salary+ Commission |
| Senior Financial Consultant | RJ MacKay | Roshunda Jackson | Salary+ Commission |
| Business Development Officer | Chandler Search | John Chandler | Salary+Commission |
| Financial Planner | Wadddell & Reed | Stephanie Rodin | Salary+Commission |
| Senior Financial Consultant | CS International | Lollie Baker | Salary+Commission |
| Financial Consultant | Securities America | | Commission |
| Senior Financial Consultant | Raymond James | | Commission |
| Senior Financial Consultant | Investacorp | | Commission |
| Senior Financial Consultant | Pacific Crest Securities | | Commission |
| Senior Financial Consultant | Commonwealth Financial Network | Janice Hart | Commission |
| Senior Financial Consultant | United Planners | | Commission |
| Senior Financial Consultant | Cambridge Investment Research Inc | Marge Ddwyer | Commission |
| Insurance Broker | Lafayette Life | Liscensing./Appointment Dept | Commission |
| Insurance Broker | Mutual of Omaha | Liscensing./Appointment Dept | Commission |
| Insurance Broker | AmerUS Life | Liscensing./Appointment Dept | Commission |
| Insurance Broker | Indianapolis Life | Liscensing./Appointment Dept | Commission |
| Institutional Wholesaler | Ken Fisher Investments | Ken Fischer | Salary+Commission |
| Senior Financial Advisor | CrossSearch International | Larry Papike | Salary+Commission |
| Insurance Broker | New England Life | | |
| Insurance Broker | New York Life | | |
| Insurance Broker | Metropolitan Life | | |
| Senior Financial Consultant | Linsco Private Ledger (LPL) | | Salary+ Commission |
| Senior Financial Consultant | American Express | | Salary+ Commission |
| Salesman | Jerry's Home Improvement | Floor Manager | Salary+ Commission |
| Senior Financial Consultant | Financial Network Investment Corp | | |
| Senior Financial Consultant | Financial Resources | Russ Jones | Commission |
| Senior Financial Consultant | First Allied | Cathy Nogara | |
| Senior Financial Consultant | First Financial Planners | Ryan Shanks | Commission |
| Senior Financial Consultant | Geneos Wealth Management | George T Diachok, CFP® | |
| Senior Financial Consultant | LaSalle Street Securities, Inc. | Jim Baldwin | Commission |
| Senior Financial Consultant | Woodbury Financial Securities, Inc. | Leon Monroe | Commission |
| Insurance Agent | New England Financial | Shannon McAlister | Salary+ Commission |
| Insurance Agent | Allstate Insurance | Regional Manager | Commission |
| Insurance Agent | Farmers Insurance | Regional Manager | Commission |
| Financial Advisor | Sterling Savings Bank | Branch Manager | Salary+ Commission |

| | | | | |
|---|---|---|---|---|
| $100,000.00 | 1 year | $150,000.00 | $250,000.00 | U4 Compliance Report | |
| $150,000.00 | 1 year | $100,000.00 | $250,000.00 | U4 Compliance Report | |
| $48,000.00 | 1 year | $100,000.00 | $150,000.00 | No "inside bank" experience | 602-482-0017 |
| $100,000.00 | 1 year | $150,000.00 | $250,000.00 | U4 Compliance Report | 623-334-4726 |
| | | | | U4 Compliance Report | 866-794-3337 ext 135 |
| | | $150,000.00 | $250,000.00 | U4 Compliance Report | |
| | | | | U4 Compliance Report | 800-804-0000 |
| | | | | U4 Compliance Report | |
| | | $150,000.00 | $250,000.00 | U4 Compliance Report | 866-843-2731 |
| | | | | U4 Compliance Report | |
| | | | | U4 Compliance Report | |
| | | | | Negative credit report ( no appointment) | |
| | | | | Negative credit report ( no appointment) | |
| | | | | Negative credit report ( no appointment) | |
| | | | | Negative credit report ( no appointment) | |
| $150,000.00 | indef. | $150,000.00 | $250,000.00 | U4 Compliance Report | |
| $150,000.00 | 1 year | $350,000.00 | $400,000.00 | U4 Compliance Report | 800-247-3272 |
| | | | | | |
| | | $150,000.00 | $250,000.00 | U4 Compliance Report | |
| $25,000.00 | 90 days | | | U4 Compliance Report | |
| | | | | Not interested/ past business history | |
| | | | | | |
| | | | | U4 Compliance Report | |
| | | $150,000.00 | $250,000.00 | U4 Compliance Report | 800-362-1837 |
| | | $150,000.00 | $250,000.00 | | |
| | | $150,000.00 | $250,000.00 | | 800-934-4337 |
| | | $150,000.00 | $250,000.00 | | |
| | | $150,000.00 | $250,000.00 | | |
| | | $150,000.00 | $250,000.00 | | |
| | | | | U4 Compliance Report/ Credit | (503) 228-6645 x 114 |
| | 90 days | | $50,000.00 | Elected not to pursue | |
| | 90 days | | $50,000.00 | Elected not to pursue | |
| $32,000.00 | 90 days | $15,000.00 | $50,000.00 | no response | 602-482-0339 |

| | Scottsdale, AZ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Scottsdale, AZ | Scottsdale, AZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Senior Financial Consultant | Morgan Stanley | Branch Manager | Salary+ Commission |
| Account Executive | Beneficial/ HSBC | Michelle | Salary+ Commission |
| Financial Services Marketing Specialist | DMA Corporation | HR Coordinator | Salary+ Commission |
| Financial Services Wholesaler | American Funds Group | | Salary+ Commission |
| Financial Services Wholesaler | Franklin/ Templeton Funds | | Salary+ Commission |
| Insurance Agent | AON / Combined Insurance | Joseph Retiglia | Salary+ Commission |
| Senior Financial Advisor | Liberty Bank/ AFS | Peter J Kalman | Salary+ Commission |
| Executive Officer/ COO/ CEO | CS International | Emily Andress | Salary+ Commission |
| Licensed Personal Financial Representative - 43rd Ave | Washington Mutual | | Salary+ Commission |
| Financial Consultant | Wells Fargo | Stephan Saladrigas/ William Tanem | Draw+ Commission |
| Independent Financial Representative | US Allianz Securities | Joe Mars | Commission |
| Sales Consultant | Qwest Communications | Sara Goodall | Salary+ Commission |
| Executive Sales | Recruiter/ Search Firm | Enrique Mesones | Salary+ Commission |
| Financial Consultant/ Advisor | Edward Jones | Janet Hauskins | Salary+ Commission |
| Financial Planner | First Horizon/ 1st Tennessee Bank | Jennifer Shapley | Salary+ Commission |
| Financial Planner/ Investment Advisor | American Portfolios | Vince Esparza | Commission |
| Financial Consultant/ Advisor | Edward Jones | Carl Dempsey | Commission |

| | | | | | N/A (internet) | |
|---|---|---|---|---|---|---|
| $ 55,000.00 | 1 year | $ 150,000.00 | $ 265,000.00 | Credit report | 503-681-8980 | |
| | | | | no response | | 503-736-9491 |
| | 1 year | | | | online-careerbuilder | |
| $ 42,000.00 | 1 year | 150000 | 200000 | | 480-759-2189 | |
| $ 150,000.00 | 1 year | $ 100,000.00 | $ 250,000.00 | U4 Compliance Report/ No Retainer Fee | 866-794-3337 x-129 | |
| $ 50,000.00 | 1 | $ 200,000.00 | $ 250,000.00 | U4 Compliance Report | 541-431-6197 | 541-687-5817 |
| | | $ 250,000.00 | $ 250,000.00 | U4 Compliance Report | (888)446-5872 x-47111 | |
| $ 45,000.00 | 1 year | $ 50,000.00 | $ 90,000.00 | could not attend training in Phx due to $` | 602-630-8779 | |
| | | | | | 646-837-0457 | |
| | | | | | 800-995-0273 x-17 | |
| $ 60,000.00 | 1 year | N/A | $ 80,000.00 | | 901-523-5808 | |
| | 1 year | 150000 | $ 250,000.00 | U4 Complaince Report | 602-674-3333 | |
| | 1 year | | | | 800-999-5650 x59372 | |

| Location | Date |
|---|---|
| Hillsboro, OR | |
| Portland, OR | |
| Eugene, OR | 6/28/2005 |
| Various | 6/28/2005 |
| Eugene, OR | 7/14/2005 |
| Phoenix, AZ | 6/29/2005 |
| Phoenix, AZ | 5/23/2005 |
| New York, NY | |
| Eugene, OR | |
| Phoenix, AZ | |
| Scottsdale, AZ | |
| Eugene, OR | |

## Comments on decline

said that he wouldnt be able to hire me "due to the existence of the arbitrations on my U4" and that "the Sowell claim, was just too much arbitration history for the branch to a[ccept]"

Terry called me and said "that in light of the appearance of the arbitrations (including Sowell) on my U4 and the amount of the awards, that ML would decline my application

he called back and said that he had heard back from compliance and said that due to the number of arbitrations and the awards, and that Merit Capital had appeared on a lis[t]

said "regulatory history could be a problem but we would have our compliance department look into it more closely before we make a determination as to our ability to offer y[ou]

he called me and said that the firm's compliance department, as he expected and had prepared me for, had decided to turn down my application "based on your U4 history a[nd]

called back to say that they had compared notes on my previous contact of Portland Oregon office and would not be pursuing my candidacy based on the notes of my previo[us]

said they "cannot even consider hiring anyone with any compliance history" as they "do not want anyone on board who represents a potential liability from a claims standpoin[t]

he called me and said that the firm's compliance department, as he expected and had prepared me for, had decided to turn down my application "based on your U4 history a[nd]

not looking to hire right now as they have had to lay some people off, but due to regulatory disclosures I may find it very hard to be hired by anyone as the current environmen[t]
came to agreement on terms, but at last minute pulled out as they decided I needed to bring in $200,000 in fundraising ( whithout an offering document!?) in order to "help m[e]
decided to continue their search for another candidate in the Phoenix area as they don't want to pay relocation expenses as I am now in OR. She thinks I may have trouble g[etting]

opportunities available do not match my qualifications at this time

Said "I have a gut feel you would not like this position. You are over-qualified and I just don't think with the simple kind of people we serve your skills would be best utilized. I r[ecommend]

Case 3:03-cv-00644-CFD   Document 271   Filed 01/24/2007   Page 11 of 12

said "I don't understand why you havent already been picked up by somebody significant because your experience and track record of accomplishments and progressive suc
I mentioned the NASD Arbitrations awards she said " well, that might explain the financial brokerage part of it because I just had a friend we placed as an investment banker
Mr. Tanem, Compliance analyst reviewed the case for potential liabilities to Wells Fargo in my discharge of duties in the Financial Advisor role in Eugene office as a potential