IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV01154(CFD)  JANUARY 31, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS TO DEFENDANTS' REQUESTS FOR ADMISSIONS AND TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1), Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., now known as AIG Domestic Claims, Inc. (collectively, "Defendants"), respectfully request an Order extending the time to file a combined reply to the oppositions of Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc., ("the Ryan Plaintiffs") and Plaintiffs David W. Gwynn and Raquel Gwynn ("the Gwynn Plaintiffs," collectively, "Plaintiffs") to Defendant's Motion to Determine the Sufficiency of Plaintiffs' Answers to

Defendants' Requests for Admissions and to Compel Answers to Interrogatories and Production ("Motion to Determine Sufficiency") by seven (7) days, up through and including, February 8, 2007.

In support of this motion, Defendants state as follows:

1. On November 16, 2006, Defendants filed their Motion to Determine Sufficiency against both the Ryan Plaintiffs and the Gwynn Plaintiffs.

2. On December 15, 2006, the Ryan Plaintiffs responded with their opposition to the Motion to Determine Sufficiency.

3. On December 21, 2006, the Court granted an extension of time until January 5, 2007 for the Gwynn Plaintiffs to respond to the Motion to Determine Sufficiency. The Gwynn Plaintiffs filed their response on January 5, 2007. Accordingly, the reply to the Gwynn's Plaintiffs' response is due on or before January 19, 2007. On January 8, 2007 the Court ordered that the combined reply to both the Gwynn Plaintiffs' response and the Ryan Plaintiffs' response would be due on January 19, 2007.

4. On January 22, 2007 the Court granted Defendants' request for an additional ten (10) days to file its combined reply setting a new deadline of February 1, 2007.

5. Defendants require a further extension of time in order to appropriately research and file a combined reply that addresses both the Ryan Plaintiffs and the Gwynn Plaintiffs respective responses.

6. Counsel to both the Ryan Plaintiffs and the Gwynn Plaintiffs have no objections to this motion.

7. This is the second request for extension of time made by Defendants with respect to the deadline for filing a response.

- 3 -

Accordingly, for the reasons stated above, Defendants respectfully request an Order extending the time to file a combined reply to the Plaintiffs' Oppositions to the Motion to Determine Sufficiency by seven (7) days, up through and including, February 8, 2007.

    Respectfully submitted,

    DEFENDANTS/COUNTERPLAINTIFFS
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA.
    and AIG TECHNICAL SERVICES, INC.

    BY THEIR ATTORNEYS,
    Edwards Angell Palmer & Dodge LLP


    By: /s/ David S. Samuels

        Mark B. Seiger
        Fed. Bar No. ct05580
        David S. Samuels
        Fed. Bar No. ct 24460
        90 State House Square
        Hartford, CT 06103-2715
        Tel: (860) 525-5065
        Fax: (860) 527-4198
        Email: mseiger@eapdlaw.com,
        dsamuels@eapdlaw.com

        John D. Hughes
        Massachusetts BBO # 243660
        111 Huntington Ave.
        Boston, MA 02199
        Tel: (617) 951-3373
        Fax: (617) 439-4170
        Email: jhughes@eapdlaw.com

        Donna M. Greenspan
        Florida Bar No.: 059110
        One North Clematis Street
        Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 833-7700
        Fax: (561) 655-8719
        Email: dgreenspan@eapdlaw.com

- 4 -

## CERTIFICATION

      I hereby certify that on January 31, 2007, the foregoing *Unopposed Motion for Extension of Time* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

      /s/ David S. Samuels  
      David S. Samuels