UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>)<br>) FEBRUARY 15, 2007 |

**MOTION FOR TIME TO RESPOND AND OR OBJECT TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RULE 56(A)2 STATEMENTS, OR ALTERNATIVELY, FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' STATEMENT OF PURPORTEDLY UNDISPUTED MATERIAL FACTS CONTAINED THEREIN, AND INCORPORATED MEMORANDUM OF LAW**

The Plaintiffs David W. Gwynn and Raquel Gwynn (collectively, "the Gwynn plaintiffs"), through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of two weeks, up to and including March 1, 2007, to

file a response or objection to Defendants' January 23, 2007 Motion to Strike Plaintiffs' Rule 56(a)2 Statements, or Alternatively, For Leave to File A Response to Plaintiffs' Statement of Purportedly Undisputed Material Facts Contained Therein, And Incorporated Memorandum of Law ("defendants' motion"). In support of this motion, undersigned counsel states as follows:

1. This is the first request for extension of time made by the Gwynn plaintiffs with respect to this time limitation.

2. The additional time is required because counsel to the Gwynn plaintiffs has had a number of personal matters to attend to that has necessitated his being away from the office for a substantial period of time.

3. Counsel to defendants and to co-plaintiffs have no objections to this motion.

Accordingly, for the above-stated reasons, the Gywnn plaintiffs respectfully request that this court grant an extension of time to and including March 1, 2007 for plaintiffs to file a response or objection to defendants' motion.

                                                        **PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By /s/ Mario DiNatale
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, a copy of foregoing **Motion for Time to Respond and or Object to Defendants' Motion to Strike Plaintiffs' Rule 56(a)2 Statements, or Alternatively, For Leave to File A Response to Plaintiffs' Statement of Purportedly Undisputed Material Facts Contained Therein, And Incorporated Memorandum of Law** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mdinatale@sgtlaw.com