UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>  Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>  Defendants | )<br>)<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>  Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>  Defendants | )<br>)<br>)<br>) MARCH 7, 2007 |

### THE GWYNN PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs, David Gwynn and Raquel Gwynn, by and through their undersigned counsel, hereby move for a modification of the Scheduling Order. Fact discovery is complete, and the proposed modification relates to expert disclosure and other matters. The reason for this request is that undersigned counsel has some personal health issues that need to be resolved within the next few weeks. This is the fifth request for modification of the Scheduling Order.

Plaintiffs request the following schedule:

(1) June 15, 2007:         Plaintiffs to Disclose Expert Witnesses.

(2) July 16, 2007:         Depositions of Plaintiffs' Experts Completed.

(3) August 16, 2007:       Defendants to Disclose Expert Witnesses.

(4) September 16, 2007:    Depositions of Defendant's Experts Completed.

(5) October 9, 2007, or thirty (30) days following the ruling on any dispositive motions, whichever is later:    Joint Trial Memorandum Filed.

WHEREFORE, the Plaintiffs respectfully request that the Court grant their Motion for Modification of the Scheduling Order, as outlined above.

Peter Nolin, Esq., Counsel to co-plaintiffs, and Mark Seiger, Esq., counsel for the defendants, do not object to this Motion.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2007, a copy of foregoing **Motion for Modification of the Scheduling Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mdinatale@sgtlaw.com