UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: 3:03 CV 1154 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | March 15, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO THE RYAN PLAINTIFFS' AND THE GWYNN PLAINTIFFS' MEMORANDA IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RULE 56(A) STATEMENTS OR ALTERNATIVELY, FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' STATEMENTS OF PURPORTEDLY UNDISPUTED MATERIAL FACTS CONTAINED THEREIN**

Pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7(b), Defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., n/k/a AIG Domestic Claims Inc. ("Defendants"), through the undersigned counsel, hereby respectfully move for an extension of time of (10) ten days, up through and including March 26, 2007, to reply to both the Ryan Plaintiffs' and the Gwynn Plaintiffs' memoranda in opposition to *Defendants' Motion to Strike Plaintiffs' Rule 56(a) Statements or, Alternatively, for Leave to File a Response to*

*Plaintiffs' Undisputed Material Facts Contained Therein* ("Motion to Strike"), and in support thereof, state as follows:

1. On February 12, 2007, the Ryan Plaintiffs filed a Memorandum in Opposition to the Motion to Strike ("Ryan Plaintiffs' Opposition.")

2. On February 23, 2007, Defendants filed a motion for extension of time to file a reply to the Ryan Plaintiffs' Opposition simultaneously with its reply to the Gywnn Plaintiffs' Opposition, which was due on March 1, 2007.

3. Defendants' replies to the Ryan Plaintiffs' and the Gwynn Plaintiffs' Oppositions are currently due March 16, 2007.

4. Due to personal issues of counsel, Defendants require an additional extension of time to file replies to both the Ryan Plaintiffs' and the Gwynn Plaintiffs' Oppositions.

5. Counsel for both the Ryan Plaintiffs and the Gwynn Plaintiffs have consented to this motion for extension.

6. This is the second request for extension of time made by Defendants in connection with their Motion to Strike.

WHEREFORE, Defendants hereby respectfully request that the Court grant this motion and extend the deadline by which Defendants must serve replies to both the Ryan Plaintiffs' and the Gwynn Plaintiffs' Oppositions to the Motion to Strike by (10) ten days, up through and including March 26, 2007.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By:  /s/ David S. Samuels
Donna M. Greenspan
Florida Bar No.: 059110
Edwards Angell Palmer & Dodge LLP
One North Clematis Street, Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:  (561) 655-8719
Email: dgreenspan@eapdlaw.com

Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT  06103-2715
Tel:  (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  (617) 951-3373
Fax:  (617) 439-4170
Email: jhughes@eapdlaw.com

**CERTIFICATION**

     I hereby certify that on March 15, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                    /s/ David S. Samuels
                                    David S. Samuels

175251_1