UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: |
| Plaintiffs, | ) | 3:03 CV 1154 (CFD) |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | May 8, 2007 |

**DEFENDANTS' REQUEST FOR AN EXTENTION OF TIME TO SUBMIT OBJECTIONS TO THE APRIL 24, 2007 AND APRIL 25, 2007 ORDERS**

Defendants, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc., n/k/a AIG Domestic Claims Inc. ("Defendants"), through the undersigned counsel, hereby respectfully move both for an extension of time of (10) ten days, up through and including May 18, 2007 to file an objection to Magistrate Judge Smith's April 24, 2007 Order and an extension of time of ten (10) days, up through and including May 21, 2007 to file an objection to Magistrate Judge Smith's April 25, 2007 Order. In support thereof, Defendants state as follows:

1. On April 24, 2007, Magistrate Judge Smith issued an order denying Defendants' motion to strike the Ryan Plaintiffs' submission of a statement of undisputed material facts ("April 24, 2007 Order").

2. The current deadline to object to the April 24, 2007 Order is May 8, 2007.

3. On April 25, 2007, Magistrate Judge Smith issued a ruling denying, in part, Defendants' motion to determine the sufficiency of plaintiffs' answers to defendants' request for admissions and to compel answers to interrogatories and production ("April 25, 2007 Order") (collectively, the April 24, 2007 Order and the April 25, 2007 Order referred to as the "Orders").

4. The deadline to object to the April 25, 2007 Order is May 9, 2007.

5. Due to personal issues of counsel, Defendants require an additional extension of time to file objections to the Orders.

6. Counsel for both the Ryan Plaintiffs and the Gwynn Plaintiffs have no objection to the motion for extension of time.

7. This is the first request for extension of time made by Defendants in connection with filing objections to the Orders.

WHEREFORE, Defendants hereby respectfully request that the Court grant this motion and extend the deadline by which Defendants must file its objections to the Orders up to and including May 18, 2007 and May 21, 2007 respectively.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ David S. Samuels
Donna M. Greenspan
Florida Bar No.: 059110
Edwards Angell Palmer & Dodge LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
Tel: (561) 833-7700
Fax: (561) 655-8719
Email: dgreenspan@eapdlaw.com

Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103-2715
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 951-3373
Fax: (617) 439-4170
Email: jhughes@eapdlaw.com

- 4 -

## CERTIFICATION

I hereby certify that on May 8, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David S. Samuels
David S. Samuels