UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants, | CASE NUMBER: <br> 3:03 CV 00644 (CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CASE NUMBER: <br> 3:03 CV 1154 (CFD) <br><br><br><br><br><br><br><br> MAY 24, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSES TO PLAINTIFFS' RULE 56(a) COUNTERSTATEMENTS
OF UNDISPUTED FACTS IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7(b), Defendants, National Union Fire Insurance Company of Pittsburgh, PA. and AIG Technical Services, Inc., through the undersigned counsel, hereby move for an extension of time until and including June 1, 2007 to serve responses to *The Ryan Plaintiffs' Rule 56(a) Counterstatement of Undisputed Facts in Opposition to Defendants' Motion for Summary Judgment* and *The Gwynn Plaintiffs' Rule 56(a) Counterstatement of Undisputed Facts in Opposition to Defendants' Motion for Summary*

*Judgment* (collectively, "*Plaintiffs' Counterstatements*"), respectively. In support of this motion, Defendants state as follows:

1. Defendants' responses to *Plaintiffs' Counterstatements* are due on or before May 24, 2007.

2. Due to personal family issues of the attorney responsible for preparing the response, Defendants require a one-week additional extension of time to complete its responses to *Plaintiffs' Counterstatements*.

3. Counsel to the Ryan Plaintiffs and the Gwynn Plaintiffs consent to the requested extension.

WHEREFORE, Defendants hereby request that the Court grant this motion and extend the deadline by which Defendants must serve a response to *Plaintiffs' Counterstatements* until and including June 1, 2007.

DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.

By: /s/ David S. Samuels

Mark B. Seiger
Fed. Bar No. ct05580
David S. Samuels
Fed. Bar No. ct 24460
Edwards Angell Palmer & Dodge, LLP
90 State House Square
Hartford, CT  06103-2715
Tel:  (860) 525-5065
Fax: (860) 527-4198
Email: mseiger@eapdlaw.com
dsamuels@eapdlaw.com

John D. Hughes
Massachusetts BBO # 243660
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  (617) 951-3373
Fax:  (617) 439-4170
Email: jhughes@eapdlaw.com

Donna M. Greenspan
Florida Bar No.: 059110
Edwards Angell Palmer & Dodge, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL  33401
Tel: (561) 833-7700
Fax:   (561) 655-8719
Email: dgreenspan@eapdlaw.com

## **CERTIFICATION**

      I hereby certify that on May 24, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                              /s/ David S. Samuels
                              David S. Samuels