# Exhibit V

## *Attention All Brokers:*

RE: Discretionary Accounts

June 17, 1999

Effective immediately, there are to be no more discretionary accounts opened. If you have any accounts which are currently open, please remit copies of the "TP" trading authorization form to Robert Fitzpatrick via Sandi Baker, New Accounts as soon as possible.

Any accounts opened prior to June 15, 1999 will need to be reviewed by Robert Fitzpatrick in Compliance. Please send a list of your existing discretionary accounts to the Compliance office as soon as possible.

If you have any questions, please contact either myself, Robert Fitzpatrick or Sandy Logay.

Thank you.



M000790