# Exhibit W

 **AIG Technical Services, Inc.**

175 Water Street
New York, NY 10038
Tel. (212) 770-7000

Brian T. Conlin
Claims Analyst
Financial Institutions
Direct Dial: (212) 458-1569
Direct Fax: (212) 458-1039
E-mail: brian.conlin@aig.com

Direct Dial (212) 458-1569

VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED

November 7, 2001

Mr. David Gwynn
7692 E. Tardis Drive
Scottsdale, Arizona 85255

**PLAINTIFF'S EXHIBIT** 6.165

Re:  Insured:       Merit Capital Associates
     Matter of:     Michael Sowell
     Policy No.:    473-36-20
     Claim No.:     297-012850

Dear Mr. Gwynn:

I have forwarded AIG's coverage determination at this time. Please read thoroughly and call me with any questions you may have. Please be aware, that this letter is not to be construed as a waiver of any policy provision. AIGTS, on behalf of NUFIC, reserves all rights and defenses under the Policy, and at law, as to allegations which are not covered under the terms of the Policy. This includes the right to amend the foregoing Reservation of Rights in accordance with the policy provisions at any time.

Please send to my attention a copy of the following materials: the power of attorney signed by Mr. Sowell as detailed in Mr. Sowell's Statement of Claim and confirmed during our telephone conversation on October 16, 2001, Mr. Sowell's account statements reflecting all trading activity in all of his accounts with Merit, please detail any prior violations by you, any and all complaints Mr. Sowell had regarding the handling of his account and your responses to his complaints, any and all correspondence from Merit, or any related entities, directed to you or any company with which you affiliated, regarding Charter Financial Network, Inc., Novation Financial Corporation or Charter 3, Inc. Please also forward any and all correspondence from Merit, or any related entities, directed to Charter Financial Network, Inc., Novation Financial Corporation or Charter 3, Inc. or any of its Officer and/or Directors. Please also detail any involvement Merit had with these entities. We also request you provide us with a narrative regarding the information contained in the Judicial Action Disclosure in the Form BD Report, expiring on March 31, 2001 relating to Arizona and or you.

GWYNN 0098

AIGTS 0888

Should you have any questions, please do not hesitate to call me at (212) 458-1569.

Sincerely,

*Brian T. Conlin*

Brian T. Conlin
Claims Analyst
Financial Institutions Claims