# Exhibit X

# SOURCE CAPITAL
## GROUP, INC.

Members, NASD, SIPC

```
                    ...RIAL SERVICES
                    2001 DEC 13  P 3: 25     000243
December 12, 2001   NEW YORK
```

Brian T. Conlin
Claims Analyst
AIG Technical Services, Inc.
175 Water Street
New York, NY 10038

Re:   Merit Capital Associates

Dear Mr. Conlin:

Pursuant to your request, I have done a thorough search of our archived paperwork. I found the power of attorney you spoke of. As you can see, it is almost four years old. This power was never used. It was never renewed at the end of the year, as required by the rules. After the rewriting of our supervisory procedures in 1999, coinciding with our purchase of E&O insurance, all discretionary accounts were assigned a new number starting with the prefix 855. Since this was never a discretionary account, no new number was assigned to it.

As to the balance of you letter, I thought we answered that in our previous correspondence. Mr. Sowell never complained to Merit regarding the handling of his account. The first time we heard of this complaint was the filing of the arbitration. There is no correspondence with Mr. Sowell regarding complaints. There is no correspondence either to or from Merit Capital and Charter Financial Network, Novation Financial Corporation or Charter 3.

Please let me know if you need any additional information.

Sincerely,

Robert Fitzpatrick
General Counsel

**PLAINTIFF'S EXHIBIT**
174

AIGTS 0300

1221 Post Road East • Westport, CT 06880 • 203-341-3500 • 800-882-2889 • Fax 203-341-3515