# Exhibit AA

LAW OFFICES OF
## Struckmeyer and Wilson

DONALD R. WILSON*
FRED C. STRUCKMEYER, JR. (1912-1992)
GARVEY M. BIGGERS
ANTHONY S. COSS
JEFFREY A. KING
KARL J. GRUSE
DREW M. GULLY
ADRIAN M. GOUGH
MICHAEL F. MAGEE
CHRISTOPHER J. WILSON
MICHELE S. WILSON COSS

910 EAST OSBORN
PHOENIX, ARIZONA 85014

TELEPHONE (602) 248-9222
TELECOPIER (602) 263-0464

I.D. #86-0439544

* DIPLOMATE, AMERICAN BOARD OF TRIAL ADVOCATES
* ALSO ADMITTED IN NEBRASKA

March 24, 2003

VIA FACSIMILE AND US MAIL

William B. Federman, Esq.   (1-405 239-2112)
Federman & Sherwood
120 North Robinson, Suite 2720
Oklahoma City, Oklahoma 73102

Peter M. Nolin, Esq.   (1-203 325-8608)
Sandak Hennessey & Greco
970 Summer Street
Stamford, Connecticut 06905

Maxine M. Polomski, Esq.   (602-285-5100)
Mariscal Weeks McIntyre & Friedlander, PA
2901 N. Central Ave., Suite 200
Phoenix, Arizona 85044-1756

> PLAINTIFF'S
> EXHIBIT
> 200
> Con In

Re:   Insured:    Merit Capital Associates, Inc.
      Claimant:   Michael Sowell
      Carrier:    National Union Fire Insurance Co. of Pittsburg

Dear Counsel:

The insureds are authorized by AIG Technical Services and National Union Fire Insurance Co. of Pittsburg to pursue an appeal of the arbitration award if you think you have meritorious grounds for an appeal.

In authorizing this appeal, AIG Technical Services and National Union Fire Insurance Co. of Pittsburg do not waive any coverage or policy defenses.

Please continue to send your invoices to Brian Conlin at AIG Technical Services unless and until you are instructed otherwise.

AIGTS 0104

William B. Federman, Esq.
Peter M. Nolin, Esq.
Maxine M. Polomski, Esq
March 24, 2003
Page 2

    My last day at this firm will be Monday, March 31, 2003. This file will remain here when I leave. Please direct all future correspondence to Donald R. Wilson.

Very truly yours,

STRUCKMEYER & WILSON

*Jeffrey A. King*

JAK/ko
cc:   Brian Conlin (via fax and mail)
      John J. Nicgorski, Esq. (via fax and mail)