UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., | ) ) ) ) | CASE NUMBER: 3:03 CV 00644 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants, | ) ) | |
| DAVID W. GWYNN and RAQUEL GWYNN, | ) ) | CASE NUMBER: |
| Plaintiffs, | ) ) | 3:03 CV 1154 (CFD) |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | JUNE 1, 2007 |

**SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND AIG TECHNICAL SERVICES, INC.'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

| EXHIBIT | DOCUMENT |
|---|---|
| V | June 17, 1999 Internal Merit Memo (Fitzpatrick Exhibit 311) |
| W | November 7, 2001 Letter from Conlin to Gwynn (Conlin Deposition, Exhibit 169) |
| X | December 12, 2001 Letter from Fitzpatrick to Conlin (Conlin Deposition, Exhibit 174) |

| | |
|---|---|
| Y | December 18, 2002 Fax from Moskowitz to Nicgorski (Moskowitz Deposition, Exhibit 281) |
| Z | March 7, 2003 Letter from Wilson to Conlin (Weber Deposition, Exhibit 288) |
| AA | March 24, 2003 Letter from King to Federman and Polomski (Conlin Deposition, Exhibit 200) |
| BB | Transcript of the Deposition of Brian Conlin at pp. 16-17, 26-27, 32-33, 110-11, 123-24, 311, 448, 549, 737, and 744 |
| CC | Transcript of the Deposition of Michael Sowell at pp. 63 and 204 |
| DD | Transcript of the Deposition of Bruce Ryan at pp. 169-70 and 320-323 |
| EE | Transcript of the Deposition of Maxine Becker at pp. 8 and 30 |