## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br>)<br>)<br>) SEPTEMBER 11, 2007 |

## THE GWYNN PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs, David Gwynn and Raquel Gwynn, by and through their undersigned counsel, hereby move for a modification of the Scheduling Order. Fact discovery is complete, and the proposed modification relates to expert disclosure and other matters. The reason for this request is that undersigned counsel has some continued personal health issues that need to continue to be monitored and treated within the next few weeks or months. This is the seventh request for

modification of the Scheduling Order.

Plaintiffs request for the following modified schedule:

(1)    December 15, 2007:        Plaintiffs to Disclose Expert Witnesses.

(2)    January 15, 2008:         Depositions of Plaintiffs' Experts Completed.

(3)    February 15, 2008:        Defendants to Disclose Expert Witnesses.

(4)    March 15, 2008:           Depositions of Defendant's Experts Completed.

(5)    April 9, 2008, or thirty
       (30) days following the ruling
       on any dispositive motions,
       whichever is later:        Joint Trial Memorandum Filed.

I have communicated with counsel to all other parties in this matter.  All Counsel to all

other parties do not object to this request.

WHEREFORE, the Plaintiffs respectfully request that the Court grant their Motion for

Modification of the Scheduling Order, as outlined above.


**PLAINTIFFS, DAVID GWYNN and
RAQUEL GWYNN**

By_____

     Mario DiNatale (ct 12449)
     Silver Golub & Teitell, LLP
     184 Atlantic Street
     Stamford, CT 06904
     (203) 325-4491
     (203) 325-3769 (Fax)
     mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, a copy of foregoing **Motion for Modification of the Scheduling Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone:  203-325-4491
Fax: 203-325-3769
E-mail: mdinatale@sgtlaw.com