UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,<br>      Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>      Defendants. | CIVIL ACTION NO.<br>3:03CV00644(CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN and GWYNN FINANCIAL SERVICES, INC.,<br>      Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>      Defendants. | CIVIL ACTION NO.<br>3:03CV01154(CFD)<br><br>SEPTEMBER 27, 2007 |

**MOTION TO WITHDRAW APPEARANCE**

David S. Samuels moves to withdraw his appearance on behalf of the Defendants /Counterplaintiffs National Union Fire Insurance Company Of Pittsburgh, PA and AIG Technical Services, Inc. ("Defendants"). In support hereof, the undersigned represents that his last day with the law firm of Edwards Angell Palmer & Dodge LLP ("EAPD") is October 10, 2007, and that the Defendants, will continue to be represented by other attorneys at EAPD, who already have appearances on file.

**DEFENDANTS/COUNTERPLAINTIFFS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
and AIG TECHNICAL SERVICES, INC.**

By_____/s/_____
   David S. Samuels
   Fed. Bar No.: ct24460
   Edwards Angell Palmer & Dodge LLP
   90 State House Square – 9th Floor
   Hartford, CT 06103
   Tel.: (860) 525-5065
   Fax: (860) 527-4198
   dsamuels@eapdlaw.com

**<u>CERTIFICATION OF SERVICE</u>**

     I hereby certify that on September 27, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____/s/_____
David S. Samuels
Fed. Bar No.: ct24460
Edwards Angell Palmer & Dodge LLP
90 State House Square – 9th Floor
Hartford, CT 06103
Tel.: (860) 525-5065
Fax: (860) 527-4198
dsamuels@eapdlaw.com