UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>Plaintiffs, | ) <br> ) CIVIL ACTION NO.<br> ) 3:03 CV 00644 (CFD)<br> )<br> )<br> ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br> )<br> )<br> ) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs, | ) CIVIL ACTION NO.<br> ) 3:03 CV 01154 (CFD)<br> )<br> ) |
| vs. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants | )<br> )<br> )<br> )<br> ) DECEMBER 12, 2007 |

### THE GWYNN PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs, David Gwynn and Raquel Gwynn, by and through their undersigned counsel, hereby move for a modification of the Scheduling Order. Fact discovery is complete, and the proposed modification relates to expert disclosure and other matters. The reason for this request is that undersigned counsel had health issues within the past three months that have required two separate surgeries. His hospitalizations and subsequent medical treatment has limited his ability

to work. His condition, however, has improved within the last two weeks. This is the eighth request for modification of the Scheduling Order.

The Gwynn Plaintiffs request the following modified schedule:

(1) March 15, 2008:  Plaintiffs to Disclose Expert Witnesses.

(2) April 15, 2008:  Depositions of Plaintiffs' Experts Completed.

(3) May 15, 2008:  Defendants to Disclose Expert Witnesses.

(4) June 15, 2008:  Depositions of Defendant's Experts Completed.

(5) July 9, 2008, or thirty (30) days following the ruling on any dispositive motions, whichever is later:  Joint Trial Memorandum Filed.

I have communicated with counsel to all other parties in this matter. All counsel to all other parties do not object to this request.

WHEREFORE, the Gwynn Plaintiffs respectfully request that the Court grant their Motion for Modification of the Scheduling Order, as outlined above.

        **PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

        By_____
        Mario DiNatale (ct 12449)
        Silver Golub & Teitell, LLP
        184 Atlantic Street
        Stamford, CT 06904
        (203) 325-4491
        (203) 325-3769 (Fax)
        mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2007, a copy of foregoing **Motion for Modification of the Scheduling Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/                
MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mdinatale@sgtlaw.com