## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>    Defendants<br><br>DAVID W. GWYNN and RAQUEL GWYNN<br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>    Defendants | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br><br><br><br><br><br><br><br><br><br><br>) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br><br><br><br><br><br><br><br>) MARCH 5, 2008 |

### THE GWYNN PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs, David Gwynn and Raquel Gwynn, by and through their undersigned counsel, hereby move for a modification of the Scheduling Order. Fact discovery is complete, and the proposed modification relates to expert disclosure and other matters. The reason for this request is that undersigned counsel had health issues within the past several months that have required s limited his ability to work. This is the eighth request for modification of the Scheduling Order.

The Gwynn Plaintiffs request the following modified schedule:

(1) May 15, 2008: Plaintiffs to Disclose Expert Witnesses.

(2) June 15, 2008: Depositions of Plaintiffs' Experts Completed.

(3) July 15, 2008: Defendants to Disclose Expert Witnesses.

(4) August 15, 2008: Depositions of Defendant's Experts Completed.

(5) September 9, 2008, or thirty (30) days following the ruling on any dispositive motions, whichever is later: Joint Trial Memorandum Filed.

I have communicated with counsel to all other parties in this matter, and there is no objection to this request.

WHEREFORE, the Gwynn Plaintiffs respectfully request that the Court grant their Motion for Modification of the Scheduling Order, as outlined above.

PLAINTIFFS, DAVID GWYNN and
RAQUEL GWYNN

By _____
Mario DiNatale (ct 12449)
Silver Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06904
(203) 325-4491
(203) 325-3769 (Fax)
mdinatale@sgtlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2008, a copy of foregoing **Motion for Modification of the Scheduling Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/
                              _____
MARIO DINATALE (ct 12449)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mdinatale@sgtlaw.com