## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL ) <br> WILLIAM NEWTON, ROBERT FITZPATRICK, ) <br> and MERIT CAPITAL ASSOCIATES, INC., ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>       Defendants. ) | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN, ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>       Defendants. ) | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br> March 6, 2008 |

## **MOTION TO WITHDRAW APPEARANCE**

Charles F. Gfeller hereby moves to withdraw his appearance on behalf of Defendants/Counterplaintiffs, National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. ("AIG,") and in support hereof avers as follows:

1.    The undersigned represents that he no longer works for the firm of Edwards Angell Palmer & Dodge LLP ("EAP&D.")

2.    AIG will continue to be represented by other attorneys at EAP&D who already have appearances on file.

Respectfully Submitted,

DEFENDANTS/COUNTERPLAINTIFFS, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AIG TECHNICAL SERVICES, INC.,

By /s/ Charles F. Gfeller
Fed. Bar No. ct18119
Goldberg Segalla, LLP
Blue Back Square
65 Memorial Road/Suite 340
West Hartford, CT 06107
860.231.7004
860.231.1307 Fax
cgfeller@goldbergsegalla.com

**CERTIFICATION OF SERVICE**

I hereby certify that on March 6, 2008, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ Charles F. Gfeller