UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.,<br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants. | CIVIL ACTION NO.<br>3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>Defendants. | CIVIL ACTION NO.<br>3:03CV01154(CFD)<br><br>April 14, 2008 |

**A P P E A R A N C E**

Please enter the appearance of Dennis O. Brown on behalf of Defendants/Counter Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. in the above-captioned matter.

Respectfully Submitted,

By: _____
Dennis O. Brown (ct04598)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103-2715
Tel: (860) 860-525-5065
Fax: (860) 527-4198
Email: dbrown@eapdlaw.com

HFD 189281.1

## CERTIFICATION OF SERVICE

I hereby certify that on April 14, 2008, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
Dennis O. Brown, Esq., (CT04598)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Phone: Fax:   866.794.3484
Email: dbrown@eapdlaw.com