UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CHARLES RYAN, ET AL | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:03-cv-644 (CFD) |
| | : | |
| NATIONAL UNION FIRE INS. CO., | : | |
| ET AL | : | |
|     Defendants | : | APRIL 15, 2008 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A recommended ruling on damages

____ A ruling on the following motion(s) which are currently pending

_√_ A settlement conference

____ A discovery conference

____ Other: A scheduling conference.

**SO ORDERED.**

Dated this 15th day of April, 2008, at Hartford, Connecticut.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge