UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　Defendants | |
| DAVID W. GWYNN and RAQUEL GWYNN<br>　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD) |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　Defendants | ) MAY 15, 2008 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS**

The plaintiffs, David W. Gwynn and Raquel Gwynn (collectively, "the Gwynn plaintiffs"), through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of thirty days, up to and including June 14, 2008, to file the Gwynn plaintiffs' expert disclosures. The additional time requested is necessary in order to prepare the required disclosures, and will not delay the trial date of this matter.

Counsel for the Gwynn plaintiffs has confirmed that counsel to defendants and counsel to co-plaintiffs have no objections to this Motion. This is the tenth request for a modification of a deadline in the global Scheduling Order in this matter.

Accordingly, the Gwynn plaintiffs respectfully request that this Court grant an extension of time up to and including June 14, 2008 for the Gwynn plaintiffs to file expert disclosures.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By /s/
   Jonathan M. Levine (ct07584)
   Silver Golub & Teitell, LLP
   184 Atlantic Street
   Stamford, CT 06904
   (203) 325-4491
   (203) 325-3769 (Fax)
   jlevine@sgtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, a copy of foregoing **Motion for Extension of Time to Disclose Experts** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　/s/
**Jonathan M. Levine (ct 07584)**
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
203-325-4491 (telephone)
203-325-3769 (fax)
jlevine@sgtlaw.com