UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC.<br>　　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 00644 (CFD)<br>)<br>)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>) |
| DAVID W. GWYNN and RAQUEL GWYNN<br>　　　　　Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:03 CV 01154 (CFD)<br>) |
| vs. | )<br>) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC.,<br>　　　　　Defendants | )<br>)<br>)<br>) |
| _____ | ) MAY 15, 2008 |

**PLAINTIFFS' CORRECTED
MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS**
**(superseding Dkt. # 332)**

The plaintiffs, David W. Gwynn and Raquel Gwynn (collectively, "the Gwynn plaintiffs"), through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b)(1) for an extension of time of thirty days, up to and including June 14, 2008, to file the Gwynn plaintiffs' expert disclosures. The additional time requested is necessary in order to prepare the required disclosures, and will not delay the trial date of this matter.

Counsel for the Gwynn plaintiffs has confirmed that the Ryan plaintiffs have no objection to the granting of this Motion and that counsel for defendants have no objection to this Motion

provided that defendants are granted a comparable extension of the time for the disclosure of their experts. Accordingly, plaintiffs request that the Scheduling Order in this matter be modified as follows:

| | |
|---|---|
| Plaintiffs to Disclose Expert Witnesses: | June 14, 2008 |
| Depositions of Plaintiffs' Experts Completed: | July 14, 2008 |
| Defendants to Disclose Expert Witnesses: | August 14, 2008 |
| Depositions of Defendants' Experts Completed: | September 14, 2008 |

This is the tenth Motion for the extension of deadlines in the Scheduling Order.

**PLAINTIFFS, DAVID GWYNN and RAQUEL GWYNN**

By_____/s/_____
   Jonathan M. Levine (ct07584)
   Silver Golub & Teitell, LLP
   184 Atlantic Street
   Stamford, CT 06904
   (203) 325-4491
   (203) 325-3769 (Fax)
   jlevine@sgtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008, a copy of foregoing **Motion for Extension of Time to Disclose Experts** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/
**Jonathan M. Levine (ct 07584)**
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
203-325-4491 (telephone)
203-325-3769 (fax)
jlevine@sgtlaw.com