UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK, and MERIT CAPITAL ASSOCIATES, INC., Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV00644(CFD) |
| DAVID W. GWYNN and RAQUEL GWYNN Plaintiffs, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL ACTION NO. 3:03CV01154(CFD) JULY 22, 2008 |

**MOTION FOR EXTENSION OF TIME TO MAKE REBUTTAL EXPERT DISCLOSURE**

Defendants/Counter Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. ("Defendants"), hereby move for an extension of time for disclosing their rebuttal expert on insurance industry standards of conduct.

Plaintiff's expert on insurance industry standards of conduct, James Schratz, was deposed on Thursday July 17, 2008. At his deposition Mr. Schratz disclosed that his report produced by Plaintiffs does not include all of the opinions he intends to testify to at trial as required by *Fed. R. Civ. P.* 26(a)(2). In addition, Mr. Schratz testified that as a result of an oversight by his assistant his report also did not include a complete statement of the materials he reviewed and

HFD 192090.1

considered as required by *Fed. R. Civ. P.* 26(a)(2). Accordingly, Plaintiffs failed to timely disclose a proper expert report in accordance with this Court's scheduling order. Mr. Schratz estimated it would be three weeks before he could produce a revised report.

Currently Defendants' expert disclosures are due August 14, 2008, with depositions to be conducted by September 14, 2008. In light of the testimony of Mr. Schratz, Defendants sought additional time to rebut the report of Mr. Schratz. Counsel for the Ryan Plaintiff's refused to agree to an extension citing a desire to avoid delay in the case.

Any delay is the result of Plaintiffs' failure to comply with Rule 26 and the scheduling order of this Court for proper expert disclosure. Accordingly, Defendants' move that the report of their rebuttal expert to Mr. Schratz be due 30-days after receipt of Mr. Schratz's revised report, with the deposition to be conducted within 60-days of the receipt of Mr. Schratz's report.

Dated at Hartford, Connecticut, this 22nd day of July, 2008.

THE DEFENDANTS,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and
AIG TECHNICAL SERVICES, INC.

By: /s/ Dennis O. Brown
Dennis O. Brown (ct04598)
Edwards Angell Palmer & Dodge LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 541-7750
Fax: (860) 527-4198
Email: dbrown@eapdlaw.com

HFD 192090.1

- 3 -

## CERTIFICATION OF SERVICE

I hereby certify that on July 22, 2008, the foregoing Motion for Extension of Time To Make Rebuttal Expert Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

Dennis O. Brown, Esq. (ct04598)
Edwards Angell Palmer & Dodge LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Phone: 860.525.5065
Fax: 860.527.4198
Email: dbrown@eapdlaw.com

- 3 -

HFD 192090.1