UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CHARLES RYAN, RUSSELL ) <br> WILLIAM NEWTON, ROBERT FTIZPATRICK, ) <br> and MERIT CAPITAL ASSOCIATES, INC., ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>         Defendants. ) | CIVIL ACTION NO. <br> 3:03CV00644(CFD) |
| DAVID W. GWYNN, RAQUEL GWYNN and ) <br> GWYNN FINANCIAL SERVICES, INC., ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and ) <br> AIG TECHNICAL SERVICES, INC., ) <br>        Defendants. ) | CIVIL ACTION NO. <br> 3:03CV01154(CFD) <br><br><br><br><br><br> AUGUST 28, 2008 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs Bruce Charles Ryan, Russell William Newton, Robert Fitzpatrick, and Merit Capital Associates, Inc. (collectively the "Ryan Plaintiffs"), Plaintiffs David Gwynn and Raquel Gwynn (the "Gwynn Plaintiffs") and Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Technical Services, Inc. ("AIG") hereby jointly move for a modification of the Scheduling Order to extend the date by which the parties must file the Joint Trial Memorandum to October 17, 2008, which is 30 days after the completion of all expert depositions. The parties ask for 30 days from the completion of the expert depositions to file the Joint Trial Memorandum to insure that they have sufficient time to fully analyze and brief any

1

issues that may arise during those depositions. This is the ninth request for a modification of the Scheduling Order.[1]

The parties have now completed fact discovery[2] and the depositions of the Ryan Plaintiffs' and the Gwynn Plaintiffs' experts. On August 14, 2008, AIG disclosed two experts. The only discovery remaining is that of AIG's experts. Once this discovery is completed the parties will be on track to file the Joint Trial Memorandum and proceed to trial.[3]

The Scheduling Order currently requires the parties to file the Joint Trial Memorandum on September 9, 2008; however, the Scheduling Order allows the parties until September 14, 2008 to complete the depositions of AIG's experts.[4] Thus, as it stands, the Scheduling Order would require the parties to file the Joint Trial Memorandum before they have had an opportunity to depose the experts. This would only serve to force the parties to request permission to file an amended Joint Trial Memorandum to include information revealed at the experts' depositions. Such a result would be inefficient and a waste of Court resources.

WHEREFORE, the parties jointly move the Court to extend the date for filing the Joint Trial Memorandum to October 17, 2008.

---

[1] Several motions to modify the Scheduling Order were necessary due to the health concerns of one of the attorneys of record.

[2] There is a pending discovery motion that requires Court action. On January 28, 2006, the Magistrate Judge ordered AIG to produce certain discovery including a log of all bad faith claims filed against it (document #157). AIG filed a *Rule 72 Objections to Magistrate's Ruling on Plaintiffs' Motion to Compel and for Sanctions and Defendants' Motion for Protective Order* dated March 14, 2006 (document #161). Asking the Court, *Droney, J.*, to reconsider the Court's January, 2006 order. The Ryan Plaintiffs responded to AIG's Rule 72 Objection on April 11, 2006 (document #178/179). The Court has still not entered an order on AIG's Rule 72 Objection.

[3] This matter will be tried to a jury.

[4] Due to the experts' and the parties' schedules, the experts' depositions had to be scheduled just a few days beyond the current deadline (September 14th) to September 15th and 18th.

| | |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| BRUCE CHARLES RYAN, RUSSELL WILLIAM NEWTON, ROBERT FITZPATRICK and MERIT CAPITAL ASSOCIATES, INC. | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AIG TECHNICAL SERVICES, INC. |
| By:__/s/Stephanie A. McLaughlin____<br>Peter M. Nolin (ct06223)<br>Stephanie A. McLaughlin (ct22774)<br>Sandak Hennessey & Greco LLP<br>707 Summer Street<br>Stamford, CT 06901-2047<br>Telephone: (203) 425-4200<br>Facsimile: (203) 325-8608<br>Email: pnolin@sfhglaw.com<br>Email: smclaughlin@shglaw.com | By:___/s/ Dennis Brown_____<br>Dennis Brown (ct04598)<br>Edwards Angell Palmer & Dodge LLP<br>20 Church Street<br>Hartford, CT 06103<br>Telephone (860) 541-7750<br>Facsimile (860) 527-4198<br>Email: DBrown@eapdlaw.com |

PLAINTIFFS,

DAVID GWYNN and
RAQUEL GWYNN


By:__/s/ Jonathan M. Levine_____
Jonathan M. Levine (ct07584)
Amanda Whitman (ct27485)
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT  06904
Telephone (203)  325-4491
Facsimile (203) 325-3769
Email: jlevine@sgtlaw.com
Email: amanda@sgtlaw.com

**CERTIFICATION**

I hereby certify that on August 28 , 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    /s/ Stephanie A. McLaughlin\_\_\_\_
Stephanie A. McLaughlin